**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**REBECCA J. PAYNE, personally, and as
the Personal Representative of the Estate of
Noah Hunter Brittain, et al.**                                    **PLAINTIFF**

Case No. 4:22-cv-00588 - KGB

**MICHAEL C. DAVIS, et al.**                                      **DEFENDANTS**

**JOINT FED.R.CIV.P. 26(f) REPORT**

The Parties, by and through their undersigned counsel, and pursuant to FED.R.CIV.P. 26(f), LR 26.1, and this Court's Order (Doc. 7), respectfully submit this Joint Report:

**(1) Any changes in timing, form, or requirements of mandatory disclosures under FED.R. CIV.P. 26(a)**: None.

**(2) Date when mandatory disclosures were or will be made:** Please see proposed litigation schedule below.

**(3) Subjects on which discovery may be needed:** The Parties anticipate that discovery will be conducted regarding the following:

(a) Policies, practices, procedures, and training of Sheriff, John W. Staley, and the Lonoke County Sheriff's Office;
(b) Michael C. Davis and Nathan Rice's employment with the Lonoke County Sheriff's Office;
(c) Sheriff, John W. Staley's, supervision of Michael C. Davis and Nathan Rice;
(d) Michael C. Davis and Nathan Rice's law enforcement training;
(e) Michael C. Davis's mental and physical health on or about June 22, 2021;
(f) Noah Hunter Brittain's, James L. Crowder's, and JLK's conduct on June 22, 2021;
(g) Michael C. Davis's traffic stop involving Noah Hunter Brittain and JLK;
(h) Michael C. Davis's use of deadly force against Noah Hunter Brittain;
(i) Nathan Rice's arrest and detention of JLK;
(j) The related internal investigation;
(k) Michael C. Davis's employment termination;
(l) Michael C. Davis's criminal prosecution and conviction;
(m) The fatal injury suffered by Noah Hunter Brittain;

    (n) The injuries suffered by James L. Crowder and JLK;
    (o) The injuries suffered by Rebecca L. Payne and the Estate of Noah Hunter Brittain;
    (p) Liability defenses; and
    (q) Damages defenses.

    By listing the foregoing categories of topics for discovery, the Parties do not waive their right to object to object to any specific discovery request.

**(4) Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.** Yes. **If so:**

    **(a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business:** Yes.

    **(b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business:** Presently, not applicable.

    **(c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production:** Unless otherwise agreed, data will be produced in its native format.

    **(d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise:** Yes.

    **(e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery:** Presently, none.

**(5) Date by which discovery should be completed:** Please see proposed litigation schedule below.

**(6) Any needed changes in limitations imposed by the Federal Rules of Civil Procedure:** Presently, none.

**(7) Any orders, e.g. protective orders, which should be entered.** The Parties expect to submit a proposed protective order relating to medical, familial, financial, and other sensitive and confidential information and documents.

**(8) Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action:** None.

**(9) Any objections to the proposed trial date:** Yes. Please see proposed litigation schedule below.

**(10) Proposed deadline for joining other parties and amending the pleadings:** Please see proposed litigation schedule below.

**(11) Proposed deadline for completing discovery:** Please see proposed litigation schedule below.

**(12) Proposed deadline for filing motions other than motions for class certification:** Please see proposed litigation schedule below.

**(13) Class certification:** Not applicable.

**(14) Due to the complexity of the case and the need for the involvement of experts, the Parties propose the following litigation schedule:**

| | | |
|---|---|---|
| **Initial Disclosures** | | February 3, 2023 |
| **Joinder** | Plaintiffs | May 31, 2023 |
| | Defendants | June 30, 2023 |
| **Amended Pleadings** | Plaintiffs | May 31, 2023 |
| | Defendants | June 30, 2023 |
| **Fact Discovery Ends** | | September 29, 2023 |
| **Expert Disclosures** | Affirmative Reports | October 31, 2023 |
| | Rebuttal Reports | November 30, 2023 |
| | Supplemental Reports | December 22, 2023 |
| **Expert Discovery Ends** | | January 31, 2024 |
| **Daubert Motions** | | February 29, 2024 |
| **Dispositive Motions** | | March 15, 2024 |
| **Trial Ready**<br>    Motions in Limine<br>    Joint Pretrial Order<br>    Exhibit/Witness Lists<br>    Jury Instructions/Verdict Sheet<br>    Voir Dire | | June 28, 2024 |
| **Suggested Date for Trial** | | July/2024 |

Respectfully submitted,

Devon M Jacob
PA Bar No. 89182
djacob@jacoblitigation.com
Jacob Litigation, Inc.
P.O. Box 837
Mechanicsburg, Pennsylvania 17055
717-796-7733

Benjamin L. Crump
FL Bar No. 72583
court@bencrump.com
Ben Crump Law, PLLC
122 S. Calhoun Street
Tallahassee, Florida 32301
850-224-2023

*Attorneys for Plaintiff Rebecca J. Payne*

Jason E. Owens
Ark. Bar No. 2003003
owens@jowenslawfirm.com
Jason Owens Law Firm, P.A.
P.O. Box 850
Conway, Arkansas 72033
501-764-4334
*Attorney for Separate Lonoke County Defendants
Sheriff John W. Staley and Nathan Rice*

        David M. Fuqua
        Ark. Bar No. 80048
        E-mail: dfuqua@fc-lawyers.com
        Annie Depper
        Ark. Bar No. 2009267
        E-mail: adepper@fc-lawyers.com
        Chris Stevens
        Ark. Bar No. 2012289
        E-mail: cstevens@fc-lawyers.com
        Fuqua Campbell, P.A.
        Attorneys at Law
        3700 Cantrell Road, Suite 205
        Little Rock, Arkansas 72202
        501-374-0200

        *Attorneys for Separate Defendant Michael C. Davis*