IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REBECCA J. PAYNE, personally, and as
the Personal Representative of the Estate of
Noah Hunter Brittain,** *et al.*                                              **PLAINTIFFS**

v.                  **Case No. 4:22-cv-00588 KGB**

**MICHAEL C. DAVIS,** *et al.*                                                 **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to amend the Court's Third Amended Final Scheduling Order (Dkt. No. 41). This case is currently set for trial sometime during the week of August 25, 2025 (Dkt. No. 39, at 1). The parties represent that preparation of this case for trial has been delayed due to numerous issues and that more time is necessary to complete expert discovery (Dkt. No. 41, ¶¶ 2–3). The parties therefore request a 120-day extension of various deadlines in the Court's Third Amended Final Scheduling Order (*Id.*, ¶ 3).

For good cause shown, the Court grants the motion (*Id.*). The Court removes this case from the August 25, 2025, trial calendar. The Court will reset the trial setting for this case and other deadlines by separate entry of a Fourth Amended Final Scheduling Order.

It is so ordered this 27th day of March, 2025.

                                                           _____
                                                           Kristine G. Baker
                                                           Chief United States District Judge