IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REBECCA J. PAYNE,** *et al.*                                                                    **PLAINTIFFS**

v.                                      Case No. 4:22-cv-00588-KGB

**MICHAEL C. DAVIS,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Before the Court is defendant Michael C. Davis's unopposed motion for extension of time (Dkt. No. 52) and defendants John Staley and Nathan Rice's unopposed motion for extension of time (Dkt. No. 53). Motions for summary judgment were due in this matter on October 27, 2025 (Dkt. Nos. 52, ¶ 2; 53, ¶ 1). Counsel for Davis represents that more time is needed to file a motion for summary judgment due to other legal matters (Dkt. No. 52, ¶ 3). Counsel for Staley and Rice represents that more time is needed to complete their motion for summary judgment due to extensive litigation, travel commitments, and a bench trial on October 28, 2025 (Dkt. No. 53, ¶ 3). Davis, Staley, and Rice represent that opposing counsel has been contacted and has no objection to extending the time to file a motion for summary judgment to November 10, 2025 (Dkt. Nos. 52, ¶ 5; 53, ¶ 3). For good cause shown, the Court grants the parties' joint motion to extend time (Dkt. Nos. 52, 53). The deadline for filing motions for summary judgment is extended to, and including, November 10, 2025.

It is so ordered this 28th day of October, 2025.

Kristine G. Baker
Chief United States District Judge