**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

REBECCA J. PAYNE, personally,
and as the Personal Representative of the
ESTATE OF NOAH HUNTER BRITTAIN,
MICHAEL D. KING, as the Legal Guardian
of JLK, a Minor; and JAMES L. CROWDER                          PLAINTIFFS

VS.                              NO.  4:22-cv-0588-KGB

MICHAEL C. DAVIS, NATHAN RICE,
JOHN W. STALEY, and
LONOKE CO. SHERIFF JOHN W. STALEY                             DEFENDANTS

**MOTION FOR SUMMARY JUDGMENT**

Come now the Separate County Defendants, Nathan Rice, Sheriff John Staley, and Lonoke County, Arkansas, and for their motion for summary judgment, do state:

1.      The Plaintiffs, Rebecca Payne, personally and as Personal Representative of the Estate of Noah Brittain (her grandson), Jordan King, and James Crowder filed their Amended Complaint in this case on November 22, 2023 (Doc. # 14), alleging, under state and federal law, that their rights - and those of Payne's decedent, Hunter Brittain - were violated (1) when Hunter Brittain was allegedly subjected to unlawful deadly force on or about June 23, 2021 when Lonoke County Deputy Michael Davis shot Brittain, (2) when Jordan King - who was the passenger in the vehicle driven by Brittain before the shooting - was allegedly detained for too long after the shooting, and (3) when James Crowder allegedly observed or was otherwise exposed to the shooting . *See* Doc. # 14.  The Plaintiff makes these claims against Defendants Michael Davis, Nathan Rice, and Sheriff John Staley, all in their individual capacities, with a derivative claim against Separate Defendant Lonoke County (by way of an official capacity claim against Sheriff Staley).  *Id.*

2.      This motion is filed on behalf of the Separate County Defendants, Lonoke County, Sheriff John Staley, and Deputy Nathan Rice; this motion is *not* filed on behalf of Separate Defendant Michael Davis, who is represented by separate counsel.

1

3.      For the reasons set forth in the accompanying brief in support and statement of facts, including all exhibits, all of which are adopted and incorporated by reference herein, as if set forth word for word, the Separate Counter Defendants are entitled to qualified immunity and summary judgment as a matter of law.

Wherefore the Separate County Defendants respectfully request that they be granted qualified immunity and summary judgment and the dismissal of the Plaintiff's case against them.

Respectfully submitted,

Lonoke County Sheriff John Staley, in his individual and official capacities, and Nathan Rice, in his individual capacity,
*Separate Lonoke County Defendants*

Jason Owens
Ark. Bar No. 2003003
OWENS & PARKER  LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1160 Markham St., Ste. 2
Conway, Arkansas 72034
Telephone (501) 764-4334
Telefax (501) 764-9173
Email: owens@jowenslawfirm.com

2