IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REBECCA J. PAYNE, Personally,
and as the Personal Representative of the
ESTATE OF NOAH HUNTER BRITTAIN;
JORDAN L. KING; and JAMES L. CROWDER                    PLAINTIFFS

V.                          CASE NO. 4:22CV00588 KGB

MICHAEL C. DAVIS; NATHAN RICE;
JOHN W. STALEY; and LONOKE COUNTY
SHERIFF JOHN W. STALEY                                   DEFENDANTS

## MOTION FOR SUMMARY JUDGMENT

COMES Separate Defendant, Michael C. Davis ("Davis"), individually, by his attorneys,

Fuqua Campbell, P.A., and for his Motion for Summary Judgment, states:

1.      Plaintiffs bring this lawsuit against Davis alleging violations of Noah Hunter

Brittain's ("Brittain") state and federal constitutional rights, as well as state tort actions.

Specifically, Plaintiffs allege Davis unlawfully seized Brittain, used excessive force against

Brittain, and committed the state torts of assault, battery, negligence, intentional infliction of

emotional distress, and wrongful death.

2.      The material facts are undisputed.

3.      Davis is entitled to summary judgment as a matter of law on all of Plaintiffs' claims.

4.      The evidence demonstrates Davis did not unlawfully seize Brittain or use excessive

force. Additionally, on Plaintiffs' constitutional claims, Davis is entitled to qualified immunity.

5.      The evidence does not support Plaintiffs' claims for assault, battery, negligence,

intentional infliction of emotional distress, or wrongful death.

6.      Davis is immune from suit on Plaintiffs' claims for assault, battery, negligence,

intentional infliction of emotional distress, and wrongful death.

7.      The grounds for this Motion are set forth more fully in the accompanying Statement of Facts and Brief filed herewith. Additionally, Davis adopts all arguments applicable to him that are contained in co-defendants' motion for summary judgment and brief.

WHEREFORE, premises considered, Separate Defendant, Michael C. Davis, individually, prays that this Court grant his Motion for Summary Judgment and dismiss this lawsuit in its entirety with prejudice.

Respectfully submitted,

Annie Depper
Ark. Bar No. 2009267
Email: adepper@fc-lawyers.com

FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

*Attorneys for Separate Defendant Michael C. Davis, Individually*