


# State Crime Laboratory

P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

Medical Examiner
(501) 227-5936

## Medical Examiner Division

| | |
|---|---|
| **Case No:** 2021-015100 / ME-0782-21 | **Date of Examination:** June 23, 2021 |
| **Name:** BRITTAIN, Noah Hunter | |
| **Age:** 17 Years | **Sex:** Male |
| **County:** Pulaski | |

## CONCLUSIONS

**CAUSE OF DEATH:**        Gunshot Wound of Neck and Arm

**MANNER OF DEATH:**        Homicide

*[signature]*

August 06, 2021

**Jennifer Forsyth, M.D., FCAP**
Associate Medical Examiner - Pathologist of Record

*[signature]*

**Charles P. Kokes, M.D.**
Chief Medical Examiner - Reviewer

*[signature]*

**Stephen A. Erickson, M.D.**
Deputy Chief Medical Examiner - Reviewer

**EXHIBIT**

**4**

7 Page Report/Page 1

ASCL Official Copy - Do Not Duplicate

## EXTERNAL DESCRIPTION:

The body was that of a well-developed, well-nourished, adolescent male. The body was received clad in black socks. Accompanying the body was a right shoe, plaid shorts, print underwear, and gray short-sleeve T-shirt. The clothing had been cut to accommodate resuscitative efforts. When first viewed, there was dirt and greasy debris on the exposed body surfaces, including the arms and legs. Dirt, mud, and blood were present on the face. The body was received with the hands covered by paper evidence bags. Removal of the evidence bags revealed short soiled nails, without evidence of acute injury. On the left forearm was foreign blue adhesive material. Fragments of the material were retained as evidence. The body measured 68 inches in length and weighed 117 pounds. The body appeared consistent with the reported age of 17 years. The body was cool. Rigor mortis was in the early stages. Livor mortis was present on the posterior surfaces of the body, except in areas exposed to pressure. The scalp hair was brown, wavy, and measured approximately 10 cm in length. Scant brown beard and mustache stubble were present. The irides appeared brown. The conjunctivae and sclerae showed no petechial hemorrhages or other significant changes. The external ears were unremarkable. The nasal passages and mouth contained abundant bloody fluid. The teeth were natural and in adequate repair. There was no evidence of acute injury to the oral cavity. The neck was normally developed, with gunshot wound injury to be described below. The chest was normally developed and generally symmetric. The abdomen was flat. The external genitalia were those of a normally developed adult male. The upper and lower extremities were normally developed and generally symmetric. A tattoo was present on the left upper arm. No needle tracks or wrist scars were identified. Examination of the posterior body surfaces revealed a symmetric back and buttocks. The anus was without evidence of injury or abnormality.

## EVIDENCE OF MEDICAL ATTENTION:

Defibrillator pads and EKG tabs were present on the torso. An intravascular catheter was present in the right antecubital fossa.

On the right chest was a superficial defect, extending through the skin and soft tissues, consistent with reported chest tube placement.

## EVIDENCE OF OLD INJURY:

None.

## EVIDENCE OF RECENT INJURY:

There was a gunshot associated abrasion of the right upper anterior shoulder, measuring 1 x 0.5 cm. The projectile continued and entered the right lateral neck, above the clavicle, 26 cm below the top of the head and 6 cm to the right of the anterior midline, creating a round central defect, with a diameter of 1.5 cm, surrounded by abrasion most prominent at the 8 o'clock and 1 o'clock margins. No soot or stipple was present on the skin surrounding this gunshot entrance wound. The projectile traveled through the skin, soft tissue, trachea, esophagus, left jugular vein, left subclavian artery and vein, left axillary region, incising the left radial artery, to lodge in the

                    ASCL Official Copy - Do Not Duplicate

subcutaneous soft tissue of the left upper arm. Simple incision of the skin of the left upper arm allowed for projectile recovery. There was overlying blue-red contusion of the left upper arm in an area measuring 8 x 6 cm. The passage of the bullet created abundant soft tissue hemorrhage. Abundant hemorrhage was present in the upper airway; there was evidence of blood inhalation in the lungs. Approximately 80 mL of bloody fluid was present in the stomach. The projectile did not penetrate the chest cavity. The trajectory was leftward, downward, and slightly backward.

On the left side of the face, extending from the upper forehead and over the lateral cheek, were scattered red-yellow, discontinuous superficial dry abrasions.

On the lateral upper arm were superficial linear abrasions in an area measuring 4 x 3 cm. Scattered superficial red-brown abrasions were present over the left elbow, in an area measuring 5 x 5 cm. There was superficial red abrasion of the left lateral forearm in an area measuring 2 x 1 cm.

## INTERNAL EXAMINATION

The subcutaneous fat layer measured less than 1 centimeter. All body organs were present and in normal anatomic position. There was no internal evidence of blunt force or penetrating injury to the thoracoabdominal region.

## CARDIOVASCULAR SYSTEM:

The pericardial surfaces were smooth, glistening and transparent. The pericardial sac contained a normal amount of clear, straw-colored pericardial fluid. The heart weighed 300 grams. The heart was of normal size, shape, and configuration. The coronary arteries arose normally and followed the usual course. There was no significant atherosclerosis or evidence of thrombosis. The cardiac valves, papillary muscles and chordae tendineae were unremarkable. The endocardium was unremarkable. The cut surface of the myocardium was red-brown in color and normal in consistency. The atrial and ventricular septa were intact. The aorta and vena cava were unremarkable.

## RESPIRATORY SYSTEM:

The right lung weighed 415 grams. The left lung weighed 380 grams. The lungs were normally inflated. The pleural surfaces were mottled purple-tan, due to blood inhalation. The pulmonary arteries were normally developed, patent, and without evidence of thrombi, emboli, or other gross abnormalities. The upper and lower airways contained abundant blood. Hilar lymph nodes were non-prominent. Cut surfaces of the lungs revealed inhaled blood without evidence of direct injury or other abnormality.

## NECK:

Gunshot wound injury of the neck has been described. There was abundant hemorrhage in the strap muscles. The thyroid gland was intact. The larynx and hyoid bone were intact. Gunshot wound injury of the trachea has been described. The epiglottis and vocal cords were unremarkable.

                                   ASCL Official Copy - Do Not Duplicate

## ALIMENTARY TRACT:

The tongue was without hemorrhage or other abnormalities. Esophageal injury has been described. The stomach contained approximately 80 mL of bloody fluid and was lined by an intact, gray-tan mucosa. Serosal surfaces of the small and large bowel were intact and unremarkable. The rectum and anus were without evidence of injury or abnormality. The appendix was present and unremarkable.

## LIVER AND PANCREAS:

The liver weighed 1100 grams and was covered by an intact capsule. Cut surfaces were a uniform brown-red color and of normal consistency. No focal abnormalities were present. The gallbladder contained a normal amount of bile and was lined by intact, velvety mucosa. The extrahepatic biliary tree was patent. Periportal lymph nodes were non-prominent. The pancreas was of normal size and conformation, displaying the usual lobulated gray-tan appearance. The pancreatic ducts were patent. Peripancreatic lymph nodes were non-prominent.

## GENITOURINARY SYSTEM:

The left kidney weighed 90 grams. The right kidney weighed 90 grams. Each was covered by an intact capsule which stripped with ease. Cortical surfaces of the kidneys were brown-red and smooth. Cut surfaces revealed brown-red cortex of normal thickness. A distinct corticomedullary junction was present. The calyces, pelves and ureters were unremarkable. The urinary bladder contained 170 mL of clear yellow urine and was lined by intact, gray-tan mucosa. The prostate was of normal size and appeared unremarkable on cut surface. The left testicle was absent. The right testicle was unremarkable.

## IMMUNOLOGICAL SYSTEM:

The spleen weighed 165 grams and was covered by an intact capsule. Cut surfaces were red-purple in color with a normal consistency. The white pulp was non-prominent. No focal abnormalities were present. Lymphadenopathy was not identified.

## ENDOCRINE SYSTEM:

The pituitary, thyroid, and adrenal glands were free of obvious disease.

## MUSCULOSKELETAL SYSTEM:

Gunshot wound injury has been described. There were no other abnormalities of the musculoskeletal system. The cervical, thoracic, and lumbar spine were free of hemorrhage and other abnormalities. Incision into the soft tissue of the back revealed no contusion or other injury.

## CENTRAL NERVOUS SYSTEM:

The scalp was free of hemorrhage and edema. The calvarium and basilar skull were intact. There was no epidural, subdural or subarachnoid hemorrhage present. The brain weighed 1410

                                    ASCL Official Copy - Do Not Duplicate

g. The leptomeninges were thin and clear. The cerebral gyri were normally formed and showed no focal lesions. Structures at the base of the brain, including cranial nerves and major blood vessels, were intact and unremarkable. Serial coronal sections of the cerebral hemispheres revealed symmetry between anatomic structures of the left and right sides, with no focal changes present. Cut surfaces of the brainstem and cerebellum were unremarkable.

## HISTOLOGY:

Formalin-fixed tissue samples were retained. No slides were processed.

## RADIOLOGY:

Multiple radiographs of the torso were prepared prior to autopsy examination.

## IDENTIFICATION:

The body was received as identified by the Arkansas State Police.

## EVIDENCE:

Items retained as evidence included: hair exemplars, fingerprints, palm prints, organ biopsies, a DNA blood matrix card, and the above described projectile.

## SPECIMENS:

Specimens retained for toxicology testing included: vitreous fluid, urine, and heart blood.

## WITNESSES:

Representatives from the Arkansas State Police were present for portions of the autopsy examination.

# LABORATORY RESULTS

**TOXICOLOGY:**

**Noah Brittain:**

Heart blood

    Immunoassay

| | |
|---|---|
| Amphetamines | negative |
| Barbiturates | negative |
| Benzodiazepines | negative |
| Buprenorphine | negative |
| Cannabinoids | positive |
| Cocaine Metabolite | negative |
| Dextromethorphan | negative |
| Fentanyl | negative |
| Generic Opioids | negative |
| Meprobamate | negative |
| Methadone | negative |
| Methamphetamines | negative |
| Opiates | negative |
| Oxycodone | negative |
| PCP | negative |
| Tramadol | negative |
| Tricyclic antidepressants | negative |
| Zolpidem | negative |

Vitreous humor

    Volatile

| | |
|---|---|
| Acetone | not detected |
| Ethanol | not detected |
| Isopropanol | not detected |
| Methanol | not detected |

ASCL Official Copy - Do Not Duplicate

## FINDINGS

I.    Gunshot wound of neck and arm:
   A. Entrance: right neck.
   B. Exit: none.
   C. Path:  skin, soft tissue, trachea, esophagus, left jugular vein, left subclavian artery and vein, left radial artery to lodge in the soft tissue of the left upper arm.
   D. Trajectory: leftward, downward, and slightly backward.
   E. No evidence of close-range fire on skin.
   F. Projectile recovered.


## OPINION:

It is our opinion, after consideration of the circumstances of death, and after autopsy of the body, that this 17-year-old male, Noah Brittain, died due to a gunshot wound of the neck and arm.

According to investigative reports provided by the Arkansas State Police, Mr. Brittain was shot by law enforcement.

Autopsy revealed a well-developed, well-nourished, adult male, with a gunshot wound of the neck and arm.


## MANNER OF DEATH:      Homicide

                              ASCL Official Copy - Do Not Duplicate