IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EXHIBIT

_____5_____

exhibitsticker.com

REBECCA J. PAYNE, personally,
and as the Personal Representative of the
ESTATE OF NOAH HUNTER BRITTAIN,
JORDAN L. KING; and JAMES L. CROWDER      PLAINTIFFS


V.        CASE NO.: 4:22-cv-0588-KGB


MICHAEL C. DAVIS, NATHAN RICE,
JOHN W. STALEY, and
LONOKE CO. SHERIFF JOHN W. STALEY      DEFENDANTS




ORAL DEPOSITION OF

JAMES LANDON CROWDER

WEDNESDAY, FEBRUARY 21, 2024
3:40 P.M. TO 4:37 P.M.


OWENS LAW FIRM, P.A.
1312 W OAK STREET
CONWAY, ARKANSAS 72034




AMY WAID, CCR #853
WAID REPORTING
P.O. BOX 10385
CONWAY, ARKANSAS 72034
WAIDREPORTING@GMAIL.COM

APPEARANCES

ON BEHALF OF PLAINTIFFS:

DEVON M. JACOB, P.A.
JACOB LITIGATION, INC.
P.O. BOX 837
MECHANICSBURG, PENNSYLVANIA 17055

ON BEHALF OF DEFENDANTS, JOHN W. STALEY AND NATHAN RICE:

JASON OWENS
OWENS LAW FIRM, P.A.
1312 W OAK STREET
CONWAY, ARKANSAS 72034

ON BEHALF OF DEFENDANTS, MICHAEL C. DAVIS:

CHRIS STEVENS
FUQUA CAMPBELL, P.A.
3700 CANTRELL ROAD #205
LITTLE ROCK, ARKANSAS 72202

REPORTER'S NOTES:

Quoted material is as read.
Phonetic spellings are signified by (phonetic).
Exactly as stated are signified by [sic].
Trailing off is signified by ellipses (...).
Interruptions and over-speaking are signified by dashes
(--).
Audio malfunctions in videoconferenced depositions can be
caused by technical difficulties or over-speaking.
**Transcripts are not allowed to be provided to another
party without express written consent of the reporter.**

INDEX

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . 1

APPEARANCES . . . . . . . . . . . . . . . . . . . . . . . 2

CAPTION . . . . . . . . . . . . . . . . . . . . . . . . . 4

PROCEEDINGS . . . . . . . . . . . . . . . . . . . . . . . 5

DIRECT EXAMINATION BY MR. OWENS . . . . . . . . . . . . . 5

CROSS-EXAMINATION BY MR. STEVENS . . . . . . . . . . . . 25

CROSS-EXAMINATION BY MR. JACOB  . . . . . . . . . . . . . 39

DEPOSITION CONCLUDED . . . . . . . . . . . . . . . . . . 51

CERTIFICATE OF REPORTER . . . . . . . . . . . . . . ... . 52

CAPTION

ANSWERS AND ORAL DEPOSITIONS OF JAMES LANDON CROWDER, a witness produced at the request of the defendants, taken pursuant to the Arkansas/Federal Rules of Civil Procedure in the above-styled and numbered cause on the 21st day of February, 2024, before Amy Waid, Arkansas Supreme Court Certified Court Reporter #853, at 3:40 p.m.

PROCEEDINGS

THEREUPON,

JAMES LANDON CROWDER,

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth and nothing but the truth, testified on their oath as follows, to-wit:

DIRECT EXAMINATION

BY MR. OWENS

Q    Would you state your name for the record, please, sir?

A    James Landon Crowder.

Q    All right, Mr. Crowder, my name is Jason Owens. We met briefly before we started, but I represent Lonoke County and Sheriff John Staley and a deputy named Nathan Rice in a federal lawsuit that you and Jordan King and Rebecca Payne have filed against them and another defendant named Michael Davis.

You understand that's what we're here to talk about today.  Correct?

A    Yes, sir.

Q    Okay.  I don't think we'll be here terribly long, but if I ask you any questions you don't understand or use a word or phrase you're not familiar with, just let me know, and I'll be happy to --

A    Yes, sir.

Q    -- ask it in a different way.  All right?

     How did you know Hunter Brittain?

A    I met him in school.

Q    Okay.  What school?

A    Beebe.

Q    Okay.  Was that high school, or would that have been earlier than that?

A    High school.  Pretty sure high school.

Q    Okay.  How old are you?

A    22.

Q    22.  Okay.  So you -- you would have been a couple years older than Hunter.  Right?

A    Yes, sir.

Q    And a few more older than Jordan King.  Right?

A    Yes, sir.

Q    Okay.  Did you know Jordan as well?

A    Yes, sir.

Q    Also from school?

A    I knew his older brother.

Q    Okay.  What's his older brother's name?

A    Landon King.

Q    All right.  Okay.  So I want to just kind of fast-forward to the night and early mornings of the events that are at the center of this lawsuit.  My

understanding is that Hunter and Jordan were coming to Mahoney's Body Shop or garage to work on a truck that belonged to Hunter.

A    Yes, sir.

Q    Is that correct?

A    Yes, sir.

Q    What's your connection or affiliation with Mahoney's Body Shop?

A    It's my grandpa's, my mom's dad.

Q    Who's your grandpa?

A    Robert Mahoney.

Q    Okay.  And what kind of a shop is it?

A    It's actually a body shop --

Q    Okay.

A    -- paint and body shop.

Q    Do collision work and that kind of thing?

A    Yes, sir.

Q    Okay.  So what time -- do you live out there?

A    Pretty much, yeah.

Q    Where do you live in relation to the body shop?

A    The house right beside it.

Q    I see.  Okay.  And what town or community is that in?

A    Cabot.

Q    It's actually in the Cabot city limits?

A    Yes, sir.

Q    Okay.

A    Cabot address.

Q    Sure.  And so what time did Hunter and Jordan come over that night or early morning?

A    They actually rode with me, and we went over there.

Q    Okay.

A    But we went there that afternoon.

Q    Okay.  Did you go over to Jordan or Hunter's house to pick them up?

A    Yes, sir.

Q    Okay.

A    And then we went and ate and then headed out there.

Q    Where'd y'all go eat?

A    It's a place in Searcy.  I forget what it's called.  We got catfish and fries.

Q    Okay.  Did you take some of that back to Hunter's grandparents?

A    Yes, sir.

Q    Okay.

A    I believe so.

Q    Okay.  What'd y'all do after that?

A    I think that's when we headed to my grandpa's.

Q    So what time of the day or night would that have been?

A    It was in the afternoon.

Q    How far from Hunter's house is Mahoney's Body Shop?

A    Probably like -- I would estimate the time probably like 35 minutes -- 30, 35 minutes.

Q    Okay.  And you were driving.  Do you have a pickup truck or what?

A    At that time, yes, sir, I did.

Q    Okay.  And so did you go straight there, or did y'all stop anywhere?

A    I think straight there.  I don't remember stopping.

Q    Okay.  And so, what, you get there 5 or 6 o'clock in the evening?

A    It was somewhere around there.

Q    Okay.  What happened then?

A    We started working on the vehicles.

Q    Do you remember what in particular you worked on?

A    We had to pull the transmission out of a Yukon, and then the transmission out of his and put the one in the Yukon in his.

Q    Okay.  And how long did that take?

A    A few hours.

Q    Okay.  What'd y'all do then?

A    We ended up taking a little break and going to eat.

Q    Where at?  Do you remember?

A    McDonald's.  Cabot.

Q    Okay.  Did y'all come back after that, or did you go somewhere else?

A    No.  We went back after that.

Q    Okay.  What time would that have been?

A    I'm not really sure the exact time.

Q    Okay.

A    Okay. We started working on his truck again once we got back.

Q    What were y'all doing then?

A    Putting the transmission in.

Q    Okay.

A    Working towards getting it in.

Q    Were y'all successful in doing that?

A    We got it in.  We had a few little problems we ran into, but.

Q    Do you remember what those were?

A    One of them was getting the dipstick in.  I remember we fought with that for a while.

Q    Sometimes those things don't fit like they're supposed to, huh?

A     No.  I figured out an easier way now, though.

Q     When you put them back together.

      Okay, so y'all were able to get -- ultimately get the transmission in.  What happened then?

A     It was getting late, and they were going to take it on a test drive.  And I stayed there and was cleaning up while they was taking it on a test drive.  So --

Q     When you say "late," what time are we talking?

A     I don't remember the exact times.

Q     Okay.  Past midnight?

A     Yes, sir.

Q     Okay.  And so they leave, and you go to clean up, because it's your grandfather's shop and this needs to be clean.  Right?

A     Yeah.  We was just -- I was expecting once they got back we'd just leave because I had already had everything picked up.

Q     Yeah.  Okay.  What happened next from your perspective?

A     I'm cleaning up, and then I hear them coming back, and I walked outside, and I was going to ask if they was -- if it was shifting good.  And then that's when I seen they was getting pulled over.

Q     And so what you saw was them in the truck with a

police car behind them with lights on?

A    Yes, sir.

Q    Did the police car have the sirens activated? Could you hear it?

A    I didn't hear it.

Q    You just saw the lights?

A    Yes, sir.

Q    Okay.

A    Seen it on the trees and everything.

Q    All right.  So you're looking out at this scene from where?

A    From the back shop door.

Q    Okay.

A    And I'm looking towards my right a little bit.

Q    Estimate, what are we talking about?  50 yards? Further than that?

A    I'm not really sure --

Q    Okay.

A    -- how far that would be.

Q    And so what happens then?

A    I'm walking up there, and then they get stopped. And then I hear -- I hear the gunshot.  And then I kind of just go off to the side and stand in front of a vehicle, and I was kind of just in shock for a minute. I didn't know --

Q    You said you went off to the side and stood in from of the vehicle.  What vehicle?

A    It was a Yukon parked beside a -- my grandma's privacy fence.

Q    Okay.

A    And I stood in front of it.

Q    Not the vehicle Hunter and --

A    No.

Q    -- Jordan --

A    No.  No.

Q    -- were in?

A    No.

Q    Okay.  A vehicle that was there by the shop door where you were?

A    Yes.

Q    Okay.

        MR. JACOB:  Guys, one at a time.  You're stepping on each other.  Okay?  So that way she can get it -- get it down.  So even if you know where he's going.  You're doing well, though.

Q    (By Mr. Owens) So you -- you move to the side by this Yukon.  Why?

A    I just -- like, I -- I was just like -- I was kind of scared to walk up there or be seen by -- by the cop

because I didn't really -- I didn't really know. Like, I was just nervous really.

Q    Okay.  Let me back up a little bit.  Had anybody else been helping y'all that evening, or was it the three of you?

A    There was someone else helping us.

Q    Who --

A    There was actually two other people helping us that night.

Q    Who was that?

A    Chad Lauderdale and Andrew Mahoney.

Q    And who are they?

A    Chad's just a friend, and Andrew's actually my cousin.

Q    And they were just out there to hang out and help with the --

A    Yeah.

Q    -- build?  Or are they both in that business?  I mean, do they -- do they know how to do any of this stuff?

A    Yeah.  They know a little bit.

Q    Yeah.  What do you do for a living?

A    Work on vehicles.

Q    You work at your grandpa's collision center?

A    Yes, sir.

Q    Okay.  All right.  So you step to the side by this Yukon.  And this is after you heard the shot.  Right?

A    Um-hum.

MR. JACOB:  Yes?

Q    (By Mr. Owens) Is that a "yes"?

A    Yes, sir.

MR. JACOB:  Yeah, it's so she can --

THE WITNESS:  Sorry.  I'm sorry.

MR. OWENS:  I'm not picking on you.

THE WITNESS:  I'm sorry.

MR. OWENS:  I just want to make sure she gets it down.  Okay?

Q    (By Mr. Owens) So what happens then?

A    I'm standing there, and then I hear -- I hear some holler, "Shots fired."

Q    Okay.

A    And then that's when another cop come up and then --

Q    Another police car.  Right?

A    -- yeah, another police car come up, and then they told -- told Jordan to get out of the vehicle, because they knew there was another person in there, and made him pull his shirt up.  And he grabbed it from the bottom, and they said, "Grab it from the top and spin around."  He did that.  And then they said, "Walk

backwards to the sound of my voice."

Q    You heard and saw all that from your vantage point?

A    Yes, sir.

Q    Okay.  And he complied with all those commands --

A    Yes, sir.

Q    -- best you could tell.  Right?

A    Yes, sir.

Q    Okay.

A    Then I heard someone yell something about MedFlight.  "Do we need to call MedFlight?"  And then someone else yelled, "Yeah, you need to call MedFlight."

Q    Okay.

A    But I never seen the MedFlight.

Q    Did -- how quickly did other police or medical vehicles start showing up?

A    A lot -- police cars it seemed a lot faster, but it seemed like the ambulance took a while.

Q    Did you at some point walk toward the scene?

A    I started to, and then I just went up there and told my grandma.  I woke my grandma up and told her what had happened.

Q    You went to your house next door where you lived?

A    Yeah, and woke my grandma up and told her.  And

then she work my grandpa up.

Q    Okay.  You live in this house with your grandma and grandpa?

A    Yes, sir.

Q    Okay.  Anybody else live there with y'all?

A    Just my grandma and grandpa.

Q    Okay.  So you never actually walked up to the scene of the shooting and the --

A    No, sir.

            MR. JACOB:  Objection.

Q    (By Mr. Owens) Okay.  You walked over to your -- you started -- I think you did say you started to walk that way, but then walked over to your grandma and grandpa's house.  Right?

A    Yes, sir.

Q    Okay.  What was your grandma and grandpa's response when you woke them up?

A    My grandma was like -- just like, "Oh, my God.  What happened?" and everything.

Q    They both knew Hunter.

A    Yes.

Q    Right?

A    Yes, sir.

Q    When you went to wake them, neither of them were awake at that time, were they?

A    No, sir.

Q    Okay.  I imagine gunshots are heard from time to time where you live?

A    Yes, sir.

Q    Okay.  Did your grandparents dress and go out to the scene?

A    No, they did not.

Q    Okay.

A    My uncle lives over there, and he come -- he's -- he went over there is what -- what he said.

Q    Who's your uncle?

A    Robert Mahoney, II.

Q    Okay.  Did you ever -- once you went in to wake your grandparents, did you ever leave the house?

A    They wouldn't let me.  They wouldn't let me out there.

Q    They told you to stay in the house?

A    (Nonverbal response.)

Q    Okay.  In Paragraph 44 of your amended complaint, Document 14 for the record, the complaint says:  "King and Crowder confirm that Davis never said anything prior to shooting Brittain."

     Is that correct?  You didn't hear Davis say --

A    I --

Q    -- anything before --

A    -- I did not hear --

Q    -- the shot?

A    -- I did not hear him say nothing.

Q    Okay.  Do you believe that you were close enough to have heard it if he had said it?

A    Yes, sir, I believe so.

Q    How long were you out there before the shot was fired?

A    A few seconds probably.  I heard -- had heard them coming down the road.

Q    Okay.  The truck was pretty loud at that point, wasn't it?

A    Yes, sir.  The -- the -- I believe we didn't put the exhaust back on because we were just test-driving it.

Q    Okay.

A    So, yeah, it was -- it was -- it was a little loud.

Q    Was that causing more smoke out of the -- out of the back --

A    I'm not sure on that.

Q    -- than normal?

     Did you see any smoke when they were pulling up?

A    No, I did not.

Q    Okay.  After you went into the house and woke your

grandparents and they told you don't leave the house again, which you didn't, did you look out the window at the scene at all?

A    Yeah.  I texted Hunter actually and said something as in, "I love you, buddy.  I hope you're all right."

Q    Yeah.  To your knowledge have you ever met John Staley, Nathan Rice, or Michael Davis?

A    I -- I've met John Staley, I think, before.

Q    Okay.  Where'd you meet him, if you know?

A    I think at one of my friend's house before.

Q    Okay.  Just in a social setting?

A    Yeah, just talking to my buddy and one of my friends.

Q    And did you just meet him sort of in passing, or did y'all have --

A    I didn't really talk to him.  I just --

Q    Yeah.

A    -- I knew what he looked like.

Q    Okay.  What claim or claims are you making in this lawsuit?

A    I don't know what you mean by that.

Q    Were your rights violated in some way?

MR. JACOB:  Objection.  You're asking him a legal conclusion?

MR. OWENS:  I'm asking him why he's

brought a lawsuit.

Q    (By Mr. Owens) Why did you sue any or all of these defendants?

A    What they did was wrong -- I mean, what he did was wrong.

Q    What did they do to you that was wrong?

A    They -- they killed one of my best friends for no reason.

Q    Okay.  All right.  Did John Staley do something wrong to you?

A    The only thing really he -- I mean, I guess not, no.

Q    I certainly see why you would be a witness in this case because you were out there and saw some of what happened, heard some of what happened.  Do you know why you've sued these defendants in this case?

A    I mean, yeah, I do.

Q    Why?

A    Michael Davis because he killed one of my best friends in the driveway at my grandpa's for no reason. He didn't do nothing wrong.

Q    I can see why Hunter Brittain's estate would sue Michael Davis for that.  But why are you suing Michael Davis for that?

A    That's my answer for that.

Q    Okay.  Are you suing Defendant Rice -- Dep. Rice?

A    I don't know.

Q    Are you suing Sheriff Staley?

A    I believe so, yes, sir.

Q    You think so?  What are you suing Sheriff Staley for?

A    For letting Davis work off his medicine, because if he wouldn't have been working off -- if he wouldn't have been working off his medicine, then this might could've not have happened.

Q    What medicine are you referencing?

A    They said that he was on some kind of medicine.

Q    Who's "they"?

A    That's just articles and stuff I've read.

Q    Okay.  What medicine do they say he was off of?

A    I -- I don't know the name of it.  I can't remember what the name of it is.

Q    Do you have medical background?  Medical training?

A    No.

Q    Okay.  Okay.  Do you have any reason to believe that, other than what you've read in articles, that Dep. Davis was actually not taking any prescribed medication?

A    Yeah, I believe it.

Q    Why?

A    Just because I don't think that's just made up.  I believe it.

Q    Okay.  Are you suing Lonoke County in this case?

A    Yes, sir.

Q    For what?

A    For what happened.

Q    You're suing Lonoke County for what Dep. Davis did?

A    Yes, sir.

Q    How have you been harmed by the defendants' conduct in this case?

A    Can you rephrase that?

Q    Sure.  Generally, when people sue other people, it's because they claim that something has been done wrong to them.  You're alleging in your complaint that you're entitled to money damages for what was done wrong to you.

How did whatever the defendants did wrong harm you if it did?

MR. JACOB:  I object.

MR. OWENS:  Sure.

Q    (By Mr. Owens) You can go ahead and answer.

A    I mean, just what had happened really.

Q    Did you say when it happened or what --

A    No.  I said what had happened, like --

Q   How did what happened harm you?

A   I mean, it's just been depressing and it sucks that it happened.  I wish it wouldn't have happened.

Q   Okay.  Is there anything else that happened out there in the early morning hours of June 23, 2021, that we haven't talked about?  That you haven't told me about?

MR. JACOB:  Objection.

A   I don't -- I don't remember.

Q   (By Mr. Owens) Y'all were out there working on the truck from the early evening 5:00 or 6:00 until 2:00 or 3:00 in the morning?

A   Yeah, somewhere around that time.

Q   Didn't leave other than to go to McDonald's?

A   Yes, sir.

Q   When do you think that would have been?

A   I'm not sure on the exact time, but I'd say -- I mean, it was before they closed, and it was a little later, so I'm not sure on the exact time.

Q   Did you drive to McDonald's?

A   Yes, sir.

Q   Did all five of you go?

A   Yes, sir.

Q   Okay.

MR. OWENS:  I think that's all I have.

Mr. Stevens may have some questions for you.

Thank you for your time, sir.

MR. JACOB:  Mr. Stevens?

MR. STEVENS:  I have just a few.  I

don't think I'll be very long.

CROSS-EXAMINATION

BY MR. STEVENS

Q    My name is Chris Stevens.  We met off the record.

A    Yes, sir.

Q    I represent Michael Davis in his individual capacity in this case.

So I understand that there were five of you that were at the Mahoney's -- Mahoney's shop that night.

A    Yes, sir.

Q    When did Chad and Andrew leave?  Did they leave --

A    Yes.

Q    -- at some point?

A    Yes, sir, they did leave.  It was -- it was before it got late because they had to work the next day. They were getting ready for bed -- going to go home and get ready for bed.

Q    But they left sometime after y'all left to go to McDonald's and came back?

A    Yes, sir.

Q    Okay.  Did they drive themselves?

A    Yes, sir.

Q    So you -- you guys were there -- I kept missing the time -- but from about 5:30 --

A    Yes, sir.

Q    -- to --

A    Somewhere around that time until --

Q    The incident.

A    Yes, sir.

Q    Okay.  Did y'all -- were there any -- was there any alcohol that you drunk that night?

A    No, sir.

Q    Any smoking?

A    No, sir.

Q    Okay.  Hunter used chewing tobacco I understand.

A    Yes, sir.

Q    Okay.  Did he -- was he using that that evening?

A    I don't -- I don't remember if he was or not.

Q    Okay.  Okay.  So let me fast-forward to when they go out for the test drive and they come back.  You say that you're inside the shop.  Are there any windows in the shop?

A    Yes, sir.  There -- there's a bunch of windows on every door.  Every bay door has like three windows.

Q    Okay.  And so do you see -- or do you see the -- the lights from the --

A    I actually heard the truck --

Q    -- blue lights from the officer?

A    -- coming back, and I was going out there to see if it had shift -- was shifting good and everything, the transmission, and then that's when I seen the blue lights.

Q    Did you notice anything off about the truck when you saw it driving up?

A    No, I didn't.

Q    Okay.  Was it louder than it should've been?

A    Yeah, it was loud.

Q    How -- are they still -- and "they" are Hunter and Jordan -- in the truck and the officer -- can you see them when you walk out of the shop?

A    Yeah, the cop car pulls up here, and then they're right there.

Q    Do you see them actually pulling in?

A    Yeah, at the very end coming to a stop.

Q    Okay.  So when you walk out, they are just coming to a stop?

A    Yes, sir.

Q    Okay.  Do you see Hunter or Jordan get out of the vehicle -- get out of the truck?

A    Jordan -- Jordan -- I could see Jordan's side, but I couldn't really see his side of the vehicle.

Q    Hunter's side?

A    Yeah.  Because it was facing the opposite way.

Q    Did you see Jordan get out of the truck?

A    No.  Not until after the officer commanded him to get out.

Q    So you said you -- how long is it between when you first laid eyes on the truck and when it comes to a stop?

A    I'd say a few -- it was a few seconds probably.

Q    Okay.  And then from the time it comes to a stop until the time you hear the gunshot, how long is that?

A    Not very long.

Q    Is it -- we're talking like less than a minute?

A    Probably, yeah, less than a minute.

Q    Okay.  Less than 30 seconds?

A    Yeah.

Q    Less than ten seconds?

A    Yeah.

Q    Okay.  Less than five seconds?

     I'm sorry I'm going through this with you.  I just want to pinpoint it.

A    Somewhere in there probably.

Q    Somewhere between five and ten?

A    No.  Probably -- it was -- it was quick.

Q    Between zero and five seconds?

A    Yes, sir.

Q    Okay.  So my understanding is that Hunter was out of the vehicle by the time he had been shot, that he was reaching into the back of the truck.  Did you hear anything like that?  Later on, I mean.

A    Yeah, later on, yeah, I did.

Q    Yeah, but you didn't see him do that?

A    No.  I never seen him --

Q    Okay.

A    -- reaching back there or nothing.

Q    Do you think the truck would have rolled backwards had -- I mean -- well, scratch that.

     So between the time the vehicle comes to a stop and the time you heard the gunshot, it's under five seconds?

A    I mean, it's -- yeah, it's quick.

          MR. JACOB:  Objection.

Q    (By Mr. Stevens) Is that what you said?

A    (Nonverbal response.)

Q    You're nodding your head.

A    Oh, my bad.  Yes, sir.

Q    Okay.  And then does that give -- I mean, would that give Hunter enough time to jump out of the vehicle, reach into the back of the -- of the truck?

A    I believe so, yes, sir.

Q    Okay.  I mean, he'd have to be pretty quick to do that.

A    I mean, if he's just -- if he was just walking to the back of the truck, I feel like he'd -- I mean, it just happened quick.

Q    Okay.  And you can't see Hunter get out of the truck.  Right?

A    I didn't -- I -- I didn't see him get out of the truck, no.

Q    Okay.  And you -- do you see Ofc. Davis at all?

A    No, sir.

Q    Okay.  Do you -- you see Ofc. Davis's vehicle, though?

A    Yes, sir.

Q    Do you ever see Ofc. Davis?

A    When I was -- when I was at my grandma's after everything had done calmed down and we was all out in the driveway, and I seen him.

Q    Okay.  How long is it from when you heard the gunshot to when you leave to go to your grandmother's house?

A    I just stood there for a minute like -- a minute and I watched -- I watched for a minute, and then I went up to the house.

Q    Do you mean like a literal minute you stood there

for --

A    Oh, no, no, no.

Q    Okay.

A    Not like a literal minute.  Just like -- I'm not sure on the exact time of how long I was standing there.

Q    Okay.  But while you were standing there, you never saw Ofc. Davis?

A    No, sir.

Q    Okay.  And you never saw Hunter.  Right?

A    No, sir.

Q    What was -- but you could see Jordan --

A    Yes, sir.

Q    -- during that time.  Right?

     What was he doing?

A    Just sitting in the truck.

Q    Okay.  Did you see him open the truck door at all?

A    He had his arms out the window or on top of it or something at one point, but I don't -- I don't remember that part really.

Q    Okay.  And you said that you didn't hear Ofc. Davis say anything?

A    Not -- I heard -- I heard him yell one time.  He said, "Well, why in the hell did he have an oil jug?"

Q    Okay.  When did he yell that?

A    That was a little bit after the shot and everything.

Q    And that was after -- was he -- who -- was he talking to someone?

A    I don't know exactly who he was talking to.  I can't really remember.

Q    Was there another officer there at that time?

A    I believe so.

Q    Okay.

A    I believe that's when the other officer was there.

MR. JACOB:  I'm sorry.  Louder.

THE COURT REPORTER:  I gotcha.

Q    (By Mr. Stevens) Did you hear Hunter say anything?

A    No, I never heard Hunter say anything.

Q    And you didn't hear Jordan say anything.  Right?

A    I think -- I think he did say something, but I -- I can't remember what it was.

Q    Did he say something after the second officer arrived or before?

A    Before the second officer arrived, I think.

Q    Like, after the gunshot?

A    Yes, sir.

Q    You may not remember exactly what he said, but do you have any idea of what he would've said?

A    No, sir.

Q    Okay.  I think you said -- you told Mr. Owens earlier that, although you didn't hear Mr. Davis say anything -- Ofc. Davis say anything, you believed you were close enough to hear him say something had he said something.

A    Yes, sir.

Q    Okay.  How do you know you were close enough to hear him?

A    I mean, I wasn't that far really.

Q    Like, you were close enough to hear him if he yelled?

A    I mean, if he was talking -- talking pretty loud, I may not be able to hear him.

Q    Okay.  If he was talking like you and I are talking right now, would you have been able to hear him?

A    Probably.  I mean, I would probably hear him, but I wouldn't be able to probably make out what he was saying.

Q    Okay.  How far away is it from where you are standing outside the shop door -- which is where you were.  Right?

A    No.  I -- I'd done walked from the shop door up to the end of the privacy fence.

Q    Okay.  How far is it from there to where the truck

had pulled to a stop?

A    I'm not sure on the exact distance.  I mean -- yeah, I'm not sure on the exact distance.

Q    I think Mr. King, Jordan, had testified earlier that the truck -- Hunter's truck pulled up the front wheels on the asphalt and the back wheels still on the gravel driveway.

A    Yes, sir.

Q    Do you remember that being the case?

A    Yes, sir.

Q    Okay.  Did you talk with Jordan after the incident?

A    After everything was all over, yeah.

Q    When was that first time you talked with him after the incident?

A    We were sitting on my grandpa's carport on the swing.

Q    Did -- do you remember what Jordan said about that incident?

A    He -- he just told me, "I hope he's all right." And then that's when my mom told us that he had died.

Q    Okay.  So this was after Jordan had been released from the back of the cop car he was in and --

A    Yes, sir.

Q    Was it light out?

A    Yes, sir.

Q    Okay.  How do you know how Jordan got home?

A    I believe I took him home, or it might've been his dad.  I can't remember really.  I was in shock kind of really.

Q    Did Jordan say anything about what he saw of Ofc. Davis doing that during the incident?

A    No, sir.

Q    Did you ever see the blue bottle of antifreeze?

A    I never seen it until I seen pictures of it when they were posting them up.

Q    I mean, would that have been something that if a -- if a truck is, I guess, not going into park, and based on where it was -- where the truck was situated with the two front wheels on the asphalt and the back two on the gravel, I mean, would you need to put something behind the wheel to stop it --

A    Yeah, because it --

Q    -- from rolling back?

A    -- it's uphill, and then it's got a little hump off the asphalt onto the --

Q    Okay.  Have you ever been pulled over by law enforcement?

A    Yes, sir.

Q    Were you driving your truck or your vehicle at the

time?

A    A vehicle.

Q    Did you get out of the vehicle during the stop?

A    No, sir.

Q    Why not?

A    I just didn't.

Q    Did you see any smoke coming out of the vehicle?

A    No, sir, I do not remember seeing any smoke.

Q    Okay.  The complaint says:  "That the boys opened their doors to let the smoke out when they pulled in."

And you didn't see them do that?

A    I don't remember seeing no smoke, no, sir.

Q    Okay.  Okay.  So the complaint also says -- I'm at Paragraph 42 of the first amended complaint, Document 14 -- "Upon hearing the gunshot, Crowder froze but continued to watch the events unfold."

Paragraph 43 says:  "Crowder watched Davis walked toward Brittain's truck while yelling 'Shots fired. Shots fired.' into the mic of his police radio."

Did you actually see Ofc. Davis at that point?

A    I do remember -- I remember him saying, "Shots fired.  Shots fired."

Q    Okay.

A    And I don't -- I -- I really can't remember everything.

Q    Okay.  How did you see him walk towards Brittain's truck from where you were?

A    From his vehicle, I'm guessing.

Q    Did you change positions to be able to see him from where you were?

A    From the position I was already at, I could see.

Q    Okay.  So earlier I had asked --

A    If he -- if he had walked -- like, his vehicle's right here.  If he'd have walked in front of it, I could've seen him.

Q    Okay.

A    But, like, if he was on that side of the vehicle, I wouldn't have been able to see him.

Q    Okay.  How quickly after you heard the gunshot did you see Ofc. Davis?

A    Not long after that.

Q    And how quickly -- did you see Ofc. Davis when he was yelling, "Shots fired," or could you just hear him?

A    I could -- I could hear him saying "Shots fired. Shots fired."

Q    Okay.  But you couldn't see him at that time?

A    No, not at that time.

Q    Okay.  Okay.  Did you -- I think you said earlier, you'd never saw Hunter that night.  Is that true?

                    MR. JACOB:  Objection.  That's --

Q    (By Mr. Stevens) Did you see Hunter that night?

A    That night?

Q    I'm sorry.  After the shooting, did you see Hunter?

A    No.

Q    Okay.  Paragraph 53 says:  "That Crowder moved to another location on the property, and from that location observed Brittain laying on the ground next to his truck."

     Is that -- is that accurate?

A    That's when I had run around the house because -- I actually had to go through the window to get into the house because it was late and my grandparents had done locked the doors.  And when I'd come around, I -- I could see.

Q    How far away are you from where Hunter was at that point?

A    At that point, from probably like the middle of the front yard of the house to there, so I'm not exactly sure on how far it is.

Q    Okay.  You didn't see a blue jug at that time?

A    No, sir.

Q    Okay.  Could you see Ofc. Davis at that time?

A    I don't remember seeing him.

Q    Okay.  Now, as I read the complaint, the only

claims that you're making, the only counts that are alleged, against Ofc. Davis are a count for negligence and a count for outrage.  Is that accurate?

A    Yes, sir.

Q    Okay.

MR. STEVENS:  Okay.  That's all I have. Thank you.

MR. JACOB:  I have a few follow up.

Unless, Jason, do you have any?

MR. OWENS:  No, nothing else from me.

MR. JACOB:  Okay.

CROSS-EXAMINATION

BY MR. JACOB

Q    I just want to clarify a couple things.  Now, first of all, and this may sound funny, but you're not a lawyer.  Correct?

A    Yes, sir.

Q    You got to speak loud so she can hear.

A    Yes, sir.

Q    And you have no legal training?

A    No, sir.

Q    So if I were to ask you, what are the legal elements, what do you need to prove, to establish an outrage claim, you wouldn't know.  Correct?

A    No, I don't know nothing --

Q    And -- and the same thing, if I asked you --

THE COURT REPORTER:  Will you say that answer again?  Sorry.

MR. JACOB:  Whoops.  Sorry.  Go ahead.

A    Oh, I wouldn't -- I wouldn't know what you mean by that.

Q    (By Mr. Jacob) And same thing if I said:  What do you need to prove in order to establish a negligence claim?  You wouldn't know.  Correct?

A    No, sir.

Q    And, in fact, you hired a lawyer.  Right?

A    Yes, sir.

Q    And you're relying on your lawyer to investigate the facts?

A    Yes, sir.

Q    And to figure out what facts establish legal claims.  Correct?

A    Yes, sir.

Q    Now, you were asked, well, "How were you harmed?" Now, you know, sometimes that has a legal connotation, and sometimes it has a layperson connotation.  And sometimes we think harm as in cut.  Correct?

A    Yes, sir.

Q    All right.  So if harm in the legal sense could mean any effect on you, so I'm going to ask you, did

this incident cause any emotional distress to you?

A    Oh, yeah.  Yes, sir, for sure.

Q    And -- and is that how it harmed you?

A    Yes, sir.

Q    So when you said you're suing because Davis shot and killed your best friend in front of you, are you saying that you're suing because of what that did to you emotionally?

A    Yes, sir, like, what he did to me, and what he did to Hunter, both really.

Q    Okay.  But you would agree with me, the estate is suing because -- for Hunter for killing him.  You're suing because what you saw and were forced to see hurt you in the sense emotionally?

A    Yes, sir.

Q    Okay.  So in that context, the reason you're suing then -- suing then is because of the emotional impact seeing this killing caused you.  Correct?

A    Yes, sir.

Q    All right.  Now, there was questions about what you saw at that scene and also what you heard at that scene.  Am I correct that when you were talking about zero and five seconds and five and ten seconds --

A    Yeah, I'm not sure on the exact times really. Just, like, it was quick though.

Q    Okay.  Am I correct those are literal guesses as to time?

A    Yeah, those are just, like, estimates --

Q    Okay.

A    -- of like --

Q    That's not something that you actually know as far as a measurement?

A    No, I didn't -- no, I wasn't counting seconds or nothing.

Q    I'm sorry.  You've got to speak clearly.

A    I wasn't counting the seconds, so I'm not exactly sure.

Q    You're saying that, though, in a -- in a layman's perspective, it wasn't a long time?

A    No, it wasn't a long time.  That's what I mean.

Q    Should we take any other definition about the time other than "it wasn't a long time"?

A    It was a few seconds.

Q    Okay.  But as far as how many few, you're not saying three?

A    No.  I'm not saying three.  I'm not saying five. I just -- it was just a few seconds.  It wasn't long.

Q    Okay.  Is it fair to say it was less than a minute?

A    Oh, yeah, for sure.

Q   I see.  At what point did you conclude or realize that Hunter had been shot?

A   Whenever I heard him say, "Well, why in the hell did he have an oil jug in his hand?"  And then I'd already heard the gunshot, so I -- I actually knew as soon as that, that Hunter got shot because I could see Jordan from where I was at, but Hunter was on the other side of the vehicle.

Q   Was it that -- did you see Hunter, then see him disappear?

A   I don't remember seeing him.  I was just kind of looking at everything.

Q   Okay.  But at -- at some point, very shortly after the gunshot, you're going around --

A   Yeah, I couldn't see Hunter from where -- right there, no.

Q   Okay.  But listen to the question so she can get it down.

     I heard you say, and correct me if I'm wrong, shortly after the gunshot, you were going around the yard, and then you saw Hunter on the ground?

A   Yes, sir.

Q   From there could you see any blood or anything?

A   No, I didn't see the blood until after -- afterwards, everything was over, I seen the puddle of

blood out there.

Q   Okay.  But before you went to your grandparents'
house, you had heard a gunshot, and you had seen your
friend lying on the ground.  Is that correct?

A   Before that I couldn't see Hunter from where I
was.

Q   No, no, no.  I'm saying -- I'm sorry.  Listen to
what -- listen to what I'm asking you.  Because you
said you actually had to climb in your grandparents'
window.  Right?

A   Yes, sir.

Q   So before you climbed in that window, by then you
had heard the gunshot and seen Hunter on the ground?
Is that correct?

A   Before I'd went around?

Q   No.  Before you went through the window.

A   Oh, yes, yes, yes.

Q   Yeah.  That --

A   Because I went around to the front door because
there's three doors on the house.

Q   Okay.  What were you going to tell your
grandparents before you saw Hunter on the ground?
Because you had already started to go.  Right?

A   I -- I'm not sure what I was doing.  I -- when I
went in there, I'd woke my grandma up first, because it

was the closest -- the closest room.  And I woke her up, and then she woke my grandpa up.

Q   My question is, though:  You had made a decision to leave the scene of the shooting to go to your grandparents' house before you saw Hunter on the ground.  Is that correct?

A   Yes.

Q   And so at that moment, why did you feel you needed to go to your grandparents' house to tell them something?

A   Well, I didn't want to walk up on the scene and, like, make things worse or like -- I don't know really, like, how to say it.  Like, I didn't want to -- I didn't want to be, like, next, you know, like, just walk up there and then, like, spook him or something, like, make him nervous of me walking up.  So I just went to my grandma's because I didn't really -- I didn't really know what to do really.

Q   Okay.  Had -- did you decide or conclude, before you started to head to your grandmother's, that someone had been shot?

A   Oh, yeah.

Q   All right.  That's what --

A   Yeah, for sure.

Q   -- that's what I'm getting at.

Okay. And what led you to believe that someone had been shot?

A    The gunshot and the -- when he said, "Well, why in the" -- oh, and the MedFlight too. The MedFlight was -- when he said "MedFlight," that was another big -- I knew somebody was hurt bad.

Q    Okay. And you saw Jordan. Correct?

A    Yes. So I knew it had to have been Hunter.

Q    All right. So before you start to go back to your grandparents' house, you knew someone had been shot. You saw Jordan, so you assumed it --

A    Yeah. Yeah.

Q    -- was Hunter. Correct?

A    Yeah. Because I knew they didn't have no gun.

Q    So that's correct. Right?

A    Yes, sir.

Q    And then as you're going to your grandparents' house, you actually see Hunter on the ground?

A    Yes, sir.

Q    All right. And you went to your grandparents' house because you didn't want to be next. Correct?

A    Yeah. I didn't want to walk up and like -- yeah, I didn't -- just kind of nervous really, scared really.

Q    Sure. Now, you were close enough, though, to hear Ofc. Davis say "Shots fired" into the mic. Correct?

A    Yes, sir.

Q    So had Ofc. Davis said something before the gunshot, you would've heard it then.  Correct?

A    Yes, sir.

Q    Okay.  Tell me about how this incident has affected you as a person.

A    I've just been depressed really.  Like, everywhere I go people want to ask me about it, and it makes things worse really.  And then not having my friend no more, that bothers me.  Just after, to see that blood, when I seen the blood, it just -- I don't know -- it's just a weird feeling.

Q    Now -- now, don't be angry at your mom for this, but in speaking with your mom, she indicated you were really struggling with this.  Is that true?

A    Yes, sir.  I went and got put on medicine, but it -- I didn't feel like it was helping me.  I don't know.  I just want to forget it really, forget about everything.

Q    What prompted you to go get put on medicine?

A    Just like -- I don't know.  I'm just depressed, I guess, about it.  I just picture things and --

Q    Just couldn't get it out of your mind?

A    No.

Q    And even today as you sit here, February of 2024,

is it still affecting you?

A    Yes.  The -- just like the picture and stuff, or like, if I see -- like, a lot of times if I see an ambulance or, like, a police car with the lights on, it just reminds me of that.

Q    Sure.

A    And --

Q    Now, sometimes when we get really upset or if something emotionally happens to us, it ends up coming out or showing itself physically.  So I'm going to ask you some questions about that to find out what -- what physical effects you had.

At any time after the shooting up until now, do you believe that this has caused you to have trouble sleeping?

A    Oh, yeah.

Q    Did this change --

A    At the very beginning, for sure, like, I couldn't sleep.

Q    And did you sleep in your room, or did you sleep in your parents' room or your mom's room?

A    I stayed with my mom some and slept with her, and I slept on the couch some.

Q    And when you say you slept with her, you mean in her bedroom?

A    Yes, sir.

Q    And that's because you were so traumatized by this?

A    Yeah.  Just somebody there to talk to and everything.

Q    Sure.  And sometimes you wake up in the middle of the night and call your mom, don't you?

A    Yes, sir.

Q    And it's about this incident?

A    Yes, sir.

Q    And you have, for lack of a better term, panic attacks that she helps talk you through?

A    Yes, sir.

Q    And did you ever -- were you ever nauseas after this?

A    Yes, I was.  I -- I had trouble eating really. Like, I just -- I felt hungry, but I didn't want to ever eat.

Q    Okay.  And did you --

A    So --

Q    -- ever vomit?

A    Some.  I did some.  I don't know if it was from not eating or what.

Q    Okay.  Did your stomach ever hurt?  Get cramps?

A    I don't think -- I don't think that my stomach

ever cramped.

Q    Okay.  Did you ever get headaches or -- from this?

A    I'm not sure.

Q    Okay.  Did you find yourself crying at times?

A    Oh, yeah.

Q    Did this affect your schooling or your work?

A    Working, yeah.  For a while I didn't -- I didn't do nothing.  I just laid around really.

Q    And were you working at the time of the incident?

A    Yes.

Q    And what were you doing at the time of the incident?

A    I was working with my grandpa.  I had just got done working at a flooring place.

Q    I'm sorry?  Say again?

A    Oh, I had just got done working at a flooring place, and I was working with my grandpa.

Q    Okay.  And then after this incident, there was a period of time you couldn't work?

A    Yes, sir.  Well, I just laid around really.

Q    And how long do you think that period lasted?

A    Probably a few months before I started working any.

Q    And am I correct, even now you're not working full time?

A    No, I'm not working full time.

Q    And why is that?

A    Just I really have problems sleeping at night. And then when I do finally go to sleep, it's hard for me to wake up now.

Q    Okay.  And is it just hard to get out of bed because you're sad or just because you're exhausted?

A    I just feel tired and depressed a little bit.

Q    Okay.  And -- and that's continuing even until today.  Correct?

A    Yes, sir.

              MR. JACOB:  I have no further questions.

              MR. OWENS:  Nothing else from me.

              (Thereupon, the deposition was concluded at 4:37 p.m.)

CERTIFICATE

STATE OF ARKANSAS      )
                       )SS
COUNTY OF FAULKNER     )


     I, Amy Waid, Certified Court Reporter for the State of Arkansas, do hereby certify as follows:

     (1) that on February 21, 2024, the witness, JAMES LANDON CROWDER, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein;

     (2) that the foregoing pages contain and are a true and correct transcription of the proceedings as reported verbatim by me via stenographic method to the best of my ability and transcribed and reduced to typewriting by myself or under my direction and supervision, and subject to appropriate changes submitted by witness, if any, during his/her requested reading and signing of this deposition according to the Federal/Arkansas Rules of Civil Procedure;

     (3) that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and that I am not a relative or employee of any attorney employed by the parties hereto;

(4) that I am not financially or otherwise interested in the outcome of this action that affects or has substantial tendency to affect impartiality or requires me to relinquish control of an original or copies of a deposition transcript before it is certified, or that requires me to provide any service not made available to all parties to the action; and

(5) that I have no contract with the parties, attorneys, or persons with an interest in the action; and that I am not knowingly identified on a preferred provider list, whether written or oral, for any litigant, insurance company, or third-party administrator involved in this matter.

This transcript is prepared at request of Jason Owens, and all fees are billed directly to Owens Law Firm, in compliance with Arkansas Board of Court Reporter Examiners Regulations Section 19.

Witness my hand and seal this 7th day of March, 2024.

_____
AMY WAID
AR CERTIFIED COURT REPORTER #853



MR. JACOB: [15] 13/17 15/4 15/7 17/10 20/23 23/20 24/8 25/3 29/17 32/11 37/25 39/8 39/11 40/4 51/12
MR. OWENS: [7] 15/9 15/11 20/25 23/21 24/25 39/10 51/13
MR. STEVENS: [2] 25/4 39/6
THE COURT REPORTER: [2] 32/12 40/2
THE WITNESS: [2] 15/8 15/10

**'**

'Shots [1] 36/18

**1**

10385 [1] 1/24
1312 [2] 1/18 2/9
14 [2] 18/20 36/15
17055 [1] 2/5
19 [1] 53/17

**2**

2021 [1] 24/5
2024 [5] 1/16 4/6 47/25 52/8 53/19
205 [1] 2/13
21 [2] 1/16 52/8
21st [1] 4/6
22 [2] 6/11 6/12
23 [1] 24/5
25 [1] 3/7
2:00 [1] 24/11

**3**

30 [2] 9/7 28/15
35 [2] 9/7 9/7
3700 [1] 2/13
39 [1] 3/8
3:00 [1] 24/12
3:40 [2] 1/16 4/7

**4**

42 [1] 36/14
43 [1] 36/17
44 [1] 18/19
4:22-cv-0588-KGB [1] 1/7
4:37 [2] 1/16 51/15

**5**

50 yards [1] 12/15
51 [1] 3/9
52 [1] 3/10
53 [1] 38/6
5:00 [1] 24/11
5:30 [1] 26/3

**6**

6:00 [1] 24/11

**7**

72034 [3] 1/19 1/24 2/9
72202 [1] 2/13
7th [1] 53/19

**8**

837 [1] 2/5
853 [3] 1/23 4/7 53/22

**A**

ability [1] 52/15
able [6] 11/3 33/13 33/15 33/18 37/4

37/13
about [18] 5/20 12/15 16/10 24/6 24/7 26/3 27/7 34/18 35/6 41/20 41/22 42/16 47/5 47/8 47/18 47/22 48/11 49/9
above [1] 4/5
above-styled [1] 4/5
according [1] 52/19
accurate [2] 38/10 39/3
action [4] 52/22 53/2 53/7 53/9
activated [1] 12/3
actually [16] 7/13 7/25 8/6 14/8 14/13 17/7 20/4 22/22 27/1 27/17 36/20 38/12 42/6 43/5 44/9 46/18
address [1] 8/3
administrator [1] 53/13
affect [2] 50/6 53/3
affected [1] 47/6
affecting [1] 48/1
affects [1] 53/2
affiliation [1] 7/7
after [26] 8/24 10/6 10/8 15/2 19/25 25/22 28/4 30/16 32/1 32/3 32/18 32/21 34/11 34/13 34/14 34/22 37/14 37/16 38/3 43/13 43/20 43/24 47/10 48/13 49/14 50/18
afternoon [2] 8/9 9/3
afterwards [1] 43/25
again [4] 10/12 20/2 40/3 50/15
against [2] 5/17 39/2
agree [1] 41/11
ahead [2] 23/22 40/4
alcohol [1] 26/10
all [27] 5/13 6/2 6/23 12/10 15/1 16/2 16/5 20/3 20/5 21/2 21/9 24/22 24/25 30/10 30/17 31/17 34/13 34/20 39/6 39/15 40/24 41/20 45/23 46/9 46/20 53/7 53/15
alleged [1] 39/2
alleging [1] 23/15
allowed [1] 2/24
already [4] 11/17 37/6 43/5 44/23
also [3] 6/19 36/13 41/21
although [1] 33/2
am [7] 41/22 42/1 50/24 52/21 52/23 53/1 53/10
ambulance [2] 16/19 48/4
amended [2] 18/19 36/14
AMY [4] 1/23 4/6 52/5 53/21
Andrew [2] 14/11 25/15
Andrew's [1] 14/13
angry [1] 47/13
another [9] 2/24 5/18 15/17 15/19 15/20 15/22 32/7 38/7 46/5
answer [3] 21/25 23/22 40/3
ANSWERS [1] 4/2
antifreeze [1] 35/9
any [25] 5/23 14/19 19/23 21/2 22/20 22/22 26/9 26/10 26/12 26/20 32/24 36/7 36/8 39/9 40/25 41/1 42/16 43/23 48/13 50/23 52/18 52/22 52/24 53/6 53/11
anybody [2] 14/3 17/5
anything [13] 18/21 18/25 24/4 27/7 29/5 31/22 32/13 32/14 32/15 33/3 33/3 35/6 43/23
anywhere [1] 9/12
APPEARANCES [2] 2/1 3/3
appropriate [1] 52/17
AR [1] 53/22

are [33] 2/20 2/21 2/22 2/24 6/10 6/25 11/9 12/15 14/12 14/18 18/2 20/19 21/23 22/1 22/3 22/5 22/11 23/3 26/20 27/12 27/12 27/19 33/14 33/20 38/16 39/1 39/2 39/22 41/6 42/1 42/3 52/12 53/15
ARKANSAS [11] 1/1 1/19 1/24 2/9 2/13 4/4 4/6 52/2 52/6 52/20 53/16
Arkansas/Federal [1] 4/4
arms [1] 31/18
around [12] 9/17 15/25 24/13 26/6 38/11 38/14 43/14 43/20 44/15 44/19 50/8 50/20
arrived [2] 32/19 32/20
articles [2] 22/14 22/21
as [21] 1/4 2/20 2/21 5/7 6/17 20/5 38/25 40/22 42/1 42/6 42/7 42/19 42/19 43/5 43/6 46/17 47/6 47/25 52/6 52/10 52/13
ask [7] 5/23 6/2 11/22 39/22 40/25 47/8 48/10
asked [3] 37/7 40/1 40/19
asking [3] 20/23 20/25 44/8
asphalt [3] 34/6 35/15 35/21
assumed [1] 46/11
at [53] 4/3 4/7 6/25 9/10 10/4 12/10 13/17 14/24 16/20 17/25 19/11 20/2 20/3 20/10 21/20 25/13 25/17 27/18 30/10 30/16 31/17 31/19 32/7 35/25 36/13 36/20 37/6 37/21 37/22 38/16 38/18 38/21 38/23 41/21 41/21 43/1 43/7 43/12 43/13 43/13 45/8 45/25 47/13 48/13 48/18 50/4 50/9 50/11 50/14 50/16 51/3 51/15 53/14
ate [1] 8/14
attacks [1] 49/12
attested [1] 52/11
attorney [1] 52/24
attorneys [1] 53/9
Audio [1] 2/23
available [1] 53/7
awake [1] 17/25
away [2] 33/20 38/16

**B**

back [23] 8/19 10/6 10/8 10/13 11/2 11/17 11/21 12/12 14/3 19/14 19/20 25/23 26/19 27/3 29/4 29/10 29/24 30/4 34/6 34/23 35/15 35/19 46/9
background [1] 22/18
backwards [2] 16/1 29/12
backwards had [1] 29/12
bad [2] 29/21 46/6
based [1] 35/14
bay [1] 26/23
be [16] 2/23 2/24 5/22 5/25 11/15 12/19 13/25 21/13 25/5 30/1 33/13 33/18 37/4 45/14 46/21 47/13
because [32] 11/14 11/17 14/1 15/21 19/14 21/14 21/19 22/7 23/1 23/14 25/19 28/2 35/18 38/11 38/13 41/5 41/7 41/12 41/13 41/17 43/6 44/8 44/19 44/19 44/23 44/25 45/17 46/14 46/21 49/2 51/7 51/7
bed [3] 25/20 25/21 51/6
bedroom [1] 48/25
Beebe [1] 6/6
been [26] 5/4 6/8 6/12 9/2 10/9 14/4 22/8 22/9 23/10 23/14 24/2 24/16 27/10 29/3 33/15 34/22 35/3 35/12

## B

been... [8] 35/22 37/13 43/2 45/21 46/2 46/8 46/10 47/7
before [22] 4/6 5/14 18/25 19/7 20/8 20/10 24/18 25/18 32/19 32/20 44/2 44/5 44/12 44/15 44/16 44/22 45/5 45/19 46/9 47/2 50/22 53/5
beginning [1] 48/18
BEHALF [3] 2/3 2/7 2/11
behind [2] 12/1 35/17
being [1] 34/9
believe [14] 8/23 19/4 19/6 19/13 22/4 22/20 22/24 23/2 29/25 32/8 32/10 35/3 46/1 48/14
believed [1] 33/3
belonged [1] 7/3
beside [2] 7/21 13/3
best [5] 16/7 21/7 21/19 41/6 52/15
better [1] 49/11
between [4] 28/6 28/23 28/25 29/13
big [1] 46/5
billed [1] 53/15
bit [5] 12/14 14/3 14/21 32/1 51/8
blood [5] 43/23 43/24 44/1 47/10 47/11
blue [4] 27/2 27/5 35/9 38/21
Board [1] 53/16
body [6] 7/2 7/8 7/13 7/15 7/20 9/4
both [3] 14/18 17/20 41/10
bothers [1] 47/10
bottle [1] 35/9
bottom [1] 15/24
BOX [2] 1/24 2/5
boys [1] 36/9
break [1] 10/2
briefly [1] 5/14
BRITTAIN [4] 1/5 6/3 18/22 38/8
Brittain's [3] 21/22 36/18 37/1
brother [1] 6/20
brother's [1] 6/21
brought [1] 21/1
buddy [2] 20/5 20/12
build [1] 14/18
bunch [1] 26/22
business [1] 14/18
but [33] 5/6 5/14 5/23 8/9 10/20 16/15 16/18 17/13 21/23 24/17 25/22 26/3 27/24 29/7 31/7 31/12 31/19 32/16 32/23 33/17 36/16 37/12 37/21 39/15 41/11 42/19 43/7 43/13 43/17 44/2 47/14 47/16 49/17

## C

Cabot [4] 7/24 7/25 8/3 10/5
call [3] 16/11 16/12 49/7
called [1] 8/18
calmed [1] 30/17
came [1] 25/23
CAMPBELL [1] 2/12
can [9] 2/23 13/19 15/7 21/22 23/12 23/22 27/13 39/18 43/17
can't [6] 22/16 30/6 32/6 32/17 35/4 36/24
CANTRELL [1] 2/13
capacity [1] 25/11
CAPTION [2] 3/4 4/1
car [7] 12/1 12/3 15/19 15/20 27/15 34/23 48/4
carport [1] 34/16
cars [1] 16/18

case [7] 1/7 21/14 21/16 23/3 23/11 25/11 34/9
catfish [1] 8/18
cause [2] 4/5 41/1
caused [3] 2/23 41/18 48/14
causing [1] 19/19
cautioned [1] 5/5
CCR [1] 1/23
center [2] 6/25 14/24
CENTRAL [1] 1/2
certainly [1] 21/13
CERTIFICATE [1] 3/10
certified [4] 4/7 52/5 53/6 53/22
certify [1] 52/6
Chad [2] 14/11 25/15
Chad's [1] 14/13
change [2] 37/4 48/17
changes [1] 52/17
chewing [1] 26/14
CHRIS [2] 2/12 25/8
city [1] 7/25
Civil [2] 4/4 52/20
claim [4] 20/19 23/14 39/24 40/9
claims [3] 20/19 39/1 40/17
clarify [1] 39/14
clean [2] 11/13 11/15
cleaning [2] 11/7 11/21
clearly [1] 42/10
climb [1] 44/9
climbed [1] 44/12
close [5] 19/4 33/4 33/7 33/10 46/24
closed [1] 24/18
closest [2] 45/1 45/1
CO [1] 1/10
collision [2] 7/16 14/24
come [7] 8/4 10/6 15/17 15/20 18/9 26/19 38/14
comes [3] 28/7 28/10 29/13
coming [8] 7/1 11/21 19/10 27/3 27/18 27/19 36/7 48/9
commanded [1] 28/4
commands [1] 16/5
community [1] 7/22
company [1] 53/12
complaint [7] 18/19 18/20 23/15 36/9 36/13 36/14 38/25
compliance [1] 53/16
complied [1] 16/5
conclude [2] 43/1 45/19
concluded [2] 3/9 51/14
conclusion [1] 20/24
conduct [1] 23/11
confirm [1] 18/21
connection [1] 7/7
connotation [2] 40/20 40/21
consent [1] 2/24
contain [1] 52/12
contained [1] 52/11
context [1] 41/16
continued [1] 36/16
continuing [1] 51/9
contract [1] 53/8
control [1] 53/4
CONWAY [3] 1/19 1/24 2/9
cop [4] 13/25 15/17 27/15 34/23
copies [1] 53/5
correct [24] 5/20 7/5 18/23 39/16 39/24 40/9 40/17 40/22 41/18 41/22 42/1 43/19 44/4 44/14 45/6 46/7 46/13 46/15 46/21 46/25 47/3 50/24

51/10 52/13
couch [1] 48/23
could [13] 12/4 16/7 27/24 31/12 37/6 37/18 37/19 37/19 38/15 38/23 40/24 43/6 43/23
could've [2] 22/10 37/10
couldn't [7] 27/25 37/21 43/15 44/5 47/23 48/18 50/19
counsel [1] 52/21
count [2] 39/2 39/3
counting [2] 42/8 42/11
counts [1] 39/1
County [4] 5/15 23/3 23/7 52/3
couple [2] 6/12 39/14
COURT [6] 1/1 4/7 4/7 52/5 53/16 53/22
cousin [1] 14/14
cramped [1] 50/1
cramps [1] 49/24
CROSS [4] 3/7 3/8 25/6 39/12
CROSS-EXAMINATION [4] 3/7 3/8 25/6 39/12
CROWDER [11] 1/5 1/15 4/2 5/3 5/12 5/13 18/21 36/15 36/17 38/6 52/9
crying [1] 50/4
cut [1] 40/22
cv [1] 1/7

## D

dad [2] 7/9 35/4
damages [1] 23/16
dashes [1] 2/22
DAVIS [29] 1/9 2/11 5/18 18/21 18/23 20/7 21/19 21/23 21/24 22/7 22/22 23/7 25/10 30/10 30/15 31/8 31/22 33/2 33/3 35/7 36/17 36/20 37/15 37/17 38/23 39/2 41/5 46/25 47/2
Davis's [1] 30/12
day [4] 4/6 9/1 25/19 53/19
decide [1] 45/19
decision [1] 45/3
defendant [2] 5/18 22/1
defendants [7] 1/10 2/7 2/11 4/3 21/3 21/16 23/18
defendants' [1] 23/10
definition [1] 42/16
Dep [3] 22/1 22/22 23/7
deposition [5] 1/14 3/9 51/14 52/19 53/5
depositions [2] 2/23 4/2
depressed [3] 47/7 47/21 51/8
depressing [1] 24/2
deputy [1] 5/15
DEVON [1] 2/4
did [90]
didn't [35] 12/5 12/25 14/1 14/1 18/23 19/13 20/2 20/16 21/21 24/14 27/9 29/7 30/8 30/8 31/21 32/15 33/2 36/6 36/11 38/21 42/8 43/24 45/11 45/13 45/14 45/17 45/18 46/14 46/21 46/22 46/23 47/17 49/17 50/7 50/7
died [1] 34/21
different [1] 6/2
difficulties [1] 2/23
dipstick [1] 10/22
DIRECT [2] 3/6 5/8
direction [1] 52/16
directly [1] 53/15
disappear [1] 43/10
distance [2] 34/2 34/3

## D

distress [1] 41/1
DISTRICT [2] 1/1 1/1
DIVISION [1] 1/2
do [53] 7/16 7/18 7/20 8/24 9/8 9/20 10/1 10/4 10/21 14/19 14/19 14/19 14/22 14/22 16/11 19/4 21/6 21/9 21/15 21/17 21/21 22/15 22/18 22/20 24/16 26/24 26/24 27/17 27/22 29/7 29/11 30/1 30/10 30/12 30/15 30/25 32/23 33/7 34/9 34/18 35/2 36/8 36/11 36/21 39/9 39/23 40/7 45/18 48/13 50/8 50/21 51/4 52/6
Document [2] 18/20 36/15
Document 14 [1] 36/15
does [1] 29/22
doing [7] 10/14 10/18 13/20 31/15 35/7 44/24 50/11
don't [32] 5/22 5/23 9/13 10/24 11/10 20/1 20/21 22/2 22/16 23/1 24/9 24/9 25/5 26/17 26/17 31/19 31/19 32/5 36/12 36/24 38/24 39/25 43/11 45/12 47/11 47/13 47/17 47/21 49/7 49/22 49/25 49/25
done [7] 23/14 23/16 30/17 33/23 38/13 50/14 50/16
door [9] 12/12 13/13 16/24 26/23 26/23 31/17 33/21 33/23 44/19
doors [3] 36/10 38/14 44/20
down [5] 13/19 15/12 19/10 30/17 43/18
dress [1] 18/5
drive [5] 11/6 11/7 24/20 25/25 26/19
driveway [3] 21/20 30/18 34/7
driving [4] 9/8 19/14 27/8 35/25
drunk [1] 26/10
duly [2] 5/5 52/9
during [4] 31/14 35/7 36/3 52/18

## E

each [1] 13/18
earlier [5] 6/8 33/2 34/4 37/7 37/23
early [4] 6/24 8/5 24/5 24/11
easier [1] 11/1
EASTERN [1] 1/1
eat [3] 8/16 10/3 49/18
eating [2] 49/16 49/23
effect [1] 40/25
effects [1] 48/12
elements [1] 39/23
ellipses [1] 2/21
else [8] 10/7 14/4 14/6 16/12 17/5 24/4 39/10 51/13
emotional [2] 41/1 41/17
emotionally [3] 41/8 41/14 48/9
employed [2] 52/22 52/24
employee [1] 52/24
end [2] 27/18 33/24
ended [1] 10/2
ends [1] 48/9
enforcement [1] 35/23
enough [6] 19/4 29/23 33/4 33/7 33/10 46/24
entitled [1] 23/16
establish [3] 39/23 40/8 40/16
estate [3] 1/5 21/22 41/11
estimate [2] 9/6 12/15
estimates [1] 42/3
even [4] 13/19 47/25 50/24 51/9
evening [4] 9/16 14/4 24/11 26/16

events [2] 6/25 36/16
ever [13] 18/13 18/14 20/6 30/15 35/9 35/22 49/14 49/14 49/18 49/21 49/24 50/1 50/2
every [2] 26/23 26/23
everything [12] 11/18 12/9 17/19 27/4 30/17 32/2 34/13 36/25 43/12 43/25 47/19 49/5
everywhere [1] 47/7
exact [8] 10/10 11/10 24/17 24/19 31/5 34/2 34/3 41/24
exactly [5] 2/21 32/5 32/23 38/20 42/11
EXAMINATION [6] 3/6 3/7 3/8 5/8 25/6 39/12
Examiners [1] 53/17
exhaust [1] 19/14
exhausted [1] 51/7
expecting [1] 11/16
express [1] 2/24
eyes [1] 28/7

## F

facing [1] 28/2
fact [1] 40/11
facts [2] 40/14 40/16
fair [1] 42/23
familiar [1] 5/24
far [9] 9/4 12/19 33/9 33/20 33/25 38/16 38/20 42/6 42/19
fast [2] 6/24 26/18
fast-forward [2] 6/24 26/18
faster [1] 16/18
FAULKNER [1] 52/3
FEBRUARY [4] 1/16 4/6 47/25 52/8
federal [3] 4/4 5/16 52/20
Federal/Arkansas [1] 52/20
feel [4] 30/4 45/8 47/17 51/8
feeling [1] 47/12
fees [1] 53/15
felt [1] 49/17
fence [2] 13/4 33/24
few [12] 6/15 9/25 10/19 19/9 25/4 28/9 28/9 39/8 42/18 42/19 42/22 50/22
figure [1] 40/16
figured [1] 11/1
filed [1] 5/17
finally [1] 51/4
financially [1] 53/1
find [2] 48/11 50/4
fired [9] 15/15 19/8 36/18 36/22 36/22 37/18 37/19 37/20 46/25
fired.' [1] 36/19
FIRM [3] 1/18 2/8 53/16
first [6] 5/4 28/7 34/14 36/14 39/15 44/25
fit [1] 10/24
five [9] 24/22 25/12 28/19 28/23 28/25 29/14 41/23 41/23 42/21
flooring [2] 50/14 50/16
follow [1] 39/8
follows [2] 5/7 52/6
forced [1] 41/13
foregoing [1] 52/12
forget [3] 8/17 47/18 47/18
forward [2] 6/24 26/18
fought [1] 10/23
friend [4] 14/13 41/6 44/4 47/9
friend's [1] 20/10

friends [3] 20/13 21/7 21/20
fries [1] 8/18
front [8] 12/23 13/6 34/5 35/15 37/9 38/19 41/6 44/19
froze [1] 36/15
full [2] 50/24 51/1
funny [1] 39/15
FUQUA [1] 2/12
further [2] 12/16 51/12

## G

garage [1] 7/2
Generally [1] 23/13
get [23] 9/15 11/3 11/3 12/21 13/19 13/19 15/21 25/21 27/22 27/23 28/3 28/5 30/6 30/8 36/3 38/12 43/17 47/20 47/23 48/8 49/24 50/2 51/6
gets [1] 15/12
getting [6] 10/17 10/22 11/5 11/24 25/20 45/25
give [2] 29/22 29/23
GMAIL.COM [1] 1/25
go [23] 8/10 8/16 9/11 10/7 11/13 12/23 18/5 23/22 24/14 24/22 25/20 25/22 26/19 30/20 38/12 40/4 44/23 45/4 45/9 46/9 47/8 47/20 51/4
God [1] 17/18
going [14] 10/2 11/5 11/22 13/20 25/20 27/3 28/20 35/13 40/25 43/14 43/20 44/21 46/17 48/10
good [2] 11/23 27/4
got [13] 8/18 10/13 10/19 11/17 25/19 35/2 35/20 39/18 42/10 43/6 47/16 50/13 50/16
gotcha [1] 32/12
Grab [1] 15/24
grabbed [1] 15/23
grandfather's [1] 11/14
grandma [9] 16/22 16/22 16/25 17/2 17/6 17/13 17/16 17/18 44/25
grandma's [3] 13/3 30/16 45/17
grandmother's [2] 30/20 45/20
grandpa [7] 7/10 17/1 17/3 17/6 45/2 50/13 50/17
grandpa's [7] 7/9 8/25 14/24 17/14 17/16 21/20 34/16
grandparents [6] 8/20 18/5 18/14 20/1 38/13 44/22
grandparents' [7] 44/2 44/9 45/5 45/9 46/10 46/17 46/20
gravel [2] 34/7 35/16
ground [7] 38/8 43/21 44/4 44/13 44/22 45/6 46/18
guess [3] 21/11 35/13 47/22
guesses [1] 42/1
guessing [1] 37/3
gun [1] 46/14
gunshot [14] 12/22 28/11 29/14 30/20 32/21 36/15 37/14 43/5 43/14 43/20 44/3 44/13 46/3 47/3
gunshots [1] 18/2
guys [2] 13/17 26/2

## H

had [43] 9/21 10/19 11/17 11/17 14/3 16/23 19/5 19/9 23/23 23/25 25/19 27/4 29/3 29/12 30/17 31/18 33/4 34/1 34/4 34/21 34/22 37/7 37/8 38/11 38/12 38/13 43/2 44/3 44/3 44/9 44/13 44/23 45/3 45/19 45/21

**H**

had... [8]  46/2 46/8 46/10 47/2 48/12 49/16 50/13 50/16
hand [2]  43/4 53/19
hang [1]  14/15
happened [17]  9/18 11/4 11/19 16/23 17/19 21/15 21/15 22/10 23/6 23/23 23/24 23/25 24/1 24/3 24/3 24/4 30/5
happens [3]  12/20 15/13 48/9
happy [1]  5/25
hard [2]  51/4 51/6
harm [4]  23/18 24/1 40/22 40/24
harmed [3]  23/10 40/19 41/3
has [7]  23/14 26/23 40/20 40/21 47/5 48/14 53/3
have [42]  5/17 6/7 6/12 9/1 9/8 10/9 12/3 19/5 20/6 20/15 22/8 22/9 22/10 22/18 22/20 23/10 24/3 24/16 24/25 25/1 25/4 29/11 30/1 31/24 32/24 33/15 35/12 35/22 37/9 37/13 39/6 39/8 39/9 39/20 43/4 46/8 46/14 48/14 49/11 51/3 51/12 53/8
haven't [2]  24/6 24/6
having [2]  5/4 47/9
he [53]  15/23 15/25 16/5 18/9 18/10 18/10 19/5 20/18 21/4 21/11 21/19 21/21 22/8 22/8 22/12 22/15 26/16 26/16 26/17 29/3 29/3 30/3 31/15 31/18 31/23 31/24 31/25 32/3 32/4 32/5 32/16 32/18 32/23 32/24 33/4 33/10 33/12 33/14 33/18 34/20 34/20 34/21 34/23 35/6 37/8 37/8 37/12 37/17 41/9 41/9 43/4 46/3 46/5
he come [1]  18/9
he talking [1]  32/4
he'd [3]  30/1 30/4 37/9
he's [5]  13/20 18/9 20/25 30/3 34/20
head [2]  29/20 45/20
headaches [1]  50/2
headed [2]  8/14 8/25
hear [26]  11/21 12/4 12/5 12/22 12/22 15/14 15/14 18/23 19/1 19/3 28/11 29/4 31/21 32/13 32/15 33/2 33/4 33/8 33/10 33/13 33/15 33/17 37/18 37/19 39/18 46/24
heard [22]  15/2 16/2 16/10 18/2 19/5 19/9 19/9 21/15 27/1 29/14 30/19 31/23 31/23 32/14 37/14 41/21 43/3 43/5 43/19 44/3 44/13 47/3
hearing [1]  36/15
hell [2]  31/24 43/3
help [1]  14/15
helping [4]  14/4 14/6 14/8 47/17
helps [1]  49/12
her [7]  16/22 16/25 45/1 48/22 48/24 48/25 52/18
here [5]  5/19 5/22 27/15 37/9 47/25
hereby [1]  52/6
HEREINBEFORE [1]  5/4
hereto [1]  52/25
high [3]  6/7 6/9 6/9
him [38]  6/4 15/23 19/3 20/9 20/14 20/16 20/24 20/25 28/4 29/7 29/8 30/8 30/18 31/17 31/23 33/4 33/8 33/10 33/13 33/16 33/17 34/14 35/3 36/21 37/1 37/4 37/10 37/13 37/18 37/19 37/21 38/24 41/12 43/3 43/9 43/11 45/15 45/16
hired [1]  40/11
his [18]  6/20 6/21 9/22 9/23 10/12 15/23 22/7 22/9 25/10 27/25 31/18 35/3 36/19 37/3 37/8 38/9 43/4 52/18
his/her [1]  52/18
holler [1]  15/15
home [3]  25/20 35/2 35/3
hope [2]  20/5 34/20
hours [2]  9/25 24/5
house [23]  7/21 8/10 9/4 16/24 17/2 17/14 18/14 18/17 19/25 20/1 20/10 30/21 30/24 38/11 38/13 38/19 44/3 44/20 45/5 45/9 46/10 46/18 46/21
how [32]  6/3 6/10 9/4 9/24 12/19 14/19 16/16 19/7 23/10 23/18 24/1 27/12 28/6 28/11 30/19 31/5 33/7 33/20 33/25 35/2 35/2 37/1 37/14 37/17 38/16 38/20 40/19 41/3 42/19 45/13 47/5 50/21
huh [1]  10/25
hum [1]  15/3
hump [1]  35/20
hungry [1]  49/17
HUNTER [38]  1/5 6/3 6/13 7/1 7/3 8/4 13/7 17/20 20/4 21/22 26/14 27/12 27/22 29/2 29/23 30/6 31/10 32/13 32/14 37/24 38/1 38/4 38/16 41/10 41/12 43/2 43/6 43/7 43/9 43/15 43/21 44/5 44/13 44/22 45/5 46/8 46/13 46/18
Hunter's [5]  8/10 8/19 9/4 28/1 34/5
hurt [3]  41/13 46/6 49/24

**I**

I'd [7]  24/17 28/9 33/23 38/14 43/4 44/15 44/25
I'll [2]  5/25 25/5
I'm [40]  10/10 11/21 12/14 12/17 12/21 15/8 15/9 15/10 15/14 19/21 20/25 24/17 24/19 28/20 28/20 31/4 32/11 34/2 34/3 36/13 37/3 38/3 38/19 40/25 41/24 42/10 42/11 42/21 42/21 43/19 44/7 44/7 44/8 44/24 45/25 47/21 48/10 50/3 50/15 51/1
I've [3]  20/8 22/14 47/7
idea [1]  32/24
identified [1]  53/10
if [32]  5/23 11/22 11/23 13/19 19/5 20/9 22/8 22/8 23/19 26/17 27/4 30/3 30/3 33/10 33/12 33/14 35/12 35/13 37/8 37/8 37/9 37/12 39/22 40/1 40/7 40/24 43/19 48/3 48/3 48/8 49/22 52/18
II [1]  18/12
imagine [1]  18/2
impact [1]  41/17
impartiality [1]  53/3
in [85]
INC [1]  2/4
incident [11]  26/7 34/12 34/15 34/19 35/7 41/1 47/5 49/9 50/9 50/12 50/18
INDEX [1]  3/1
indicated [1]  47/14
individual [1]  25/10
inside [1]  26/20
insurance [1]  53/12
interest [1]  53/9
interested [1]  53/2
Interruptions [1]  2/22
into [8]  10/20 19/25 29/4 29/24 35/13 36/19 38/12 46/25
investigate [1]  40/13

involved [1]  53/13
is [44]  2/20 2/21 5/13 7/1 7/5 7/12 7/22 9/4 15/2 15/5 18/10 18/23 22/17 24/4 25/8 28/6 28/11 28/13 29/2 29/18 30/19 33/20 33/21 33/25 35/13 37/24 38/10 38/10 38/20 39/3 41/3 41/11 41/17 42/23 44/4 44/14 45/3 45/6 47/15 48/1 51/2 51/6 53/5 53/14
it [107]
it's [17]  7/9 7/13 7/25 8/17 8/17 11/14 15/7 23/14 24/2 29/14 29/16 29/16 35/20 35/20 47/11 49/9 51/4
itself [1]  48/10

**J**

JACOB [4]  2/4 2/4 3/8 39/13
JAMES [6]  1/5 1/15 4/2 5/3 5/12 52/9
JAMES LANDON [1]  52/9
JASON [4]  2/8 5/13 39/9 53/15
Jason Owens [1]  53/15
JOHN [7]  1/10 1/10 2/7 5/15 20/7 20/8 21/9
John Staley [1]  20/7
JORDAN [25]  1/5 5/17 6/15 6/17 7/1 8/4 8/10 13/9 15/21 27/13 27/22 27/24 27/24 28/3 31/12 32/15 34/4 34/11 34/18 34/22 35/2 35/6 43/7 46/7 46/11
Jordan's [1]  27/24
jug [3]  31/24 38/21 43/4
jump [1]  29/23
June [1]  24/5
just [68]

**K**

kept [1]  26/2
KGB [1]  1/7
killed [3]  21/7 21/19 41/6
killing [2]  41/12 41/18
kind [10]  6/23 7/12 7/16 12/22 12/24 13/24 22/12 35/4 43/11 46/23
KING [6]  1/5 5/17 6/15 6/22 18/20 34/4
knew [9]  6/20 15/22 17/20 20/18 43/5 46/6 46/8 46/10 46/14
know [29]  5/25 6/3 6/17 12/25 13/20 14/1 14/19 14/21 20/9 20/21 21/15 22/2 22/16 32/5 33/7 35/2 39/24 39/25 40/5 40/9 40/20 42/6 45/12 45/14 45/18 47/11 47/18 47/21 49/22
knowingly [1]  53/10
knowledge [1]  20/6

**L**

lack [1]  49/11
laid [3]  28/7 50/8 50/20
LANDON [6]  1/15 4/2 5/3 5/12 6/22 52/9
lasted [1]  50/21
late [4]  11/5 11/9 25/19 38/13
later [3]  24/19 29/5 29/6
Lauderdale [1]  14/11
law [4]  1/18 2/8 35/22 53/16
lawsuit [4]  5/16 6/25 20/20 21/1
lawyer [3]  39/16 40/11 40/13
laying [1]  38/8
layman's [1]  42/13
layperson [1]  40/21
leave [10]  11/13 11/17 18/14 20/1 24/14 25/15 25/15 25/18 30/20 45/4

## L

led [1]  46/1
left [2]  25/22 25/22
legal [6]  20/24 39/20 39/22 40/16 40/20 40/24
less [6]  28/13 28/14 28/15 28/17 28/19 42/23
let [6]  5/24 14/3 18/15 18/15 26/18 36/10
letting [1]  22/7
light [1]  34/25
lights [6]  12/1 12/6 26/25 27/2 27/6 48/4
like [47]  9/6 9/7 10/24 13/24 13/24 14/1 16/19 17/18 17/18 20/18 23/25 26/23 28/13 29/5 30/4 30/22 30/25 31/4 31/4 32/21 33/10 33/14 37/8 37/12 38/18 41/9 41/25 42/3 42/5 45/12 45/12 45/13 45/13 45/14 45/14 45/15 45/16 46/22 47/7 47/17 47/21 48/2 48/3 48/3 48/4 48/18 49/17
limits [1]  7/25
list [1]  53/11
listen [3]  43/17 44/7 44/8
literal [3]  30/25 31/4 42/1
litigant [1]  53/12
LITIGATION [1]  2/4
little [11]  2/13 10/2 10/19 12/14 14/3 14/21 19/17 24/18 32/1 35/20 51/8
live [5]  7/18 7/20 17/2 17/5 18/3
lived [1]  16/24
lives [1]  18/9
living [1]  14/22
location [2]  38/7 38/8
locked [1]  38/14
long [15]  5/22 9/24 19/7 25/5 28/6 28/11 28/12 30/19 31/5 37/16 42/14 42/15 42/17 42/22 50/21
LONOKE [4]  1/10 5/15 23/3 23/7
look [1]  20/2
looked [1]  20/18
looking [3]  12/10 12/14 43/12
lot [3]  16/18 16/18 48/3
loud [5]  19/11 19/18 27/11 33/12 39/18
louder [2]  27/10 32/11
love [1]  20/5
lying [1]  44/4

## M

made [4]  15/22 23/1 45/3 53/7
Mahoney [3]  7/11 14/11 18/12
Mahoney's [5]  7/2 7/8 9/4 25/13 25/13
make [4]  15/11 33/18 45/12 45/16
makes [1]  47/8
making [2]  20/19 39/1
malfunctions [1]  2/23
many [1]  42/19
March [1]  53/19
material [1]  2/20
matter [1]  53/13
matters [1]  52/10
may [4]  25/1 32/23 33/13 39/15
McDonald's [4]  10/5 24/14 24/20 25/23
me [25]  5/5 5/25 8/6 14/3 18/15 18/15 24/6 26/18 34/20 39/10 41/9 41/11 43/19 45/16 47/5 47/8 47/10 47/17 48/5 51/5 51/13 52/9 52/14 53/4 53/6
mean [26]  14/19 20/21 21/4 21/11

21/17 23/23 24/2 24/18 29/5 29/12 29/16 29/22 30/1 30/3 30/4 30/25 33/9 33/12 33/17 34/2 35/12 35/16 40/5 40/25 42/15 48/24
measurement [1]  42/7
MECHANICSBURG [1]  2/5
MedFlight [7]  16/11 16/11 16/13 16/15 46/4 46/4 46/5
medical [3]  16/16 22/18 22/18
medication [1]  22/23
medicine [7]  22/7 22/9 22/11 22/12 22/15 47/16 47/20
meet [2]  20/9 20/14
met [5]  5/14 6/4 20/6 20/8 25/8
method [1]  52/14
mic [2]  36/19 46/25
MICHAEL [8]  1/9 2/11 5/18 20/7 21/19 21/23 21/24 25/10
Michael Davis [1]  21/24
middle [2]  38/18 49/6
midnight [1]  11/11
might [1]  22/9
might've [1]  35/3
mind [1]  47/23
minute [9]  12/24 28/13 28/14 30/22 30/22 30/23 30/25 31/4 42/24
minutes [2]  9/7 9/7
missing [1]  26/2
mom [5]  34/21 47/13 47/14 48/22 49/7
mom's [2]  7/9 48/21
moment [1]  45/8
money [1]  23/16
months [1]  50/22
more [3]  6/15 19/19 47/10
morning [3]  8/5 24/5 24/12
mornings [1]  6/24
move [1]  13/22
moved [1]  38/6
MR [7]  3/6 3/7 3/8 5/9 25/7 33/2 39/13
Mr. [5]  5/13 25/1 25/3 33/1 34/4
Mr. Crowder [1]  5/13
Mr. King [1]  34/4
Mr. Owens [1]  33/1
Mr. Stevens [2]  25/1 25/3
much [1]  7/19
my [43]  5/13 6/25 7/9 7/9 8/25 12/14 13/3 14/13 16/1 16/22 16/22 16/25 17/1 17/6 17/18 17/18 18/9 20/10 20/12 20/12 21/7 21/19 21/20 21/25 25/8 29/2 29/21 30/16 34/16 34/21 38/13 44/25 45/2 45/3 45/17 47/9 48/22 49/25 50/13 50/17 52/15 52/16 53/19
myself [1]  52/16

## N

name [6]  5/10 5/13 6/21 22/16 22/17 25/8
named [3]  5/4 5/16 5/18
NATHAN [4]  1/9 2/7 5/16 20/7
nauseas [1]  49/14
need [5]  16/11 16/12 35/16 39/23 40/8
needed [1]  45/8
needs [1]  11/14
negligence [2]  39/2 40/8
neither [2]  17/24 52/21
nervous [3]  14/2 45/16 46/23

never [9]  16/15 17/7 18/21 29/8 31/8 31/10 32/14 35/10 37/24
next [6]  11/19 16/24 25/19 38/8 45/14 46/21
night [11]  6/24 8/5 9/1 14/9 25/13 26/10 37/24 38/1 38/2 49/7 51/3
no [61]
NOAH [1]  1/5
nodding [1]  29/20
Nonverbal [2]  18/18 29/19
nor [1]  52/21
normal [1]  19/22
not [49]  2/24 5/24 10/10 12/17 13/7 15/9 18/7 19/1 19/3 19/21 19/24 21/11 22/10 22/22 24/17 24/19 26/17 28/4 28/12 31/4 31/4 31/23 32/23 33/13 34/2 34/3 35/13 36/5 36/8 37/16 37/22 38/19 39/15 41/24 42/6 42/11 42/19 42/21 42/21 44/24 47/9 49/23 50/3 50/24 51/1 52/23 53/1 53/7 53/10
NOTES [1]  2/19
nothing [9]  5/6 19/3 21/21 29/10 39/10 39/25 42/9 50/8 51/13
notice [1]  27/7
now [14]  11/1 33/15 38/25 39/14 40/19 40/20 41/20 46/24 47/13 47/13 48/8 48/13 50/24 51/5
NUMBER [1]  3/2
numbered [1]  4/5

## O

o'clock [1]  9/15
OAK [2]  1/18 2/9
oath [1]  5/7
object [1]  23/20
Objection [5]  17/10 20/23 24/8 29/17 37/25
observed [1]  38/8
Ofc [11]  30/10 30/12 30/15 31/8 33/3 36/20 37/15 37/17 38/23 39/2 47/2
Ofc. [3]  31/22 35/7 46/25
Ofc. Davis [3]  31/22 35/7 46/25
off [10]  2/21 12/23 13/1 22/7 22/8 22/9 22/15 25/8 27/7 35/21
officer [7]  27/2 27/13 28/4 32/7 32/10 32/18 32/20
oh [12]  17/18 29/21 31/2 40/5 41/2 42/25 44/17 45/22 46/4 48/16 50/5 50/16
oil [2]  31/24 43/4
Okay [149]
old [1]  6/10
older [4]  6/13 6/15 6/20 6/21
on [59]
once [3]  10/12 11/16 18/13
one [9]  9/22 10/22 13/17 20/10 20/12 21/7 21/19 31/19 31/23
only [3]  21/11 38/25 39/1
onto [1]  35/21
open [1]  31/17
opened [1]  36/9
opposite [1]  28/2
or [61]
or like [1]  45/12
oral [3]  1/14 4/2 53/11
order [1]  40/8
original [1]  53/4
other [10]  13/18 14/8 16/16 22/21 23/13 24/14 32/10 42/16 42/17 43/7

## O

otherwise [1] 53/1
out [43] 7/18 8/14 9/21 9/22 11/1 12/10 14/15 14/15 15/21 18/5 18/15 19/7 19/19 19/19 20/2 21/14 24/4 24/10 26/19 27/3 27/14 27/19 27/22 27/23 28/3 28/5 29/2 29/23 30/6 30/8 30/17 31/18 33/18 34/25 36/3 36/7 36/10 40/16 44/1 47/23 48/10 48/11 51/6
outcome [1] 53/2
outrage [2] 39/3 39/24
outside [2] 11/22 33/21
over [13] 2/22 2/23 8/5 8/6 8/10 11/24 17/11 17/13 18/9 18/10 34/13 35/22 43/25
over-speaking [2] 2/22 2/23
OWENS [9] 1/18 2/8 2/8 3/6 5/9 5/13 33/1 53/15 53/15

## P

P.A [4] 1/18 2/4 2/8 2/12
p.m [4] 1/16 1/16 4/7 51/15
P.O [2] 1/24 2/5
pages [1] 52/12
paint [1] 7/15
panic [1] 49/11
Paragraph [4] 18/19 36/14 36/17 38/6
Paragraph 42 [1] 36/14
Paragraph 43 [1] 36/17
Paragraph 44 [1] 18/19
Paragraph 53 [1] 38/6
parents' [1] 48/21
park [1] 35/13
parked [1] 13/3
part [1] 31/20
particular [1] 9/20
parties [4] 52/22 52/24 53/7 53/8
party [2] 2/24 53/12
passing [1] 20/14
Past [1] 11/11
PAYNE [2] 1/4 5/17
PENNSYLVANIA [1] 2/5
people [4] 14/8 23/13 23/13 47/8
period [2] 50/19 50/21
person [2] 15/22 47/6
Personal [1] 1/4
personally [1] 1/4
persons [1] 53/9
perspective [2] 11/20 42/14
phonetic [2] 2/20 2/20
phrase [1] 5/24
physical [1] 48/12
physically [1] 48/10
pick [1] 8/11
picked [1] 11/18
picking [1] 15/9
pickup [1] 9/8
picture [2] 47/22 48/2
pictures [1] 35/10
pinpoint [1] 28/21
place [3] 8/17 50/14 50/17
PLAINTIFFS [2] 1/5 2/3
please [1] 5/10
point [10] 16/3 16/20 19/11 25/17 31/19 36/20 38/17 38/18 43/1 43/13
police [8] 12/1 12/3 15/19 15/20 16/16 16/18 36/19 48/4
position [1] 37/6
positions [1] 37/4

posting [1] 35/11
preferred [1] 53/10
prepared [1] 53/14
prescribed [1] 22/22
pretty [5] 6/9 7/19 19/11 30/1 33/12
prior [2] 18/22 52/9
privacy [2] 13/4 33/24
probably [12] 9/6 9/7 19/9 28/9 28/14 28/22 28/24 33/17 33/17 33/18 38/18 50/22
problems [2] 10/19 51/3
Procedure [2] 4/5 52/20
proceeding [1] 52/23
proceedings [3] 3/5 5/1 52/13
produced [1] 4/3
prompted [1] 47/20
property [1] 38/7
prove [2] 39/23 40/8
provide [1] 53/6
provided [1] 2/24
provider [1] 53/11
puddle [1] 43/25
pull [2] 9/21 15/23
pulled [5] 11/24 34/1 34/5 35/22 36/10
pulling [2] 19/23 27/17
pulls [1] 27/15
pursuant [1] 4/4
put [6] 9/22 11/2 19/13 35/16 47/16 47/20
Putting [1] 10/15

## Q

question [2] 43/17 45/3
questions [5] 5/23 25/1 41/20 48/11 51/12
quick [5] 28/24 29/16 30/1 30/5 41/25
quickly [3] 16/16 37/14 37/17
Quoted [1] 2/20

## R

radio [1] 36/19
ran [1] 10/19
reach [1] 29/24
reaching [2] 29/4 29/10
read [4] 2/20 22/14 22/21 38/25
reading [1] 52/19
ready [2] 25/20 25/21
realize [1] 43/1
really [32] 10/10 12/17 14/1 14/1 14/2 20/16 21/11 23/23 27/25 31/20 32/6 33/9 35/4 35/5 36/24 41/10 41/24 45/12 45/17 45/18 45/18 46/23 46/23 47/7 47/9 47/15 47/18 48/8 49/16 50/8 50/20 51/3
reason [4] 21/8 21/20 22/20 41/16
REBECCA [2] 1/4 5/17
record [3] 5/10 18/20 25/8
reduced [1] 52/15
referencing [1] 22/11
Regulations [1] 53/17
related [1] 52/21
relation [1] 7/20
relative [1] 52/23
released [1] 34/22
relinquish [1] 53/4
relying [1] 40/13
remember [23] 9/13 9/20 10/4 10/21 10/23 11/10 22/17 24/9 26/17 31/19 32/6 32/17 32/23 34/9 34/18 35/4

36/8 36/12 36/21 36/21 36/24 38/24 43/11
reminds [1] 48/5
rephrase [1] 23/12
reported [1] 52/14
reporter [6] 2/24 3/10 4/7 52/5 53/17 53/22
REPORTER'S [1] 2/19
REPORTING [1] 1/23
represent [2] 5/14 25/10
Representative [1] 1/4
request [2] 4/3 53/14
requested [1] 52/18
requires [2] 53/4 53/6
response [3] 17/17 18/18 29/19
RICE [6] 1/9 2/7 5/16 20/7 22/1 22/1
right [36] 5/13 6/2 6/13 6/15 6/23 7/21 11/15 12/10 12/14 15/1 15/2 15/19 16/7 17/14 17/22 20/5 21/9 27/16 30/7 31/10 31/14 32/15 33/15 33/22 34/20 37/9 40/11 40/24 41/20 43/15 44/10 44/23 45/23 46/9 46/15 46/20
rights [1] 20/22
road [2] 2/13 19/10
Robert [2] 7/11 18/12
ROCK [1] 2/13
rode [1] 8/6
rolled [1] 29/11
rolling [1] 35/19
room [4] 45/1 48/20 48/21 48/21
Rules [2] 4/4 52/20
run [1] 38/11

## S

sad [1] 51/7
said [25] 13/1 15/24 15/25 18/10 18/21 19/5 20/4 22/12 23/25 28/6 29/18 31/21 31/24 32/23 32/24 33/1 33/4 34/18 37/23 40/7 41/5 44/9 46/3 46/5 47/2
same [2] 40/1 40/7
saw [16] 11/25 12/6 16/2 21/14 27/8 31/8 31/10 35/6 37/24 41/13 41/21 43/21 44/22 45/5 46/7 46/11
say [27] 11/9 17/12 18/23 19/3 22/15 23/24 24/17 26/19 28/9 31/22 32/13 32/14 32/15 32/16 32/18 33/2 33/3 33/4 35/6 40/2 42/23 43/3 43/19 45/13 46/25 48/24 50/15
saying [9] 33/19 36/21 37/19 41/7 42/13 42/20 42/21 42/21 44/7
says [5] 18/20 36/9 36/13 36/17 38/6
scared [2] 13/25 46/23
scene [9] 12/10 16/20 17/8 18/6 20/3 41/21 41/22 45/4 45/11
school [6] 6/4 6/5 6/7 6/9 6/9 6/19
schooling [1] 50/6
scratch [1] 29/12
seal [1] 53/19
Searcy [1] 8/17
second [2] 32/18 32/20
seconds [13] 19/9 28/9 28/15 28/17 28/19 28/25 29/15 41/23 41/23 42/8 42/11 42/18 42/22
Section [1] 53/17
see [50] 7/22 19/23 21/13 21/22 26/24 26/24 27/3 27/13 27/17 27/22 27/24 27/25 28/3 29/7 30/6 30/8 30/10 30/12 30/15 31/12 31/17 35/9 36/7 36/11 36/20 37/1 37/4 37/6

**S**

see... [22]  37/13 37/15 37/17 37/21 38/1 38/3 38/15 38/21 38/23 41/13 43/1 43/6 43/9 43/9 43/15 43/23 43/24 44/5 46/18 47/10 48/3 48/3
seeing [5]  36/8 36/12 38/24 41/18 43/11
seemed [2]  16/18 16/19
seen [14]  11/24 12/9 13/25 16/15 27/5 29/8 30/18 35/10 35/10 37/10 43/25 44/3 44/13 47/11
sense [2]  40/24 41/14
service [1]  53/6
setting [1]  20/11
she [9]  13/19 15/7 15/11 17/1 39/18 43/17 45/2 47/14 49/12
SHERIFF [4]  1/10 5/15 22/3 22/5
shift [1]  27/4
shifting [2]  11/23 27/4
shirt [1]  15/23
shock [2]  12/24 35/4
shooting [5]  17/8 18/22 38/3 45/4 48/13
shop [16]  7/2 7/8 7/12 7/13 7/15 7/20 9/5 11/14 12/12 13/13 25/13 26/20 26/21 27/14 33/21 33/23
shortly [2]  43/13 43/20
shot [11]  15/2 19/2 19/7 29/3 32/1 41/5 43/2 43/6 45/21 46/2 46/10
Shots [8]  15/15 36/19 36/21 36/22 37/18 37/19 37/20 46/25
Should [1]  42/16
should've [1]  27/10
showing [2]  16/17 48/10
sic [1]  2/21
side [9]  12/23 13/1 13/22 15/1 27/24 27/25 28/1 37/12 43/8
signified [4]  2/20 2/21 2/21 2/22
signing [1]  52/19
sir [96]
sirens [1]  12/3
sit [1]  47/25
sitting [2]  31/16 34/16
situated [1]  35/14
sleep [4]  48/19 48/20 48/20 51/4
sleeping [2]  48/15 51/3
slept [3]  48/22 48/23 48/24
smoke [6]  19/19 19/23 36/7 36/8 36/10 36/12
smoking [1]  26/12
so [60]
social [1]  20/11
some [15]  8/19 15/14 16/20 20/22 21/14 21/15 22/12 25/1 25/17 43/13 48/11 48/22 48/23 49/22 49/22
somebody [2]  46/6 49/4
someone [7]  14/6 16/10 16/12 32/4 45/20 46/1 46/10
something [16]  16/10 20/4 21/9 23/14 31/19 32/16 32/18 33/4 33/5 35/12 35/17 42/6 45/10 45/15 47/2 48/9
something that [1]  35/12
sometime [1]  25/22
sometimes [6]  10/24 40/20 40/21 40/22 48/8 49/6
somewhere [6]  9/17 10/7 24/13 26/6 28/22 28/23
soon [1]  43/6
sorry [11]  15/8 15/8 15/10 28/20 32/11 38/3 40/3 40/4 42/10 44/7

50/15
sort [1]  20/14
sound [2]  16/1 39/15
speak [2]  39/18 42/10
speaking [3]  2/22 2/23 47/14
spellings [1]  2/20
spin [1]  15/24
spook [1]  45/15
SS [1]  52/2
STALEY [9]  1/10 1/10 2/7 5/15 20/7 20/8 21/9 22/3 22/5
stand [1]  12/23
standing [4]  15/14 31/5 31/7 33/21
start [2]  16/17 46/9
started [9]  5/14 9/19 10/12 16/21 17/12 17/12 44/23 45/20 50/22
state [3]  5/10 52/2 52/6
stated [1]  2/21
STATES [1]  1/1
stay [1]  18/17
stayed [2]  11/6 48/22
stenographic [1]  52/14
step [1]  15/1
stepping [1]  13/18
STEVENS [6]  2/12 3/7 25/1 25/3 25/7 25/8
still [3]  27/12 34/6 48/1
stomach [2]  49/24 49/25
stood [4]  13/1 13/6 30/22 30/25
stop [9]  9/12 27/18 27/20 28/8 28/10 29/13 34/1 35/17 36/3
stopped [1]  12/21
stopping [1]  9/14
straight [2]  9/11 9/13
STREET [2]  1/18 2/9
struggling [1]  47/15
stuff [3]  14/20 22/14 48/2
STYLE [1]  3/2
styled [1]  4/5
subject [1]  52/17
submitted [1]  52/18
substantial [1]  53/3
successful [1]  10/18
sucks [1]  24/2
sue [3]  21/2 21/22 23/13
sued [1]  21/16
suing [12]  21/23 22/1 22/3 22/5 23/3 23/7 41/5 41/7 41/12 41/13 41/16 41/17
supervision [1]  52/17
supposed [1]  10/25
Supreme [1]  4/7
sure [25]  6/9 8/4 10/10 12/17 15/11 19/21 23/13 23/21 24/17 24/19 31/5 34/2 34/3 38/20 41/2 41/24 42/12 42/25 44/24 45/24 46/24 48/6 48/18 49/6 50/3
swing [1]  34/17
sworn [2]  5/5 52/9

**T**

take [4]  8/19 9/24 11/5 42/16
taken [2]  4/4 52/23
taking [4]  10/2 11/7 22/22 52/10
talk [5]  5/19 20/16 34/11 49/4 49/12
talked [2]  24/6 34/14
talking [11]  11/9 12/15 20/12 28/13 32/4 32/5 33/12 33/12 33/14 33/15 41/22
technical [1]  2/23

tell [4]  16/7 44/21 45/9 47/5
ten [3]  28/17 28/23 41/23
tendency [1]  53/3
term [1]  49/11
terribly [1]  5/22
test [4]  11/6 11/7 19/14 26/19
test-driving [1]  19/14
testified [2]  5/6 34/4
testify [1]  5/5
testimony [1]  52/10
texted [1]  20/4
than [15]  6/8 6/13 6/15 12/16 19/22 22/21 24/14 27/10 28/13 28/14 28/15 28/17 28/19 42/17 42/23
Thank [2]  25/2 39/7
that [161]
that Hunter [1]  43/6
that you [1]  31/21
that's [21]  5/19 8/25 11/23 15/17 21/25 22/14 23/1 24/25 27/5 32/10 34/21 37/25 38/11 39/6 42/6 42/15 45/23 45/25 46/15 49/2 51/9
their [2]  5/7 36/10
them [17]  5/17 8/11 10/22 11/2 11/21 11/25 12/1 17/17 17/24 17/24 19/9 23/15 27/14 27/17 35/11 36/11 45/9
themselves [1]  25/25
then [45]  8/14 8/14 9/18 9/22 10/1 10/14 11/4 11/21 11/23 12/20 12/21 12/22 12/22 15/13 15/14 15/17 15/18 15/20 15/25 16/10 16/11 16/21 17/1 17/13 22/9 27/5 27/15 28/10 29/22 30/23 34/21 35/20 41/17 41/17 43/4 43/9 43/21 44/12 45/2 45/15 46/17 47/3 47/9 50/18 51/4
there [55]
there's [2]  26/22 44/20
therein [1]  52/11
THEREUPON [2]  5/2 51/14
these [2]  21/2 21/16
they [49]  8/6 11/5 11/7 11/13 11/16 11/22 11/24 12/21 14/12 14/15 14/18 14/19 14/19 14/21 15/20 15/22 15/24 15/25 17/20 17/25 18/7 18/15 18/15 18/17 19/23 20/1 21/4 21/6 21/7 21/7 22/12 22/13 22/15 23/14 24/18 25/15 25/18 25/19 25/20 25/22 25/25 26/18 26/19 27/12 27/12 27/19 35/11 36/10 46/14
they're [2]  10/24 27/15
thing [4]  7/16 21/11 40/1 40/7
things [5]  10/24 39/14 45/12 47/9 47/22
things and [1]  47/22
think [22]  5/22 8/25 9/13 17/12 20/8 20/10 22/5 23/1 24/16 24/25 25/5 29/11 32/16 32/16 32/20 33/1 34/4 37/23 40/22 49/25 49/25 50/21
third [1]  53/12
third-party [1]  53/12
this [37]  6/25 11/14 12/10 13/23 14/19 15/1 15/2 17/2 20/19 21/13 21/16 22/9 23/3 23/11 25/11 28/20 34/22 39/15 41/1 41/18 47/5 47/13 47/15 48/14 48/17 49/3 49/9 49/15 50/2 50/6 50/18 52/19 52/23 53/2 53/13 53/14 53/19
those [5]  10/21 10/24 16/5 42/1 42/3
though [7]  11/1 13/21 30/13 41/25 42/13 45/3 46/24

## T

three [5]  14/5 26/23 42/20 42/21 44/20
through [4]  28/20 38/12 44/16 49/12
time [45]  7/18 8/4 9/1 9/6 9/10 10/9 10/10 11/9 13/17 17/25 18/2 18/3 24/13 24/17 24/19 25/2 26/3 26/6 28/10 28/11 29/3 29/13 29/14 29/23 31/5 31/14 31/23 32/7 34/14 36/1 37/21 37/22 38/21 38/23 42/2 42/14 42/15 42/16 42/17 48/13 50/9 50/11 50/19 50/25 51/1
times [4]  11/10 41/24 48/3 50/4
tired [1]  51/8
tobacco [1]  26/14
today [3]  5/20 47/25 51/10
together [1]  11/2
told [11]  15/21 15/21 16/22 16/22 16/25 18/17 20/1 24/6 33/1 34/20 34/21
too [1]  46/4
took [2]  16/19 35/3
top [2]  15/24 31/18
toward [2]  16/20 36/18
towards [3]  10/17 12/14 37/1
town [1]  7/22
Trailing [1]  2/21
training [2]  22/18 39/20
transcribed [1]  52/15
transcript [2]  53/5 53/14
transcription [1]  52/13
Transcripts [1]  2/24
transmission [5]  9/21 9/22 10/15 11/4 27/5
traumatized [1]  49/2
trees [1]  12/9
trouble [2]  48/14 49/16
truck [29]  7/2 9/9 10/12 11/25 19/11 24/11 27/1 27/7 27/13 27/23 28/3 28/7 29/4 29/11 29/24 30/4 30/7 30/9 31/16 31/17 33/25 34/5 34/5 35/13 35/14 35/25 36/18 37/2 38/9
true [3]  37/24 47/15 52/13
truth [4]  5/5 5/6 5/6 52/10
two [3]  14/8 35/15 35/16
typewriting [1]  52/16

## U

ultimately [1]  11/3
Um [1]  15/3
Um-hum [1]  15/3
uncle [2]  18/9 18/11
under [2]  29/14 52/16
understand [4]  5/19 5/23 25/12 26/14
understanding [2]  7/1 29/2
unfold [1]  36/16
UNITED [1]  1/1
Unless [1]  39/9
until [8]  24/11 26/6 28/4 28/11 35/10 43/24 48/13 51/9
up [39]  8/11 10/2 11/7 11/13 11/18 11/21 12/21 13/25 14/3 15/17 15/20 15/23 16/17 16/21 16/22 16/25 17/1 17/7 17/17 19/23 23/1 27/8 27/15 30/24 33/23 34/5 35/11 39/8 44/25 45/2 45/2 45/11 45/15 45/16 46/22 48/9 48/13 49/6 51/5
uphill [1]  35/20
Upon [1]  36/15
upset [1]  48/8

us [4]  14/6 14/8 34/21 48/9
use [1]  5/24
used [1]  26/14
using [1]  26/16

## V

vantage [1]  16/2
vehicle [19]  12/24 13/2 13/2 13/7 13/13 15/21 27/23 27/25 29/3 29/13 29/24 30/12 35/25 36/2 36/3 36/7 37/3 37/12 43/8
vehicle's [1]  37/8
vehicles [3]  9/19 14/23 16/17
verbatim [1]  52/14
very [5]  25/5 27/18 28/12 43/13 48/18
via [1]  52/14
videoconferenced [1]  2/23
violated [1]  20/22
voice [1]  16/1
vomit [1]  49/21

## W

WAID [5]  1/23 1/23 4/6 52/5 53/21
WAIDREPORTING [1]  1/25
wake [4]  17/24 18/13 49/6 51/5
walk [10]  13/25 15/25 16/20 17/12 27/14 27/19 37/1 45/11 45/15 46/22
walked [8]  11/22 17/7 17/11 17/13 33/23 36/17 37/8 37/9
walking [3]  12/21 30/3 45/16
want [12]  6/23 15/11 28/21 39/14 45/11 45/13 45/14 46/21 46/22 47/8 47/18 49/17
was [114]
wasn't [8]  19/12 33/9 42/8 42/11 42/14 42/15 42/17 42/22
watch [1]  36/16
watched [3]  30/23 30/23 36/17
way [6]  6/2 11/1 13/18 17/13 20/22 28/2
we [30]  5/14 5/14 8/6 8/9 8/14 8/18 8/25 9/19 9/21 10/2 10/8 10/12 10/13 10/19 10/19 10/19 10/23 11/9 11/16 12/15 16/11 19/13 19/14 24/6 25/8 30/17 34/16 40/22 42/16 48/8
we'd [1]  11/17
we'll [1]  5/22
we're [2]  5/19 28/13
WEDNESDAY [1]  1/16
weird [1]  47/12
well [9]  6/17 13/21 29/12 31/24 40/19 43/3 45/11 46/3 50/20
went [20]  8/6 8/9 8/14 10/8 13/1 16/21 16/24 17/24 18/10 18/13 19/25 30/24 44/2 44/15 44/16 44/19 44/25 45/17 46/20 47/16
were [47]  7/1 9/8 10/14 10/18 10/21 11/3 11/5 13/11 13/14 14/15 17/24 17/25 19/4 19/7 19/14 19/23 20/22 21/14 24/10 25/12 25/13 25/20 26/2 26/9 31/7 33/4 33/7 33/10 33/22 34/16 35/11 35/25 37/2 37/5 39/22 40/19 40/19 41/13 41/22 43/20 44/21 46/24 47/14 49/2 49/14 50/9 50/11
what [85]
What'd [2]  8/24 10/1
What's [2]  6/21 7/7
whatever [1]  23/18
wheel [1]  35/17
wheels [3]  34/6 34/6 35/15

when [41]  8/25 11/2 11/9 11/23 15/17 17/17 17/24 19/23 23/13 23/24 24/16 25/15 26/18 27/5 27/7 27/14 27/19 28/6 28/7 30/16 30/16 30/19 30/20 31/25 32/10 34/14 34/21 35/10 36/10 37/17 38/11 38/14 41/5 41/22 44/24 46/3 46/5 47/11 48/8 48/24 51/4
Whenever [1]  43/3
where [18]  7/20 10/4 12/11 13/14 13/20 16/24 18/3 33/20 33/21 33/25 35/14 35/14 37/2 37/5 38/16 43/7 43/15 44/5
Where'd [2]  8/16 20/9
whether [1]  53/11
which [3]  20/2 33/21 52/22
while [6]  10/23 11/7 16/19 31/7 36/18 50/7
who [5]  14/7 14/10 14/12 32/3 32/5
Who's [3]  7/10 18/11 22/13
whole [1]  5/6
Whoops [1]  40/4
why [15]  13/23 20/25 21/2 21/13 21/15 21/18 21/22 21/23 22/25 31/24 36/5 43/3 45/8 46/3 51/2
Will [1]  40/2
window [6]  20/2 31/18 38/12 44/10 44/12 44/16
windows [3]  26/20 26/22 26/23
wish [1]  24/3
wit [1]  5/7
without [1]  2/24
witness [6]  4/3 5/4 21/13 52/8 52/18 53/19
woke [7]  16/22 16/25 17/17 19/25 44/25 45/1 45/2
word [1]  5/24
work [9]  7/2 7/16 14/23 14/24 17/1 22/7 25/19 50/6 50/19
worked [1]  9/20
working [15]  9/19 10/12 10/17 22/8 22/9 24/10 50/7 50/9 50/13 50/14 50/16 50/17 50/22 50/24 51/1
working off [1]  22/8
worse [2]  45/12 47/9
would [17]  5/10 6/7 6/12 9/1 9/6 10/9 12/19 21/13 21/22 24/16 29/11 29/22 33/15 33/17 35/12 35/16 41/11
would've [2]  32/24 47/3
wouldn't [11]  18/15 18/15 22/8 22/8 24/3 33/18 37/13 39/24 40/5 40/5 40/9
written [2]  2/24 53/11
wrong [9]  21/4 21/5 21/6 21/10 21/21 23/15 23/17 23/18 43/19

## Y

y'all [14]  8/16 8/24 9/12 10/1 10/6 10/14 10/18 11/3 14/4 17/5 20/15 24/10 25/22 26/9
yard [2]  38/19 43/21
yards [1]  12/15
yeah [49]  7/19 11/16 11/19 14/17 14/21 14/22 15/7 15/20 16/12 16/25 19/17 20/4 20/6 20/12 20/17 21/17 22/24 24/13 27/11 27/15 27/18 28/2 28/14 28/16 28/18 29/6 29/6 29/7 29/16 34/3 34/13 35/18 41/2 41/24 42/3 42/25 43/15 44/18 45/22 45/24 46/12 46/12 46/14 46/22 46/22 48/16 49/4 50/5 50/7

## Y

years [1]  6/13
yell [3]  16/10 31/23 31/25
yelled [2]  16/12 33/11
yelling [2]  36/18 37/18
yes [92]
you [287]
You didn't [1]  18/23
you saw [1]  27/8
you suing [1]  22/3
you'd [1]  37/24
you're [25]  5/24 12/10 13/17 13/20
 20/5 20/23 23/7 23/15 23/16 26/20
 29/20 39/1 39/15 40/13 41/5 41/7
 41/12 41/16 42/13 42/19 43/14 46/17
 50/24 51/7 51/7
you've [3]  21/16 22/21 42/10
your [47]  5/10 7/7 7/10 11/14 11/19
 14/24 16/2 16/24 17/2 17/11 17/13
 17/16 18/5 18/11 18/14 18/19 19/25
 20/6 20/22 23/15 25/2 29/20 30/20
 35/25 35/25 40/13 41/6 44/2 44/3
 44/9 44/21 45/4 45/9 45/20 46/9
 46/17 46/20 47/13 47/14 47/23 48/20
 48/21 48/21 49/7 49/24 50/6 50/6
yourself [1]  50/4
Yukon [5]  9/21 9/23 13/3 13/23 15/2

## Z

zero [2]  28/25 41/23