IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EXHIBIT

6
_____

exhibitsticker.com

REBECCA J. PAYNE, personally,
and as the Personal Representative of the
ESTATE OF NOAH HUNTER BRITTAIN,
JORDAN L. KING; and JAMES L. CROWDER          PLAINTIFFS


V.               CASE NO:  4:22-cv-0588-KGB


MICHAEL C. DAVIS, NATHAN RICE,
JOHN W. STALEY, and
LONOKE CO. SHERIFF JOHN W. STALEY          DEFENDANTS




ORAL DEPOSITION OF

JORDAN KING

WEDNESDAY, FEBRUARY 21, 2024
1:04 P.M. TO 3:47 P.M.


OWENS LAW FIRM, P.A.
1312 W OAK STREET
CONWAY, ARKANSAS 72034




AMY WAID, CCR #853
WAID REPORTING
P.O. BOX 10385
CONWAY, ARKANSAS 72034
WAIDREPORTING@GMAIL.COM

APPEARANCES


ON BEHALF OF PLAINTIFFS:

DEVON M. JACOB, P.A.
JACOB LITIGATION, INC.
P.O. BOX 837
MECHANICSBURG, PENNSYLVANIA 17055


ON BEHALF OF DEFENDANTS, JOHN W. STALEY AND NATHAN RICE:

JASON OWENS
OWENS LAW FIRM, P.A.
1312 W OAK STREET
CONWAY, ARKANSAS 72034


ON BEHALF OF DEFENDANTS, MICHAEL C. DAVIS:

CHRIS STEVENS
FUQUA CAMPBELL, P.A.
3700 CANTRELL ROAD #205
LITTLE ROCK, ARKANSAS 72202


REPORTER'S NOTES:

Quoted material is as read.
Phonetic spellings are signified by (phonetic).
Exactly as stated are signified by [sic].
Trailing off is signified by ellipses (...).
Interruptions and over-speaking are signified by dashes (--).
Audio malfunctions in videoconferenced depositions can be caused by technical difficulties or over-speaking.
**Transcripts are not allowed to be provided to another party without express written consent of the reporter.**

INDEX

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . 1

APPEARANCES . . . . . . . . . . . . . . . . . . . . . . . 2

CAPTION . . . . . . . . . . . . . . . . . . . . . . . . . 4

PROCEEDINGS . . . . . . . . . . . . . . . . . . . . . . . 5

DIRECT EXAMINATION BY MR. OWENS . . . . . . . . . . . . . 5

CROSS-EXAMINATION BY MR. STEVENS . . . . . . . . . . . . 55

CROSS-EXAMINATION BY MR. JACOB . . . . . . . . . . . . . 74

FURTHER CROSS-EXAMINATION BY MR. STEVENS . . . . . . . 93

DEPOSITION CONCLUDED . . . . . . . . . . . . . . . . . . 95

CERTIFICATE OF REPORTER . . . . . . . . . . . . . . . . 96

CAPTION

ANSWERS AND ORAL DEPOSITIONS OF JORDAN KING, a witness produced at the request of the defendants, taken pursuant to the Arkansas Rules of Civil Procedure in the above-styled and numbered cause on the 21st day of February, 2024, before Amy Waid, Arkansas Supreme Court Certified Court Reporter #853, at 1:04 p.m.

PROCEEDINGS

THEREUPON,

JORDAN KING,

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth and nothing but the truth, testified on their oath as follows, to-wit:

DIRECT EXAMINATION

BY MR. OWENS

Q    Would you state your name for the record, please, sir.

A    Jordan King.

Q    All right, Mr. King, we met briefly before we started, but my name is Jason Owens.  I represent several defendants, Lonoke County, Sheriff John Staley, and a deputy named Nathan Rice, in a lawsuit that you and Rebecca Payne and James -- I think he goes by Landon -- Crowder have filed in federal court.

You understand that's what we're here today to talk about.  Correct?

A    Yes, sir.

Q    Okay.  Mr. King, how old are you?

A    18 now.

Q    When did you turn 18?

A    June 9th.

Q  Okay?

A  Last year.

Q  All right.  Where do you live?

A  McRae.

Q  What's the address?

A  385 Kirkland Road.

Q  Do you live there with anyone?

A  My mom and dad.

Q  Okay.  What are their names?

A  Michael King and Amanda King.

Q  Okay.  Do you have any brothers or sister?

A  Three older brothers.

Q  They're all out of the house at this point?

A  Yes.

Q  Okay.  Are you in school or working?

A  Both.

Q  Okay.  Have you finished high school?

A  No.  I -- I had dropped out and I just got back into high school.

Q  Okay?

A  But I only go one day a week, and then I work.

Q  Sure.  Where are you going to school?

A  Beebe.

Q  And so what -- what classification are you in school?

A    I'm in -- I'm a senior.

Q    Senior year.  Okay.

MR. JACOB:  Just -- you're doing great, but just do your best to keep your voice up. It helps the court reporter out.

MR. OWENS:  Sure.

Q    (By Mr. Owens) So you would expect to graduate next May?

A    Yeah, this May when -- really whenever I finish my work because it's online, so I can graduate early if I want, but by this May.

Q    Oh, I see.  Okay.  Good.

And you do that one day a week.  Where do you work?

A    I do mental buildings.

Q    Is that with a -- with a company?

A    No.

Q    Do you do it by yourself?

A    No.  I work under someone.  They're just not --

Q    Sure.

A    -- an official company.

Q    Yeah.  Who do you work under?

MR. JACOB:  Voice up.  Just louder.

A    His name's Wes.

Q    (By Mr. Owens) Wes.  What's his last name?

A     I'm not sure.

Q     Okay.  Just you and Wes or are there others on your group?

A     My brother and one other dude.

Q     What's your brother's name that works with you?

A     Doug.

Q     Okay.  Okay.  Do y'all -- how far out do you go building metal buildings?

A     I just recently started working with him.  We've been working in Vilonia.

Q     Okay.  All right.  I want to ask you about the night and morning in question in this lawsuit.  At some point on the evening of -- I believe on the evening of June 22nd of 2021, you met up with Hunter Brittain.  Is that correct?

A     Repeat that.

Q     Sure.  At some point on the evening of June 22nd -- afternoon or evening of June 22nd of 2021, you met up with Hunter Brittain.  Is that right?

A     Would that have been the day before?

Q     Yes.  Yeah, the event occurred, to my understanding, in the early morning hours, like wee hours of the morning, of June 23rd.  So the afternoon or evening before that, y'all met up somewhere.  Right?

A     Yes, the day before at some time.

Q    Where at?

A    At Granny Beck's.

Q    Say again?

A    Granny Beck's.

Q    Okay.  She -- we took Ms. Rebecca Payne's deposition before yours, and she mentioned that you call her "Granny Beck."  Is that right?

A    Oh, yeah.  My bad.

Q    Okay.

A    It'd be Rebecca.

Q    No, that's okay.  And that's where Hunter lived at the time?

A    Yes, sir.

Q    Okay.  What time do you think y'all met up over there?

A    I'm not sure.

Q    Okay.  Was it still light out?

A    I believe so.

Q    Okay.  And what were you going over there for?

A    I'm not completely sure on that.

Q    What -- what was the plan for the evening?

A    To -- to fix his truck.

Q    To fix his -- "his truck" being Hunter's truck?

A    Yeah.

Q    Okay.

A    But I believe we did a couple things in the -- before that.

Q    Okay.  What'd you do before that?

A    I'm not sure.

Q    Did y'all go eat somewhere?

A    I believe so, but I'm not 100 percent sure on that.

Q    Okay.  Granny Beck, Rebecca Payne, lives in McRae, Arkansas.  Right?

A    Yes.

Q    Mahoney's Shop where y'all ended up that night is where?

A    I believe that'd be a Cabot address.  It's off Highway 89.

Q    Okay.  When you went over to Hunter's house and y'all left, what vehicle did y'all leave in?

A    I'm not sure.

Q    It wasn't the truck, though, was it?

A    I don't believe so. I believe it was Landon's truck, but I'm not 100 percent sure.  I think the truck was already at the shop.

Q    What shop is that?

A    Mahoney's.

Q    Okay.  Okay.  So y'all did a few things.  When did y'all end up at Mahoney's shop?

A    I'm not completely sure.

Q    And you don't really remember anything that y'all did before you got to Mahoney's Shop?

A    I do remember getting something to eat.

Q    Don't remember where?

A    (Nonverbal response.)

Q    Would it have been at a restaurant or somebody's house?

A    A restaurant.

Q    I'm going to represent to you that Ms. Payne mentioned something about y'all bringing back some -- some fish for her.  Do you remember if y'all ate at a catfish place?

A    I think it was Five Guys in Searcy --

Q    Oh, okay.

A    -- that might have fish, but --

Q    Okay.

A    -- I'm not --

Q    Okay.

A    -- completely sure on that one.

Q    Sure.  So you don't know what time you got to Mahoney's Shop?

A    No, sir.

Q    And don't remember anything you did between dinner and that time.  Right?

A    No.

Q    That would've been a period of several hours, wouldn't it?

A    Yes.

Q    Maybe as many as six or eight hours, huh?

A    Yes.

Q    Did y'all go visit any girls?

A    No.

Q    Did y'all drink any alcohol?

A    No.

Q    Use any drugs?

A    No.

Q    How about tobacco products?

A    No.

Q    Did either of y'all dip or chew tobacco?

A    I didn't, but he did.

Q    Okay.

MR. JACOB:  "He" being?

THE WITNESS:  Hunter.

MR. JACOB:  Just so the record's clear. That's all.

MR. OWENS:  Yeah.

Q    (By Mr. Owens) But you don't remember him chewing tobacco that night?

A    No, sir.

Q     All right.  So what happens once y'all get to Mahoney's Shop?

A     We start pulling his transmission out.

Q     How did y'all get into Mahoney's Shop?

A     It's -- Landon that was there, it's his grandpa's shop.  So he lets us use the lift --

Q     Did --

A     -- after work hours.

Q     Well, I assume, like any garage or shop like that, that they lock up at night.  Did somebody let you in?

A     It's -- no.  We got in.  It's Landon's grandpa's shop, so we had permission to be in there.  We was --

Q     No, I get permission.  I'm -- I'm asking physically.  Did y'all have a key?

A     I'm not 100 percent sure.

Q     Okay.  Do you remember if there is a keypad or if it was a lock?

A     There's not a keypad.  A lot of times one of the bay doors would be unlocked, and you just slide it up if the front door ain't locked.

Q     Because y'all went out there really late at night or even after midnight.  Right?

A     We ended up out there that late.

Q     Okay.

A     But we was already there before that.

Q    Okay.  You were there, and you go -- go in however you got in.  And what happened?  What'd you do?

A    We began to pull his transmission out, because you got to pull it out, and then put the new one in.

Q    Had you done any of that kind of work before?

A    Yes.

Q    Had Hunter, to your knowledge?

A    Yes.

Q    Okay.  And so -- back up a little bit -- why did he feel like he needed to pull the transmission out of his truck?

A    Because the vehicle's not going to run right. It's not going to go in reverse.  It's out.  So we had to pull that one out and put a new one in it.

Q    He had tested it before that time at some point?

A    Yeah.  You just put it in drive, and it's not going to go in reverse, so.

Q    It's not moving.  Okay.

     And he diagnosed the problem and determined it was the transmission, and y'all just needed to pull it out and replace it?

A    Yes.

Q    Was this truck Hunter's truck?

A    It was his truck, to my knowledge.  As far as whose it is legally, I'm not sure.

Q    Yeah.  You don't know about titles or anything like that.  Right?

A    I don't know.

Q    Okay.  Do you know how he had acquired the truck?

A    I'm not -- not sure.

Q    Okay.  So y'all, I guess, together pull this transmission out.  Right?  Is that correct?

A    Yes.

Q    Have any problems with that?

A    You always run into some problems.

Q    Sure.  I certainly do whenever I'm trying to fix a car because I don't know what I'm doing.

A    Yeah.  One thing after another.

Q    So where did you get the transmission you were going to replace it with?

A    The transmission -- we had to pull it out of another vehicle that was already there.

Q    Okay.

A    So there was his vehicle and then another one, and we had to pull it out of the other one and then put his in.

Q    Install it in Hunter's truck.  Okay.

And so you got that done.  And what happens next?

A    We put his in and then got everything ready for -- to test drive it.

Q    Okay.  What else is involved in getting it ready other than pulling the old one and installing the new one?

A    You got to put it back in, put your drive shaft, everything back together under there, and then you got to fill it up to the right level of transmission fluid, and then make sure it's shifting, run it through the gears.

Q    Right.  Did all that and everything seemed to be responding okay?

A    Yeah, but you can't tell until you drive it down the road to see if it's going to shift through all the gears.

Q    Sure.  How long do you think it took y'all -- from the time you got there until the time you were ready to roll out and go test it on the road, how long did all that take to pull the old transmission, install the new one, and do all the other stuff you've just talked about?

A    I'm not -- I'm not sure, but it was a good while.

Q    Okay.  You don't wear -- like most young guys, you don't wear a watch, do you?

A    No.

Q    Okay.  The -- so y'all get that all done.  And is the plan now we go test it on the road?

A    Yes.

Q    Okay.  So y'all take off.  Hunter driving.  You're the passenger.  Right?

A    Yes.

Q    All right.  What happens then?

A    We drive it up and down the road, and it's slipping, because the transmission was bad that we put in there, and then stopped on the side of the road when we had to turn around.

Q    Okay.

A    And then when we was coming back, we passed the officer, and then he goes -- we go to pull into the body shop, and then he hits his lights and pulls in behind us.

Q    Okay.  You said the transmission was slipping.  By that, you mean?

A    Yeah, the transmission wasn't no good.  It was only -- so you got about four gears, and it's only pulling in one gear, so you can only go about 20 mile -- I mean, not very fast.

Q    It was going into first and no higher?

A    Yeah.

Q    Okay.

A    Because ever other gear it's just going to rev like it's in neutral.

Q    Yeah.  In other words, y'all became aware pretty quick this isn't going to work.  Right?

A    Yeah.

Q    Okay.  Y'all took a short trip down the road, turned it back around to go back to the body shop to move to Plan B or C or however many you're on at this point.  Right?

A    Yes, sir.

Q    So as you're driving, you pass the officer.  He was sitting in his car on the side of the road.  Right?

A    Yes, at the church, I believe.

Q    At where?

A    At the church.

Q    What church is that?

A    I'm not sure.

Q    Okay.  Right there near Mahoney's Body Shop?

A    Yes.

Q    Okay.  And so he pulls in behind you, turns his lights on.

A    He pulls -- well, he pulls behind us right there, follows us, then we pull into the body shop, and as we're pulling into the body shop, he turns his lights on.  But we're already pulling in, so we went ahead and pulled up into the driveway.

Q    Was there anything else on the truck other than

transmission that was not functioning properly?

A     The shifter.  The shifting cable --

Q     Okay.

A     -- had too much slack in it.  You got to tighten them up.

Q     What about taillights?  Do you have any idea?

A     I'm not sure.

Q     While the deputy was following you, do you know whether Hunter kept the vehicle in the lane at all times?

A     I believe so, but I'm not sure.

Q     Okay.  You said that because of the transmission, the vehicle couldn't get above about 20 miles an hour or so.  Right?

A     Somewhere around there.

Q     Anything else going wrong with the vehicle at the time?

A     That'd be all.

Q     When the officer turned on his lights -- I've had that happen to me a few times in traffic, for better or worse, and usually I know immediately why the officer has turned his lights on, because it's usually because I'm going too fast.  I'm speeding.  Right?  Not the case here.  Right?  Correct?

A     Yes.

Q    When the officer turned on his lights, did you know why he was turning his lights on?

A    I didn't -- I don't know what he was thinking, but I assume because the transmission out, the truck was revving up high and stuff --

Q    Okay.

A    -- and it was loud.  But I don't know.  I don't know.

Q    Was it loud as an incident of -- because of the transmission problem, or was there some problem with the muffler?  Or what did you think the loud was because of?

A    Well, it's already -- the truck was already pretty loud, but because the transmission is bad, it's just slipping, and it's revving up real high --

Q    Okay.

A    -- for us to even be able to get back.

Q    Revving really high, but you're only going --

A    Yeah.

Q    -- 20 miles an hour or something.  Right?

A    Yes.

Q    Okay.  Okay.  Y'all wearing your seatbelts?

A    I'm not sure.

Q    Okay.  Did the truck have plates on it -- license plates?

A    I'm not completely sure.

Q    Okay.  You wouldn't know, then, if they were valid or if the truck had been registered or anything like that.  Right?

A    No clue.

Q    You don't know anything, as we sit here today, about the status of Hunter's driver's license, do you?

A    No.

Q    Did you know anything at the time about any curfew on juveniles --

A    No.

Q    -- kids under 18?

A    No.

Q    Okay.  All right.  So the officer turns his lights on.  Y'all are about to turn into Mahoney's.  Do you get into the Mahoney's driveway, or do you stop before that?

A    We get into the driveway --

Q    Okay.

A    -- and pull up in front of the shop -- the front shop.

Q    Yeah.  What --

A    So we come in the driveway and then pull up a little bit.

Q    Okay.  How far back up the road had the officer

turned his lights on?

A    Right there in front of the shop, he turned them on.  As we was turning in, he turned them on.  He didn't -- he followed us, and he didn't turn them on until we was turning into the shop.

Q    So from the time he turned them on until the time y'all stopped the truck was just a matter of a few feet or yards.  Right?

A    Could be some yards --

Q    A very short distance.

A    -- yeah, but a short --

Q    Yeah.

A    -- distance, yes.

Q    Okay.  So y'all pull into the driveway, like you said, in front of the shop.  And what happens then?

A    We come to a stop.  He pulls up behind us.  And then the shifter cable ain't working, like I said, so it won't go all the way up in park, so he jumps out to stick something under the tire to keep it from rolling back, and then all I heard was a gunshot.

Q    Okay.

             MR. JACOB:  Just so we're clear, "he" being?

             THE WITNESS:  Hunter.

Q    (By Mr. Owens) Yeah, just the two of you in the

truck. Right?

A    And my dog.

Q    And you're dog. Okay. What kind of dog?

A    A pit bull.

Q    Okay. So you -- the truck wouldn't stop. Is that right?

A    Well, when you come to a stop, it won't go into park, so it's still going to roll like it's in neutral. So it's in -- it's -- it's in neutral pretty much.

Q    So the transmission was faulty enough that it wouldn't even go into gear or in park?

A    Because of the shifter cable, it wouldn't put -- it wouldn't go all the way back up into park.

Q    Okay. Did the truck have an emergency brake?

A    I'm not sure.

Q    Okay. Do you know what I mean by the parking break? You know what that is. Right?

A    Yes, I know what that is.

Q    Yeah. And you just don't remember if the truck had one or not?

A    Yes. I'm not sure.

Q    Okay. And so did the truck come to a stop?

A    It come to a stop, yes.

Q    Yeah, so even with the problem that you've just described with the shifter cable --

A     It'd still come to a stop.  Just --

Q     When you got your foot on the brake --

A     Yeah.  When you --

Q     -- it'll come to a stop.  Right?

A     -- take your foot off the brake, it's going to roll.

Q     Yeah.  And so you come to a stop, and Hunter gets out of the vehicle.  Right?

A     Yes.  And I'm stepping out of the vehicle about the same time.

Q     You were?  Okay.

So y'all come to a stop.  How quickly do the two of you start to exit the vehicle?

A     Almost as soon as we stopped.

Q     Okay.  Within a second or two?

A     I don't know about that quick, but.

Q     Within a few seconds?

A     Yes.

Q     Okay.  Did y'all say anything to one another as you're getting out of the vehicle?

A     Not that I remember.

Q     Okay.  What happens next?

A     I was -- I only had enough time, and I had one foot on the ground, stepping out with my door open, and then I heard a gunshot.  And then I just stood there

until the officer come.

Q    You stood there just outside of the vehicle until the other officer came?

A    Yeah.  I believe I was sitting down with one foot out or got back in the vehicle.  I'm not completely sure.  But I know I stepped out, and I had one foot on the ground, and then there was the gunshot.

Q    Okay.  From the time the officer got in behind you until you heard the gunshot, did Hunter say anything to you?

A    Repeat that.

Q    Sure.  Let's back up.  I'll break it into pieces.

When the officer pulls in behind you, did Hunter say anything to you?

A    Not that I remember.

Q    Did he say anything -- well, let me break that down.  Did he say anything to you from the time the officer pulled in until he turns his lights on?

A    Nothing that I remember.

Q    Okay.  Did Hunter say anything to you from the time the officer turned his lights on until you stopped?

A    Not that I remember.

Q    Did Hunter say anything to you from the time you stopped with his foot on the brake and the time you

heard the gunshot?

A    Not that I remember.

Q    Okay.  Do you recall at any point during those three periods, from the time the officer pulled in behind you until you heard the shot, saying anything to Hunter?

A    Not that I remember.

Q    Okay.  So you stop.  You start to get out the right or the passenger's side of the vehicle.  You said, I think, you put one foot down.  Right?

A    Yes.

Q    Okay.  And you heard the gunshot?

A    Yes.

Q    Did you see the officer fire the shot?

A    No.  I wasn't looking at him.

Q    Did --

A    I didn't see it, no.

Q    -- did you see the bullet strike Hunter?

A    No.  I seen -- looked over and him laying on the ground after the gunshot, because I was facing away stepping out at the time of the gunshot.

Q    Okay.  How did you see him after the gunshot?

A    The door was open, and he was laying on the ground.  And the whole time I'm sitting in the back of the police car, I can see him on the ground.

Q    So when you see him before you go to the police car, you're looking through the cab of the truck to see him?

A    Yes.

Q    Have I got that right?  I'm just trying to make sure I've got everybody's position right.

     After the shot, you look back through the cab and see Hunter laying on the ground.  Right?

A    Yes.

Q    Face up?

A    I'm not sure.

Q    Did he say anything to you at that point?

A    I don't believe so.

Q    Do you recall whether his eyes were open or closed?

A    No.

Q    Do you recall seeing any wound?

A    No.

Q    Okay.  Blood?  Did you see blood?

A    Not while I was -- not while I was in the truck --

Q    Okay.

A    -- but afterwards, yes.

Q    Okay.  Did you try to move toward Hunter at that point?

A    No.

Q    Okay.  You mentioned at the beginning of your testimony about when the truck stopped and what happened next, what Hunter was doing after he got out of the truck.  What was that?

A    Grabbing a coolant jug to put behind the tire to keep it from rolling back.

Q    How did you know he was doing that?

A    I knew that he was putting something behind the tire to keep it from rolling back.  I didn't know exactly what he was grabbing or nothing.

Q    Yeah.  How did you know he was doing that?

A    I'm not completely sure.

Q    Okay.  Is it fair to say that you know that now, but that maybe you didn't know that at the time?

A    I wouldn't say that because I feel like there was something said, but I can't say I'm completely sure. So you could say that.  I mean, I don't know.  It could go either way because I don't know.

Q    So did you have a concern about the truck rolling?

A    I don't remember.

Q    Okay.  So you weren't getting out of the truck to go get something to put behind the wheel, were you?

A    I don't remember exactly what I was thinking at the moment.

Q    Okay.  You don't remember why you were getting out

of the truck?

A    No.

Q    Before that event, had you ever been pulled over by a police officer before?

A    Yes.

Q    Did you get out of your car?

A    I have.

Q    Before an officer asked you to do so?

A    I have, yes.

Q    Why?

A    No particular reason.  I know not to now, though.

Q    How old were you at the time of this event?

A    16.

Q    Just turned 16.  Right?

A    Yes.

Q    Did you have driver's license?

A    No.

Q    Did you have a permit?

A    No.

Q    A learner's permit?

A    No.

Q    Had you ever taken the driving test?

A    No.

Q    Okay.  Do you have a driver's license now?

A    I do.

Q    When did you get your driver's license?

A    I'm not sure.

Q    Okay.  So when you were pulled over by a police officer before this event in the summer of '21, you would've been a passenger in somebody else's vehicle. Right?

A    I don't remember.

Q    But you remember -- well, you wouldn't have been driving, would you, without a license?

A    I still could've been driving, yes.

Q    Okay.  You don't recall whether you were driving without a license or were a passenger when you got pulled over on the instance or instances before this. Is that right?

A    Say that again.

Q    Before this event, how many times had you been pulled over by the police in traffic?

A    No clue.  I'm not sure.

Q    More than one?

A    Yeah.

Q    Okay.  And you recall on at least one of those occasions getting out of the vehicle before the officer told you to get out of the vehicle?

A    Yes, but it was also on my property, pulling into my driveway, and then I got out of the vehicle.

Q    I see.  Had you ever been ticketed for any violation of the law by an officer before this event?

A    I'm not sure.

Q    Ever go to court to deal with a ticket?

A    I have.  I don't know about before this, though.

Q    Okay.  Did you live at 385 Kirkland Road in McRae at -- in the summer of '21?  Same house you're in now, did you live there in the summer of '21?

A    I've lived there my whole life.

Q    Okay.  How far from Mahoney's Body Shop is your home in McRae?

A    I'm not completely sure.  I'd say about 30 minutes.

Q    Okay.  So you start to step out of the truck.  You hear the shot.  I imagine pretty immediately you looked over your shoulder through the cab to see Hunter lying on the ground?

A    Yes.

Q    Do you recall if he ever moved after you looked at him?

A    Not that I seen.

Q    Okay.  What'd you do when you looked and saw him on the ground?  What'd you do next?

A    Nothing.  I was just in shock really.  Didn't even really know what was going on yet.

Q   Did you realize immediately that he had been shot?

A   I -- I wouldn't say I was 100 percent sure while I was still in the cab, but there was a gunshot, and he was laying on the ground.

Q   Yeah.  You heard one gunshot.  Right?

A   I was just more hoping that nothing like that happened.

Q   Sure.  Did you see this blue jug anywhere when you looked through the cab?

A   I don't remember.

Q   Okay.  So what happens next?  After you see -- after you look through the cab and see him on the ground, what happens next?

A   The other police officer comes.  Then they made me step out, then yelling at me, telling me to put my hands up and stuff and then pull my shirt up, turn around, and back up to him.

Q   Okay.  As we sit here today, do you understand that other officer to be Nathan Rice?

A   Yes, sir.

Q   Okay.  Had you -- before that event, had you ever encountered Nathan Rice before, to your knowledge?

A   No.

Q   Had you ever seen Ofc. Davis before that night?

A   No.

Q    Okay.  So Dep. Rice tells you to step forward and lift your shirt.  Right?

A    They tell me -- I believe I was facing away from them, and they told me to lift my shirt.

Q    Okay.  Did you understand why he was asking you to do that?

A    Uh-uh.  Not completely in the moment.  I was still in shock.

Q    Sure.  As we sit here today, do you understand why he asked you to do that?

A    I do.

Q    To see if you had any weapons in your waistband.  Right?

A    Yeah.

Q    And you didn't.  Right?

A    No.

Q    You didn't have any weapons in your possession, and there were none in the truck, to your knowledge.  Right?

A    Right.

Q    Okay.  So he -- he tells you to lift your waistband.  You do that.  And then what happens?  Or lift your shirt -- I'm sorry -- to expose your waistband.  And then what happens?

A    I remember backing up to him and then him putting

me in handcuffs and then picking me up and putting me in the back of the cop car.

Q   Okay.  Was this the first time you had ever been placed in handcuffs in your life?

A   Yes, I believe so.

Q   Okay.  You said he put you in handcuffs, and then he picked you up.  Were you down on the ground?

A   I was on the ground, yes.

Q   Okay.  He asked you to lay down on the ground and put your hands behind your back?

A   I think so.

Q   Okay.

A   I'm not completely sure.

Q   Okay.  And so then he puts you in the back of his car, or did you know?

A   I'm not sure.

Q   Okay.  It was in the back of a police car, though. Right?

A   Yes.

Q   Okay.  During that encounter, other than asking you to do various things like show your waistband and -- and be handcuffed and those kinds of things, did y'all have any other conversation?

            MR. JACOB:  "Y'all" being?

Q   (By Mr. Owens) You and Ofc. Rice.

PAYNE, ET AL. V. DAVIS, ET AL.                    35

A    I believe so, but none that I can say for sure 100 percent what it was, but it would be on the body cam.

Q    Okay.  Have you watched that?

A    No.

Q    Okay.  You don't remember any conversations there, but whatever the body cam shows, you wouldn't dispute it.  Right?

A    I remember just little bits.

Q    What do you remember?

A    Nothing I can say for sure.

Q    Okay.  So you -- he puts you in the back of this police car.  Did he shut the door?

A    Yes.

Q    Okay.  And you're the only person in the car at that point.  Right?

A    Yes.

Q    What happens next from your perspective?

A    I'm sitting in there handcuffed, and they're trying to give him CPR and stuff, and I was sitting there in handcuffs until -- for hours until -- I believe it was the state police that come.

Q    Did --

A    But they'd done MedFlight-ed him out and everything.

AMY WAID, CCR #853
WAID REPORTING

Q    Yeah.  Did the helicopter show up at the scene?

A    No.  I believe they had to escort him down the road --

Q    It was --

A    -- to a spot where they could pick him.

Q    They got an ambulance or another car and took him down the road to a landing site.  Okay.

A    Yes.

Q    Did you see -- could you see any of that?  Like the CPR that was going on, could you see that, or were you blocked by cars?

A    No, I could see everything.

Q    Okay.  What did you see?  Did you see the officers giving him CPR?

          MR. OWENS:  Let me call a quick timeout and say this.  I know this is hard.  I appreciate that.  If at any point you need to take a break, just take a break.  Okay?

          Why don't we take a short break.

          MR. JACOB:  Yeah.

          (Whereupon, a recess was taken, after which the proceedings continued as follows, to-wit:)

BY MR. OWENS

Q    We're kind of walking through the event.  You

indicated that from where you were seated in the back of a police car, that you saw the officers giving CPR to Hunter.

Did Ofc. Rice participate in that?

A    I'm not completely sure.  I was just sitting in the back of the vehicle, and I wouldn't say I was sitting there staring the whole entire time, but I could see everything --

Q    Okay.

A    -- every time I looked over.

Q    Shortly after you were put in the back of the police car, some other officers arrived on the scene. Right?

A    Yes.

Q    State troopers?

A    There was all kinds of cops.  I don't even know.

Q    Did some medical personnel show up at some point?

A    Yes.

Q    Okay.  In fairly short order, there were a whole bunch of people there.  Right?

A    Yes.

Q    Okay.  When was the next time that somebody came around to talk to you?

A    I'm not completely sure, but I know throughout the time, one -- some of the Lonoke County officers come up

and opened -- opened the door, but I didn't get taken out of handcuffs or anything until a state trooper came, I believe.

Q    Okay.  How long did you stay in the back of the car with the handcuffs on?

A    It felt like forever, but I don't know the exact time it would be.  I know it was daylight.  I want to say it was daylight by that time.

Q    Okay.  And your recollection is that it was one of the state troopers that let you out of the handcuffs?

A    I'm not completely, but I want to say so, yes.

Q    Okay.  And when he let you out of the handcuffs, did he tell you, you were free to leave?  Words to that effect?

A    I don't remember.  I just remember having to take an interview.

Q    Okay.  So whoever it was, the officer that let you out of the handcuffs, your recollection is it was not one of the Lonoke County officers, is that right, that let you out of the handcuffs?

A    I'm not sure.

Q    Okay.  So an officer let you out of the handcuffs.  What happened next?

A    After that, I did an interview with -- I guess that would've been the state police.

Q    Were you still sitting in the back of the police car when you did that, or were you somewhere else?

A    I got in their vehicle --

Q    Okay.

A    -- or their car.

Q    And who was it that interviewed you?

A    I don't know.

Q    Do you remember what questions you were asked or how you responded to any of those?

A    Not really.

Q    Okay.  How long did that take?

A    I'm not sure.

Q    Okay.  What happened after that?

A    After the interview, after all that, I went home.

Q    Okay.  How'd you get home?

A    My dad come and got me.

Q    Okay.  Do you know how your dad became aware of what had happened?

A    Somebody had called and told him, but -- yeah. I'm pretty sure.

Q    How long had your dad been at the scene before he left with you?

A    I'm not sure.

Q    Okay.  When you were released from the handcuffs and went from one police car to another, were there any

civilians there that you knew?

A    I don't think so in the area, but like next door, yes.

Q    Who did you see next door that you knew?

A    Landon and Landon's mom was next door.

Q    Okay.

A    And then his grandma and grandpa was there too, but I remember Landon and Landon's mom.

Q    Did y'all have any conversation?  Did you say anything to each other at that time?

A    Yes.

Q    What'd you say?

A    I don't know.

Q    You don't remember what they said?

A    No.

Q    Okay.

A    I just remember them telling me that he died, because the officers just told me that he was in critical condition or something.

Q    Okay.  And as you're walking from one police car to the other, Landon or one of his relatives tells you that Hunter has died?

A    After, yeah, I walked next door, and they was in the car.

Q    Okay.  Do you know what time you started working

on the truck that night?

A    I do not.

Q    Do you know why you didn't start working on the truck earlier in the afternoon or evening?

A    Usually we can't because during shop hours they need to be working in there, so we can't be in there.

Q    When do shop hours end?

A    I believe at 5:00.

Q    Did y'all start working on the truck right after 5:00?

A    I'm not sure.

Q    Do you remember the truck smoking at all?

A    Yes, I do, when we was driving it.

Q    What do you remember about that?

A    I remember, I think, after -- as we was driving past the cop, like, it was smoking from transmission fluid or oil being on the exhaust just burning off.

Q    You attributed the smoke to oil burning?

A    Yes, or transmission fluid.

Q    Okay.  Was it enough smoke to be blinding where you couldn't see where you were going?

A    No.

Q    Where was the smoke coming from?

A    It was coming off the exhaust, so it was going behind us, though, as we're driving.

Q    I see.  Coming out the back end of the truck.
Right?

A    Yes.

Q    Okay.  In Count Number 9 of your lawsuit, you
accuse Nathan Rice of false imprisonment.  Do you
believe that Nathan Rice falsely imprisoned you?

MR. JACOB:  Objection.

If he wants you to still answer, you
can, but it's up to him.

MR. OWENS:  Yeah.

THE WITNESS:  It's up to me to answer?

MR. JACOB:  If -- so when I object, I'm
telling him his question is terrible, and I'm
giving him an option to change it if he
wants.  If he wants you to still go ahead and
answer, that's up to him.

Q    (By Mr. Owens) Do you believe that Nathan Rice
falsely imprisoned you?

MR. JACOB:  Objection.

If you understand what the legal term
is.  I mean, you're not a lawyer.  I don't
why we're --

THE WITNESS:  I -- do I have -- do I
have to answer that considering I'm not --

MR. JACOB:  Only if you can.

THE WITNESS: I don't feel that I can, because I'm not the legal -- I don't know.

Q (By Mr. Owens) You filed a lawsuit against Nathan Rice. Correct?

Correct?

You authorized your attorneys to file this lawsuit against Nathan Rice. Correct?

A Yes.

Q Okay. And you accuse him, at least in part, of false imprisonment. Correct?

MR. JACOB: Counsel, you're arguing with him now. He already stated he doesn't know the legalese, but, yes, the lawsuit does accuse him of that.

Q (By Mr. Owens) You've accused Nathan Rice of false imprisonment. Correct?

A Yes.

Q Okay. Why?

A Because I just watched my best friend get shot, and I have no weapon on me and got to be put in handcuffs and sit in the back of a car for hours --

Q Okay.

A -- while I watch my friend sit there and die.

Q What should Rice have done with you?

A I don't know.

Q    In Paragraph 144 of your amended complaint, Document Number 14 for the record, you say:  "Pursuant to Arkansas Rules of Criminal Procedure, Rice was required to release King after 15 minutes."

Had you been released from the handcuffs and the police car after 15 minutes, what would you have done?

A    What would I have done if I was released from the handcuffs?

Q    After 15 minutes, if they had taken the handcuffs off and said you're free to go, what would you have done?

A    How would I have been free to go?

Q    I'm asking you to -- a hypothetical question here. Had the handcuffs been taken off of you, and you'd been released from the squad car after 15 minutes, and the police told you you're free to go, what would you have done?

MR. JACOB:  Objection:  Calls for speculation.

MR. OWENS:  Expressly so.

MR. JACOB:  Exactly.

A    I don't know.  I'm not sure what I would've done because I got -- didn't get the handcuffs taken off of me.

Q    (By Mr. Owens) Okay.  You wouldn't have been able

to drive anywhere.  Right?

A    I don't know.  If I had a vehicle, I'm capable of driving.

Q    You didn't have a valid driver's license, did you?

A    Still.  But no.  I'd have a ride --

Q    You could've driven illegally.

A    -- I would've had a ride out of there, but.

Q    Okay.  Your home was 30 minutes away.  Right?

A    Yes.

Q    You're not alleging that the officers and medical personnel on the scene should have diverted their attention away from Hunter to deal with your situation, are you?

A    I did not say that.

Q    Okay.  You would agree that the officers and medical personnel on the scene prioritized their response to Hunter's situation over yours.  Right?

A    I -- I wouldn't say that, because as they're helping him, there's also two or three cops over here with Michael Davis as he's sitting here crying, telling him it's okay while they're helping him somehow.

Q    Okay.  Were you ever told by any officer that you were under arrest?

A    I don't remember.

Q    Okay.

A    I believe so, though.

Q    How long after your dad arrived on the scene were you released to go home with him?

A    I don't remember.

Q    More than an hour?

A    I'm not sure.

Q    More than 10 minutes?

A    I'm not sure.

Q    Okay.  Where was Dep. Rice when you were released from the handcuffs?

A    I don't know.

Q    Could you see him when you were released from the handcuffs?

A    I don't know.

Q    You said, "I don't know."

A    I don't remember.

Q    Okay.  How were you harmed by your false imprisonment by Dep. Rice?

A    I wouldn't say I was physically harmed, more mentally.

Q    How were you mentally harmed by your false imprisonment by Dep. Rice?

A    Having to sit there and watch all that.

Q    In Paragraph 98 of your amended complaint, Document Number 14, as part of your claim for unlawful

imprisonment, under the Fourth Amendment, pursuant to 42 U.S.C. Section 1983, against Defendant Rice, you say: "As a direct and approximate result of the defendant's conduct, King suffered embarrassment, humiliation, physical and psychological harm, and pain and suffering."

Q    What embarrassment or humiliation did you suffer by your alleged unlawful imprisonment by Dep. Rice?

A    Can you repeat that?

Q    Sure.  What embarrassment or humiliation did you suffer as a result of your alleged unlawful imprisonment by Dep. Rice?

A    I'm not completely sure on that one as far as embarrassing.

Q    Okay.

A    Except for it's never a good feeling to be put in that position.

Q    What position is that?

A    Being yelled at and -- when I know in my mind I did nothing wrong, but I'm still getting treated as if I am, that I got a weapon or something, and put in handcuffs.  Everything.  Everything was treated as if I had a weapon or I was doing something wrong.

Q    You just said you were yelled at.  Who yelled at you?

A    Rice.

Q    What did he yell at you?

A    I'm not sure.

Q    When did he yell at you?

A    I'm not sure.

        MR. JACOB:  Try to think about, I
    mean --

        THE WITNESS:  I don't --

        MR. JACOB:  -- think about the scene and
    try to bring yourself back there and try to
    remember.

        THE WITNESS:  Well, I can.  I just --

        MR. OWENS:  Let me try to --

        THE WITNESS:  -- I can think of things I
    remember.  I just don't want to say --

        MR. OWENS:  -- let me try to help you a
    little.

        MR. JACOB:  You do need to say if you
    remember, though.  Okay?

Q    (By Mr. Owens) I'm sure that Dep. Rice probably did yell at you when he first got there.  Right?  And he's telling you to put your shirt up so he can see your waistband.  Was he yelling at that time?

A    Yes.

Q    And when he told you to put your hands behind your

back to be handcuffed, he was probably -- had his voice raised at that time too. Right?

A    Yes.

Q    At any point after he initially sat you in the backseat of that police car, did he yell at you any more after that?

A    Not that I remember.

Q    Okay. Was Dep. Rice supposed to know somehow that you didn't have any weapons on your person?

A    No.

Q    Okay. I think you told me you didn't suffer any physical harm as a result of your alleged unlawful imprisonment by Dep. Rice. Is that correct?

A    I think the only thing I can remember would be him on the -- when I was on the ground and him trying to pick me up by the chains of the handcuffs and I couldn't really stand up. Other than that, no, I didn't get --

Q    Okay. What about pain and suffering? Would that be the same answer?

A    As far as physically?

Q    Yeah.

A    Yes.

Q    Did you actually suffer any injury from that?

A    No.

Q   Okay.  And so certainly didn't seek or receive any medical care for that.  Right?

A   No.

Q   Okay.  What about psychological harm?  What psychological harm did you suffer as a result of your alleged unlawful imprisonment by Dep. Rice?

A   Well, it's changed my whole life really.  Then --

Q   So --

A   -- the way I -- the way I think, I am around people, everything I do, where I was going in life completely changed.  There's a lot of things -- there's a lot of things that I'm not even old enough to understand yet that I just now understand.

Q   Have you sought any medical or counseling care for any of that?

A   For a little bit, but I got out of it.

Q   Where did you go?

A   I want to say it was New Leaf, but I'm not -- I'm not 100 percent.

Q   New Leaf.  Is that in Searcy?

A   Yes.

Q   Okay.  Is that -- was that like a counselor that sat you down and talked to you?

A   Yeah.  Like a mental health therapist or something.

Q    Yeah.

A    They court-ordered me.

Q    That was court ordered?  Was that related to something else?  Were you in court for something else?

A    Yeah.

Q    What else were you in court for?

A    I don't really remember.

Q    Okay.

MR. JACOB:  Try and think.

Q    (By Mr. Owens) Did that counseling with New Leaf help?

A    I wasn't in the state of mind where I was really wanting help or wanting to allow myself to get help, so no.

Q    Since the time of these events, have you been prescribed or taking any medication for any mental health problems?

A    No.

Q    You said the direction of your life changed. What'd you mean by that?

A    Well, I was in school.  I never would've not finished school, but I dropped out.  I never went back after that for like two years.  I'm just now getting back in school and finishing when I should've a year or two ago.

Q    Okay.  When did you drop out of school?

A    When I was 16.

Q    Had you gone to school up through that May of '21?

A    Yes.

Q    And then just didn't go back in the fall?

A    I went back one day, but then I never went again.

Q    Okay.  What did your parents think about that?

A    School?

Q    Yeah, about you dropping out.

A    I'm not sure what they were thinking, but there was a lot of things to consider with that situation when you have a child that goes through something like that.

Q    Sure.

A    So I'm not sure.

Q    Y'all haven't talked about it?

A    Not like that.

Q    Okay.  I suspect that some, and probably most, of the psychological harm from that night is wrapped up in your friend, Hunter, being shot.  True?

A    Yes.

Q    How do you separate that from the psychological harm that was caused by your alleged unlawful imprisonment by Dep. Rice?

A    How do I -- repeat that.

Q    Yeah.  So you've told me that you suffered psychological harm, and your complaint says it as well, as a result of being unlawfully imprisoned by Dep. Rice; yet you also suffered psychological harm seeing your friend shot and killed in your presence. How do you separate those two?  Or can you?

A    I would say that it's another scared feeling that I got with Rice, like the feeling that I could get shot too, in my mind at the time.

Q    Which is why you complied with all of his commands.  Right?

A    Yes.

Q    Is there anything else you remember about the events in the early morning of June 23, 2021, where Hunter was shot?  Anything about those events that you haven't already told me about that you remember?

A    No.

Q    You've told me -- a lot of your answers have been that you don't remember or you don't know.  And that's fine.  It's two and a half years ago at this point. One of the things I try to do during depositions -- every lawyer tries to do during depositions -- is to get to what you actually do know.  And so what I'm trying to avoid is the circumstance where you get up on the stand at a trial and say, "Well, now I remember

everything."

You would agree with me that your memory of these events was better the closer to the events you are in time. Right?

A    Yes.

Q    Okay.  And so probably first what we ought to go to is your interview by the state police, right, right after this happened?

A    Yes.  Well, that's also an interview that's taken right after it happened too, but --

Q    Sure.

A    -- between them interviews during that time, I would've known more than I know now.

Q    Did you give other interviews other than the one at the scene?

A    Yes.

Q    To who?

A    I think it was a state attorney.  I don't remember his name.

Q    When was that?

A    I'm not sure.  It was during the criminal side of all of it.

Q    Did you testify at the criminal trial?

A    Yes.

Q    Okay.  And you were interviewed by the prosecuting

attorney's office before that. Right?

A    Yes.

Q    Okay. Any other statements or interviews you've given other than to your lawyer? I'm not asking you about what you and your lawyer have talked about.

A    Not that I remember.

Q    Okay.

MR. OWENS: I think that's all I have. Mr. Stevens may have some questions for you. Thank you for your time.

THE WITNESS: Yes, sir.

CROSS-EXAMINATION

BY MR. STEVENS:

Q    All right, Mr. King, my name is Chris Stevens. It's good to meet you this afternoon. I represent Michael Davis in his individual capacity in this case. I'm going to ask you a few questions and kind of follow up on some of the questions Mr. Owens had asked you just a few minutes ago.

So you and Hunter were friends in June of '21. Right?

A    Yes.

Q    How did you guys meet?

A    He's lived down the road from me for as long as I can remember.

MR. JACOB: Just -- loud so she can hear your answer.

THE COURT REPORTER: Can you say that one again?

MR. JACOB: Yeah.

A    He's lived down the road from me for as long as I can remember. It's my -- I got -- my brothers are half-brothers, so it's -- they're family on their side, and so it's -- he's always been like family to me. So the majority of my life, we've been friends.

Q    (By Mr. Stevens) Okay. He -- and he, Hunter, moved in with his grandmother, Grandma Becky. My understanding is he moved in about five years -- around 2016 maybe, like five years before the incident. Does that sound right? Was he living in the area before?

A    I'm -- I'm not 100 percent sure when he moved in.

Q    Okay. What about Landon? Had you been friends with Landon before the incident?

A    Yes.

Q    How long had you known Landon?

A    I think since I was about 13 or 14.

Q    Okay. Did you go to school with either one of those, Hunter or Landon?

A    Hunter --

Q    But not Landon?

A    -- during the last semester of that year.  But no, not Landon.

Q    So you went to -- where was -- what school was that at?

A    Beebe.

Q    Beebe High School?

A    Yeah.

Q    So you just went to high school with -- with Hunter the second semester of the, I guess, 2020/2021 school year?

A    Yeah.  I remember taking our ACTs, or whatever, makeup tests.  We took them on makeup days together. And that was the last time we went until the next year.

Q    Oh, that was the year prior.  So the previous year y'all had gone to school together?

A    Well, the same year it happened, just the months before.

Q    Okay.  Got it.  I think -- so when Ms. Payne was in here earlier, she told us that Hunter went to -- I forget what it's called, but basically --

        MR. JACOB:  CSTP.

        MR. STEVENS:  CSTP?  Thank you.

Q    (By Mr. Stevens) -- at Camp Robinson.

A    Yeah.

Q    Do you remember him going there?

A    Yes.

Q    He -- how long was he there for?

A    I'm not sure.  I want to say it's a six-month program, but --

Q    Okay.

A    -- it might not be that long.

Q    So did he go back to Beebe High School after he left that program?

A    I don't know how soon after, but yes.

Q    Okay.  And at some point, he -- he dropped out of school.  Right?

A    Yeah, before -- in between them times, before that or after that.

Q    Okay.  Do you know why he left school?

A    I do not.

Q    Y'all never talked about it?

A    Not that I remember.

Q    Okay.  Grandma Becky mentioned that Hunter had -- well, he had kind of a rough childhood.  Did Hunter ever talk to you about growing up and his issues with his mom or his dad?

A    Not too much, but I know of it.

Q    What do you know about it?

A    I've just been -- been around the family my whole life, and my family has -- my parents had, too, when

they was younger, with their family.

Q    Do you know about his mom's drug problems?

A    Yeah.

Q    And Ms. Payne talked about how Hunter's mom would -- had various boyfriends that Hunter didn't always get along with.  Do you remember anything like that?

A    No, I do not.  I remember one that he would let ride his motorcycle I'm pretty sure.

MR. JACOB:  You got to speak up so she can hear.  Say that again.

A    So I remember one that he would let ride -- dude would let Hunter ride his motorcycle.  I don't ever remember any of that.

Q    (By Mr. Stevens) That was something Hunter --

A    But I was -- I was --

Q    Yeah.

A    -- so young at the time.  That's when he was a child, so I really don't know too much from -- except for what I've been told.

Q    And Ms. Payne said that you and Hunter would ride four-wheelers together.  That's something y'all did together?

A    Yeah.  Yes.

Q    Whose four-wheeler?  Was it yours?

A    There's -- there's been a bunch we went through. My dad had one.  I've had a bunch.  He had dirt bikes, four-wheelers.  We had all kinds of stuff. Granny Beck's lawnmowers one time.

Q    Would y'all ride them on, like, dirt trails or on the road?

A    I got a -- there's a bunch of trails down the road, and I got a bunch of land, and there's a bunch of trails out by his house too.

Q    So I brought that up.  Ms. Payne said that she -- and she may have been speculating -- but she thinks one of the reasons why she feels that Hunter had kind of authority problems with male figures was because of his mother's relationships with these boyfriends and -- and maybe some other childhood issues.

     Did you ever notice Hunter have any authority problems -- problems with authority?

A    No, not really, but -- no.

Q    She had mentioned that he had gotten into it with a teacher at -- I guess, at Beebe High School and made some sort of threat, and that was kind of the reason why he had left the school.  You don't remember anything like that?

A    I don't remember.

Q    Do you get along with your teachers at the high

school?

A     One of them.

Q     You got along with one of them?  Not --

A     Yeah.

Q     Okay.  All right.  The -- you mentioned earlier that you had done transmission work before.  Had you done it on this -- on Hunter's truck before?

A     Yeah, so them vehicles -- well, not on his truck, but them vehicles, any '99 to '06 Chevy, whether it's a truck or a Tahoe or whatever, they're all the same transmission except the only difference is if it's a two-wheel drive or four-wheel drive.  So I've done a bunch in all them types of vehicles.

Q     Have you done them on other types of vehicles too -- transmissions?

A     Yeah, but not enough where I could do it -- I could it myself with one of them, but with the other ones, not so much.

Q     What kind of -- what kind of vehicle was Hunter's truck?

A     I don't know the exact year, but -- I think it was a '99 actually.  A Chevy 1500 four-wheel drive.

Q     How many vehicles -- well, how many of those types of transmissions have you changed before?

A     I couldn't tell you.  A bunch.  I just changed one

in my ride a couple weeks ago.

Q    Did you know -- how did you get into repair -- vehicle repairs?

A    I can't afford to buy a new one, so I buy a used one.

Q    Out of necessity?

A    Yeah.

Q    When was the first time you did work on a vehicle that you remember?

A    For the most part, it would be hanging out with Landon at his grandpa's shop and just working on stuff, working on his vehicles, then other people's vehicles, now my vehicles.

Q    How many employees was -- would work at that shop?

A    Like three or four.

Q    Three or four at a time?

A    Yeah.

Q    Would that be -- would they be all related to Landon?

A    For the most part, yeah.  The main three of them are, yeah.

Q    Okay.  So you'd go over there sometimes and just help out?

A    Yeah.

Q    Did you ever get paid to do that?

A    I've -- I've bought a vehicle off of him -- off his grandpa and was some money short, and he let me work it off.  And then he's let us haul off, like, scrap and stuff around there, stuff he wanted to get rid of.

Q    How long had Hunter had this truck before the incident on -- in June of '21?

A    I'm not sure.

Q    Do you know where he got it from?

A    I do not.

Q    Had it ever worked?

A    Yes.

Q    So it wasn't like he bought it with the transmission already bad?

A    No, he just bought it and ragged it out --

Q    Okay.

A    -- tore it up.

Q    I may have asked you this already.  I'm sorry. But you said you had done some transmission work on it before?  Like this wasn't the first time you had done the transmission work?

A    On his truck?

Q    Um-hum.  On -- on Hunter's, yeah.

A    Not on Hunter's truck, no.

Q    Oh, okay.  This is the first time --

A    But it's the same type of vehicles.

Q    Yeah.

A    But, yeah, not specifically on that truck.

Q    Okay.  How did you know that -- did Hunter invite you over to come over and help him fix the truck?

A    No.  It was more of hanging out.  We lived right down the road, so really it was just I'd show up at his house, or he'd show up to my house.

But me, him, and Landon was hanging out days prior to -- to that.  And then Hunter had -- Hunter hisself had already bought a transmission and put it in at somebody else's house, and it was bad.  So then we ended up finding another one, and that's when we went and changed it.  We ended up finding another vehicle that was supposed to have a good one, but it ended up being bad too once we put it in.

Q    Put it into Hunter's truck?

A    Yeah.

Q    Oh, okay.  When did y'all do that?

A    That was the night --

Q    That was the same night.

A    Yeah, that was the same night.

Q    Okay.  Did you remember Hunter working at Hundley --

A    Yes.

Q    -- Construction or Hundley Homes, something like that?

A    Yeah.

Q    Okay.  How -- and then that was in -- where was that?  Where did he go to work?

A    He works all over, but around El Paso.

Q    Okay.  How would he get to work?

A    He was taking that truck at the time.

Q    How would he get to work when he didn't have a truck?  Just --

A    I don't remember.

Q    Okay.

A    I'm not sure if he was working then or not.

Q    Okay.  All right.  So let me go forward to the night -- the evening of June 22nd.  Y'all are at Mahoney's Body Shop working on Landon's truck.  You get -- you get the transmission in.  And it's about 3:00 a.m.  Right?  And you guys go out to test drive it.

A    Yeah.  I don't know exactly what time it was, but we went out to test drive it.

Q    Okay.  Did you see any other cars on the road at the time?

A    No.  I don't remember seeing any vehicles except for the cop on the way back.

Q    Okay.  The complaint mentions that when you're driving, you pass the officer, and then you notice that he pulls in -- pulls out onto the road and starts following you.  Right?

A    Yes.  We went down the road, turned around, then come back through, and then he got behind us.

Q    And you mentioned that the vehicle started smoking.

A    Yes.

Q    And y'all are kind of laughing about that because it's kind of a funny situation, obviously.

A    Well, that makes me kind of remember that now. But, yeah, I do remember looking over and seeing him laughing.

Q    Were y'all -- so before the officer had turned his lights on, were y'all concerned that the officer was following you?

A    Well, we just -- we knew we was going to get pulled over, maybe get a ticket or something, but -- or hopefully get out of it because we're just right down the road trying to test drive it, but wasn't nothing you can do at that point but get pulled over.

Q    Yeah.  Do you remember talking about that at all in the car?

A    I remember there being a conversation, but I'm not

completely sure what was said.

Q   Okay.  Yeah.  Okay, so I'm not going to go through the details of the shooting incident with you again. But my question, though -- I still don't quite understand this.  So you -- the truck pulls in, and it doesn't go into park.  Right?  So you know the truck's not in park and it may start rolling.  Are you on like an incline or something?

A   Yeah, so the driveway -- there's two driveways, and the second one, it's gravel, but then it jumps up to asphalt.

Q   Okay.

A   And I believe his front tires were on the asphalt, so it was kind of at an incline.

Q   Okay.  So closer up to the shop is the asphalt, and then further towards the road is the -- it's like a gravel driveway?

A   Yes.

Q   So you pull in.  How close is the officer behind the truck?

A   He was --

Q   The officer's vehicle.  Sorry.

A   -- he was -- I mean, he was pretty close because -- I don't know exactly -- because he hit his lights as we're turning in, and we go ahead and turn in, so he's

following like right behind us.

Q    Um-hum.  Do you notice the truck -- your -- Hunter's truck rolling backwards?

A    Well, there was a gunshot by the time that happened --

Q    Okay.

A    -- before I even had time to react to any of it, because I was stepping out as -- at the same time.

Q    Okay.  Yeah, so my question -- and I guess I didn't understand -- quite understand the reasoning -- is:  Why does Hunter jump out of the car immediately?

A    To put that -- something to stop the tire to keep -- keep it from coming back, because if there's slack in the cable, it's not going to go -- it's a cable that pulls this -- this little thing back and forth --

Q    Um-hum.

A    -- and the farther it goes back, it goes in drive. If there's slack in it, it won't push all the way back up.  It'll go down, but it won't go back up.

Q    Um-hum.

A    So it'll just -- it wouldn't go back up.

Q    And why do you jump out of the truck?

A    I'm not completely sure what I was -- what was in my mind at the moment.

Q    Okay.

A    But I was stepping out.

Q    Do you remember seeing Hunter reaching into the back of the truck?

A    No.

Q    Okay.  And I think you said you never saw -- while you were in the cab anyway -- never saw the blue jug that he had grabbed.

A    No.  But there was a -- I know there was a bunch of them because -- and just -- just down the road before we'd turned around, we had jumped out because he was going to check the transmission fluid to make sure it was right, and I jumped in the back of the truck, grabbed a coolant jug, and put it behind the tire so it wouldn't roll.

Q    Okay.  And where did you put it?  Did you -- are you the one that put the jug back in the truck?

A    I don't remember if I put it back in the truck or left it on the ground.  Honestly, I don't remember. But that's when we turned around and went back through.

Q    That was the same jug, though?

A    No.

Q    Oh, okay.

A    Well -- no.  I'm not sure.  There was a bunch of coolant jugs back there.  But it was on the passenger side, so I assume not.

Q    Okay.  And you don't remember the officer saying anything before the shot?

A    No.

Q    Okay.  Did -- other than today, has -- did anyone ever ask you why you got out of the truck?

A    I believe so.  I believe every time I've been interviewed, I've been asked that.

Q    Okay.  Did you ever say anything different than you said today about why?

A    I -- I think in my head that I have, yes, but I'm not sure what I've said --

Q    Okay.

A    -- considering how long it's been.

Q    You mentioned -- earlier Mr. Owens had asked you about another incident in which you had been pulled over and you got out of the car right away.

A    Yeah.

Q    I think you -- tell me about that incident real quick.

A    Well, I was coming down my road.  I -- I don't know if I was driving or not.  I want to say I was driving.  But a cop's following me, but he didn't hit his blue lights, but -- I don't think so -- but he followed me up my driveway, and then I step out the driveway and walk towards him to see.

Q    Did he ticket you?

A    No.  He was just asking about something.

Q    Like something you're in trouble for?  Or he just --

A    Not me.  Just somebody around.

Q    Oh, okay.  Now, you were at the -- Ms. Payne mentioned earlier there were various protests at the sheriff's office or there in town.  And you showed up to some of those.  Right?

A    Yeah.  I believe I was at all of them.

Q    Okay.  And you testified at the criminal trial?

A    Yes.

Q    You weren't in the -- you didn't witness the criminal trial other than the time you -- when you testified.  Right?  I mean, were you excluded from the courtroom for most of it?

A    Yeah, I think so.  I think I had to sit outside.

Q    Okay.  Were you there when the jury came back with the verdict?

A    Yes.

Q    Were you surprised at all by the verdict?

A    Yes.

Q    Why?

A    Because I didn't feel that it was right to me because there was -- the officer didn't say anything

before he shot.  Because anybody in their right mind is going to stop doing what they're doing if a cop's pointing a gun at them and telling them to stop.  So with me knowing that in my head, it's not right to me because I know he didn't say nothing.  So that's why.

Q    Yeah.  You didn't know Ofc. Davis before that evening.  Right?

A    No.

Q    And you don't know that -- you don't think Hunter knew Ofc. Davis before that incident.  Right?

A    No.

Q    You don't think Ofc. Davis just had it out for you guys, do you?

A    I don't think that, no.

Q    Do you think that, I mean -- well, scratch that.

      Ms. Payne told us earlier that she and Hunter's uncles and dad, I think, came to your house later that day on June 23rd.

A    Yeah.

Q    Do you remember them coming over?

A    Yeah.

Q    Do you remember what y'all talked about?

A    They was just all wanting to know what happened, and I told them all what happened.

Q    Do you know how long y'all talked?

A    Not -- not too long.  We all ended up going down to Granny Beck's, and that started all the protests and stuff, I think, from that day on.

Q    Okay.  Had you ever been arrested before June 23, 2021?

A    No.

Q    Okay.  What about after?

A    Yes.  I have once.

Q    Was that the time you were -- did that lead to that court-ordered counseling you were talking about earlier?

A    No.  That was just something from when I was a juvenile.  But I had some fines I didn't pay, and I had a warrant for them, and I got pulled over.  That's the only time I've ever been arrested.

Q    Oh, okay.  Who -- what law enforcement --

A    Beebe.

Q    -- pulled you over?

     Beebe Police Department?

A    Yes.

Q    You were driving down the street, and they pulled you over with an outstanding warrant?

A    Well, they pulled me over for unverified insurance, but then I had a warrant; they took me to jail.

Q    Did they turn on the blue lights to pull you over?

A    Yes.

Q    You didn't get out of the car that time.  Right?

A    No.

Q    And the -- I guess the last issue I want to talk about was the -- that court-ordered counseling.  I don't know if you told us what that was about.  Was that this year?

A    No.  That was right after it happened.  I don't know how long after it happened, but I had spray-painted "Justice for Hunter" on the water tower.

Q    Okay.  There in --

A    But I didn't get arrested or nothing.  They just -- well, the cops took me home -- or took me back to where I was at, then they just ended up charging me later on.

Q    Who charged you?

A    I'm not sure.

Q    Okay.

            MR. STEVENS:  Okay.  All right.
        Appreciate it.

            MR. JACOB:  I have a couple follow-up
        questions.  Okay?

                CROSS-EXAMINATION

BY MR. JACOB:

Q    First of all, the incident happened June of '21.
Okay.  The lawsuit was filed in June of '22.  Am I
correct that when the lawsuit was filed, you were still
a minor?

A    Yes.

Q    And, in fact, your dad was the plaintiff at that
time in your shoes.  Correct?

A    Yes.

Q    All right.  And do you know whether your dad
reviewed the complaint before it was filed?  Meaning
the lawsuit.  We call them a complaint.

A    That he reviewed it?

Q    Yes.

A    I'm not sure.

Q    Okay.  Do you remember him, though, discussing the
facts with you and checking with you to make sure
things were correct?

A    No.  I really don't --

Q    You just don't --

A    -- know much information about any of this at
all --

Q    Okay.  So --

A    -- except for --

Q    -- you don't remember?

A    No.

Q    Okay.  And so, therefore, since you were a minor, it wasn't you who was reviewing the complaint?

A    Yes, sir.

Q    Okay.  You're not a lawyer.  Correct?

A    I'm not.

Q    No legal training.  Correct?

A    No.

Q    So if we give you the term "false imprisonment," for instance, you wouldn't be able to tell me legally what constitutes false imprisonment?

A    Right.

Q    And, in fact, you're relying on your legal counsel to decide what claims would be appropriate to bring. Correct?

A    Yes, sir.

Q    And you're relying on your counsel to investigate the facts to determine whether the facts actually were lawful or unlawful.  Correct?

A    Yes, sir.

Q    All right.  So when you were asked by opposing counsel about, you know, false imprisonment, you were not giving a legal definition or trying to apply a legal definition to the facts.  You were just simply telling him what happened.  Correct?

A    Yes.

Q    All right.  Now, I will tell you that there's more than just that one claim in here that your dad asserted on your behalf.  There was the unlawful imprisonment. That was for being placed in the vehicle and not released when you should have been.

     But in addition, there's a claim called assault, and that was brought for basically being in the area when -- when, you know, a gun is being fired and putting you in fear.

     Do you recall ever feeling fear at the scene?

A    Yes.

Q    And, I mean, tell me -- tell me a little bit about what it felt like -- and I'm sorry; this is going to be difficult -- but tell me what you were thinking and feeling while you're sitting in the vehicle knowing that Hunter -- when I say "vehicle," your truck -- Hunter's truck -- knowing that Hunter's on the ground hurt?

A    At the time, really it was just a lot of mixed thoughts, and I was really just hoping nothing bad happened.  But obviously, I got that feeling, and then he's not moving, not saying nothing.  Just a lot of shock and fear in the moment and lot of mixed thoughts, but.

Q    And did you know why that gunshot had rung out?

A    I had no idea.

Q    And did you know whether you were going to be next?

A    I did not.

Q    Did you know why you were being yelled at, at that time?

A    I did not.

Q    And, in fact, after the gunshot rang out, am I correct you were told to stay in the vehicle?

A    Yeah.  They told me to stay in the vehicle and then had me step out.  And at some point, if I remember correctly, I think I was facing the other way, but I reached down to pull my shirt up, and that's when he started yelling loud because I think I just reached down too fast or something, you know.

Q    Before any other officer got there -- so it's just the -- at that point you didn't know it was Davis, but we'll call him "the shooter."  The shooter's there.  Hunter is on the ground.  And am I correct, the shooter is yelling things at you as well at that point?

A    I'm not 100 percent sure, but I believe so.

Q    Am I correct there's a period of time where you're sitting in the truck before you're ordered out of the truck?  You just don't know what's going to happen to you?

A    Yeah.  I was just sitting there, and then I'm pretty sure I had my hands out of the top of the door.

Q    Okay.  But one thing you knew, am I correct, is that neither you nor Hunter did anything unlawful?

A    Yes.

Q    All right.  Do you believe that it was wrong of Davis to kill Hunter in front of you?

A    I believe it was wrong, yes.  I believe it was wrong to kill him in general because there was no weapon.

Q    Correct.  But what I'm saying is, putting aside whether it was -- I guess I'm asking you to -- how this impacted you.  Meaning the fact that Hunter was unlawfully killed in front of you, did that impact you?

A    Yeah.

Q    And the --

A    Even --

Q    Sorry.  Go ahead.

A    -- even more than what it already was.

Q    Okay.  And the fact that you were also placed in the back of a vehicle for as long as you were back there, did that impact you?

A    Yes.

Q    And would you agree with me, though, that, at least the part where Rice shows up on scene and orders

you out of the vehicle, you're not really complaining about that piece, are you?  Because Rice didn't know what was going on.

A    Yeah, not so much, because I understand his side of it too.

Q    But what you are complaining about is that Rice never set you free after it was determined that this was basically a bad shoot.  Correct?

A    Yes.

Q    All right.  And again, this is not going to be easy to talk about, but in talking with your father, it was -- and in preparing the complaint, I had come into information that when you turned to see Hunter, you actually saw him like the second before he hit the ground.  Do you remember that?

A    I believe so.  That's kind of something I try not to remember, but I know 100 percent I saw he was just laying on the ground not saying nothing.  And I -- also I heard some sound, like gasping for breath or letting air out.  I don't know.

Q    It sounded like Hunter was struggling to breath?

MR. OWENS:  Object to form.

A    It sounded -- yeah, just a loud -- I don't know how to explain it.

Q    (By Mr. Jacob) Okay.  Was that scary to hear?

A    Yeah.

Q    Did you want to go to your friend to help him?

A    I -- I can't say I was thinking that at the time. I was really just in shock he's not moving.

Q    Just terrified?

A    Yes.

Q    Okay.  Now, once you're in the back of the vehicle, now, tell me, can you -- what can you see as far as Hunter from the back of the police vehicle?

A    I could see everything, the vehicle -- I could -- I could see everything.

Q    And when you say "everything," what do you mean?

A    When they was doing whatever, helping and doing CPR or whatever, helping him, everything right there. There was people standing over him.

Q    Do you remember seeing people who looked like ambulance people?

A    I'm not completely sure on that one.

Q    Okay.  But you remember --

A    I remember the ambulance being there, though.

Q    You remember an ambulance being there; you're just not sure the people standing by Hunter were ambulance people?

A    Yeah.  Because I think the people at -- I think it was the police at first trying to help him, and then

the ambulance come.

Q   And you said, "doing CPR."  Is that -- what you saw you believed to be CPR?

A   Yeah.

Q   Okay.  Did you --

A   Not necessarily.  I don't know what they was doing, I guess, but I seen them standing over him.

Q   Was that -- how'd that make you feel seeing them do CPR on your friend?

A   I don't know.  I was really just praying that he only got shot in the stomach or something that wouldn't kill him, you know, because I didn't know at the time.

Q   At what point did you know that Hunter had actually been shot?

A   I'd say when I knew he actually had been shot would've been when I was in the back of the police car, because I heard a gunshot, and I know he's laying there on the ground, but I can't say that, oh, I knew that he got shot, because I didn't know what was going on until I seen it.

Q   Until you'd seen what?

A   Like, sitting in the back of the cop car and them rolling him over and everything.

Q   Okay.  Did you see -- and again, this is difficult, I know -- but did you see any blood?

A    I seen blood running, yes.

Q    I'm sorry?

A    I seen blood running, yes.

Q    And was it a lot?  A little?

A    It -- it wasn't a little.  There was still -- you know, all the blood and everything was still there after.  There was a puddle in the gravel.

Q    Okay.  And from the back of the police car, what could you hear?

A    I couldn't really hear much of what was going on, but there -- there was really a lot going on.  Really mainly it was Michael Davis crying at the back of the car I was in and them talking to him while they were working on -- while they were trying to help him, there was people over here talking to him.

Q    And did you know why he was crying?

A    Yeah, because he was -- yeah.

Q    And --

A    He was crying and saying, "It was just a kid," and stuff like that.

Q    And did you understand what he was saying was that he had just shot a kid?

A    Yes.

Q    And that he was upset about it?

A    Yes.

Q    And when you heard that he had just shot a kid, did you understand that kid to be Hunter?

A    Yes.

Q    And how did that make you feel?

A    I still was really kind of in denial of it because I wanted to hope for the best.  Because even the -- the officers, they was just telling me he was in critical condition, that they don't know, until Landon's mom told me.

Q    At any point in time while you're in the back of the police car, did it become -- did you observe that it became clear that Hunter had not been armed?

A    That -- repeat that.

Q    Yeah.  At any point in time while you're in the back of the police car, did you observe or hear anything that indicated that the officers understood that Hunter had not been armed?

A    Well, Michael Davis was crying.  I think he was saying, "It was just a jug" or something or "just a can."

Q    And that --

A    Something like that.  But he knew it wasn't a weapon.  He was saying it was just something --

Q    So you -- from what you heard, you concluded that Davis understood that he had shot a kid who did not

have a gun?

A      Yes.

Q      And that was shortly after the shooting.  Correct?

A      Yes.

Q      And at that point, you were not released from the vehicle.  Correct?

A      Correct.

Q      And, in fact, you sat for another few hours. Correct?

A      Yes.

Q      How did it feel to be in handcuffs?

A      Not good.  I felt like -- that felt wrong because I did nothing in this situation, and I'm just sitting in the back of the vehicle with handcuffs just for being there.

Q      I'm going to go through a few emotions, and I want you to say yes or no if you would say that it describes it.  Some of them may seem silly.

       But did you feel happy?

A      No.

Q      Did you feel angry?

A      Yes.

Q      Did you feel sad?

A      Yes.

Q      Did you feel excited?

A    No.

Q    Did you feel embarrassed?

A    No.

Q    Did you feel humiliated sitting in the back of the car?

A    Yes.

Q    Were people looking at you in the back of the car?

A    Not that I'd seen, except for maybe the police.

Q    Okay.  And did any of them tell you why you were still in the vehicle?

A    No.

Q    And did any of them check on you to see if you were okay?

A    I -- I believe I was checked on a couple times.

Q    Okay.  And do you know which department those police officers were with?

A    No.  But I know the state troopers were more, like, checking on me more than what Lonoke County was.

Q    Okay.  And it was the state police that finally set you free.  Correct?

A    I believe so.  They either did, or they told one of them to do it.  But when they got here and -- got there and was ready to interview me, they took me out of the handcuffs and interviewed me.

Q    Am I correct once the state police got there, you

were released from handcuffs pretty shortly thereafter?

A    Yeah, I believe so.

Q    Okay.  So somebody in the state police realized it's time to get you out of the handcuffs?

A    Yes.

Q    All right.  And they didn't take very long for that to happen after the state police arrived?

A    Correct.

Q    All right.

THE WITNESS:  Can I use the bathroom real quick?

MR. JACOB:  Yes, absolutely.

MR. OWENS:  Of course.

(Whereupon, a recess was taken, after which the proceedings continued as follows, to-wit:)

BY MR. JACOB:

Q    Now, you were asked by Attorney Owens a hypothetical about what you could have done or would have done if you were released earlier from handcuffs.  Do you remember that?

A    Yes.

Q    Tell me a little bit about the property you were on.  Am I correct there's the shop that was in front of the truck?

A    Yes.

Q    And then to the right, am I correct, there is a driveway that goes back to Landon's grandparent's house?

A    Yes.  There's the -- there's the front shop, there's a back shop, and then to the right there's the driveway and then their home.

Q    Okay.  And you were friendly with Landon's family. Correct?

A    Yes.

Q    So had you been released from handcuffs, is there any reason you wouldn't have gone to Landon's family right up the road?

A    No, that's where I went after I was released -- was walked over there.

Q    Okay.  So you walked over there after handcuffs, and you would've gone to the same place had you been released earlier.  Correct?

A    Yes.

Q    All right.  Did Dep. Rice ever check on you once he put you in the back of the vehicle?

A    Not that I remember, but I do remember somebody checking on me, so I'm not sure if it was him.

Q    Okay.  But Dep. Rice never came back to release you from custody?

A    I don't believe so.

Q    So when you were put in handcuffs, did you believe you were his prisoner?

A    Yes, at the time.

Q    And at no point did your captor release you. Correct?

A    Correct.

Q    You mentioned how this was life-changing, and I'm sure it was. Tell me about just the year after this happened. How did it impact you?

A    I feel like it put me in a rut. So, I mean, like, it set me back in life, like put me down in the hole that it's hard to get out of when you're so young and not even understanding the emotions that are -- that I'm experiencing and stuff. It's like I don't even fully understand myself yet, so it's hard to deal with. It just puts you -- puts you in the hole. I don't know.

Q    And am I correct when you got arrested or taken into custody for painting on the water tower, you were painting on the water tower because of this incident?

A    Yes.

Q    And apparently the police or the court recognized that you weren't doing it as a criminal matter, but as something you needed therapy for. Correct?

A    Yes.

Q    And -- and you did go to therapy for it?

A    Yes.

Q    Okay.  Did it impact any of your relationships with friends?  When I say "it," I mean the whole fact that Hunter was killed and --

A    Yes.  With me, it's almost, like, made me numb for a while, not wanting to talk to people, and not communicating well.  So the only people I really hang out with would be my close friends like Landon and everything for a while.

Q    So you stopped socializing?

A    Yeah.

Q    Did your sleep change?

A    After it happened, I didn't sleep for days.  And then when I could go to sleep, I wouldn't sleep for long.  It was hard for me to sleep.

Q    Did you sleep in the same place?  Meaning your bedroom.

A    No.

Q    Or did you end up sleeping in other places, like a -- did you sleep in a parent's room?

A    No.  I'd just -- I'd sleep in my bedroom if I was home, but --

Q    Okay.

A    -- I'd usually be trying to do something to keep my mind off things, hanging out with Landon or something.

Q    Sometimes when we experience extreme emotional distress, it comes out physically too.  So I'm going to ask you about that.

At any point in time, did you end up with headaches because of this?

A    Yes.

Q    Did you ever end up with a stomachache because of this?

MR. OWENS:  Object to form.

A    I'm not sure.

Q    (By Mr. Jacob) Did you ever feel nauseous after this?

A    Yes.

Q    Did you ever have -- well, I think you've said it. You -- I mean, it caused you to cry.  Correct?

A    Yes.

Q    Did it cause you to lose weight or gain weight?

MR. OWENS:  Object to form.

A    I'd say lose weight at the time, because I couldn't -- I couldn't eat anything.  It made me feel sick to try to eat something.

Q    (By Mr. Jacob) So you felt physically ill?

A    Yes.

Q    And you believe that was because of everything emotionally that was happening to you?

A    Yes.

Q    Okay.  And you dropped out of school because of this, didn't you?

A    Yes.

Q    And only now, years later, are you -- are you trying to catch back up.  Correct?

A    Yes.

Q    Has it changed your path?  Other than delaying school, did you have a different future that you had planned before the shooting that you have now?

A    Not -- it definitely would've went a different way, but I can't say I know what I was going to do at the time.

Q    I see.  But --

A    But I wanted to get out of school and pursue something.

Q    So the one thing you do know is, but for the shooting, you wouldn't have dropped out of school and had this two-year delay?

A    Yes, sir.

Q    How, today as you sit here, has this affected you?

A    Today?

Q    Yeah.

A    Yes.

Q    And, in fact, am I correct, earlier during the deposition, you broke down and cried, and -- and we took a break.  Correct?

A    Yes, sir.

Q    So this is still impacting you now, today, in February of '24, and it happened back in June of '21.  Correct?

A    Yes, sir.

Q    Okay.

              MR. JACOB:  I have no further questions.

              Anybody else?

              MR. STEVENS:  Yeah.  I got a couple.

              Jason, do you?

              MR. OWENS:  Go ahead.

              MR. STEVENS:  Okay.

              FURTHER CROSS-EXAMINATION

BY MR. STEVENS

Q    So earlier you testified about you hear the gunshot, and you stayed back in the truck.  Right?

A    I hear -- I heard the gunshot, and I was still stepping out at the time, so I remember having my foot out, but then at some point -- at some point, I think -- I believe I got back in the vehicle --

Q    Okay.

A    -- with my hands up out of the top of the door.

Q    Was the door -- did you close the door?

A    From the part I remember, the door wasn't closed, because I could still reach my hands through the top of it, but it was, like, up against me.  It was almost closed.

Q    Okay.  So you got back in the vehicle and closed the door, but not all the way?

A    Yeah.  Well -- yeah.

Q    Okay.  Did you see Ofc. Davis at that time?

A    No.

Q    Okay.  So you didn't turn around in the truck to look to see where he was?

A    Not that I remember.

Q    Okay.  Did you see Ofc. Davis between the time of the gunshot and when Ofc. Rice pulled you out of the vehicle --

A    I --

Q    -- or told you to get out of the vehicle?

A    -- I believe I seen him as I was getting arrested over there.

Q    Okay.

A    But I -- definitely when I seen him was when I was in the back of the cop car and he was on the back of

the truck hisself crying and stuff.

Q    Okay.  Did you ever see Ofc. Davis with a gun drawn?

A    No.

Q    Okay.

MR. STEVENS:  That's all I have.

MR. OWENS:  Nothing further from me.  Thank you for your time.

MR. JACOB:  You are done.

(Thereupon the proceedings concluded at 3:27 p.m.)

C E R T I F I C A T E

STATE OF ARKANSAS       )
                        )SS
COUNTY OF FAULKNER      )


     I, Amy Waid, Certified Court Reporter for the State of Arkansas, do hereby certify as follows:


     (1) that on February 21, 2024, the witness, JORDAN KING, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein;

     (2) that the foregoing pages contain and are a true and correct transcription of the proceedings as reported verbatim by me via stenographic method to the best of my ability and transcribed and reduced to typewriting by myself or under my direction and supervision, and subject to appropriate changes submitted by witness, if any, during his/her requested reading and signing of this deposition according to the Federal/Arkansas Rules of Civil Procedure;

     (3) that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and that I am not a relative or employee of any attorney employed by the parties hereto;

(4) that I am not financially or otherwise interested in the outcome of this action that affects or has substantial tendency to affect impartiality or requires me to relinquish control of an original or copies of a deposition transcript before it is certified, or that requires me to provide any service not made available to all parties to the action; and

(5) that I have no contract with the parties, attorneys, or persons with an interest in the action; and that I am not knowingly identified on a preferred provider list, whether written or oral, for any litigant, insurance company, or third-party administrator involved in this matter.

This transcript is prepared at request of Jason Owens, and all fees are billed directly to Owens Law Firm, in compliance with Arkansas Board of Court Reporter Examiners Regulations Section 19.

Witness my hand and seal this 10th day of March, 2024.

_____
AMY WAID
AR CERTIFIED COURT REPORTER #853



MR. JACOB: [26]  7/3 7/23 12/18
 12/20 22/22 34/24 36/20 42/7 42/12
 42/19 42/25 43/11 44/18 44/21 48/6
 48/9 48/18 51/9 56/1 56/5 57/21
 59/10 74/22 87/12 93/12 95/9
MR. OWENS: [14]  7/6 12/22 36/15
 42/10 44/20 48/13 48/16 55/8 80/22
 87/13 91/12 91/21 93/16 95/7
MR. STEVENS: [5]  57/22 74/20 93/14
 93/17 95/6
THE COURT REPORTER: [1]  56/3
THE WITNESS: [10]  12/19 22/24
 42/11 42/23 43/1 48/8 48/12 48/14
 55/11 87/10

'

'06 [1]  61/9
'21 [8]  30/4 31/7 31/8 52/3 55/20 63/7
 75/1 93/8
'22 [1]  75/2
'24 [1]  93/8
'99 [2]  61/9 61/22

1

10 [1]  46/7
100 [8]  10/6 10/20 13/15 32/2 50/19
 56/16 78/21 80/17
100 percent [1]  35/2
10385 [1]  1/24
10th [1]  97/19
13 [1]  56/21
1312 [2]  1/17 2/9
14 [3]  44/2 46/25 56/21
144 [1]  44/1
15 [4]  44/4 44/6 44/9 44/15
1500 [1]  61/22
16 [3]  29/13 29/14 52/2
17055 [1]  2/5
18 [3]  5/23 5/24 21/12
19 [1]  97/17
1983 [1]  47/2
1:04 [2]  1/15 4/7

2

20 [3]  17/19 19/13 20/20
2016 [1]  56/14
2020/2021 [1]  57/9
2021 [5]  8/14 8/18 53/14 57/9 73/5
2024 [4]  1/15 4/6 96/8 97/19
205 [1]  2/13
21 [2]  1/15 96/8
21st [1]  4/5
22nd [4]  8/14 8/17 8/18 65/15
23 [2]  53/14 73/4
23rd [2]  8/23 72/18

3

30 [1]  45/8
30 minutes [1]  31/13
3700 [1]  2/13
385 [2]  6/6 31/6
3:00 a.m [1]  65/18
3:27 [1]  95/11
3:47 [1]  1/15

4

42 [1]  47/2
4:22-cv-0588-KGB [1]  1/7

5

55 [1]  3/7
5:00 [2]  41/8 41/10

7

72034 [3]  1/18 1/24 2/9
72202 [1]  2/13
74 [1]  3/8

8

837 [1]  2/5
853 [3]  1/23 4/7 97/22
89 [1]  10/14

9

93 [1]  3/9
95 [1]  3/10
96 [1]  3/11
98 [1]  46/24
9th [1]  5/25

A

a.m [1]  65/18
ability [1]  96/15
able [3]  20/17 44/25 76/9
about [64]  5/20 8/11 11/11 12/13 15/1
 16/19 17/18 17/19 19/6 19/13 21/7
 21/9 21/15 24/9 24/16 28/2 28/19
 31/5 31/12 41/14 48/6 48/9 49/19
 50/4 52/7 52/9 52/16 53/13 53/15
 53/16 55/5 55/5 56/13 56/17 56/21
 58/16 58/20 58/23 59/2 59/4 65/17
 66/10 66/23 70/9 70/15 70/18 71/2
 72/22 73/7 73/10 74/6 74/7 75/20
 76/21 77/12 80/2 80/6 80/11 83/24
 87/19 87/23 89/9 91/6 93/20
above [2]  4/5 19/13
above-styled [1]  4/5
absolutely [1]  87/12
according [1]  96/19
accuse [3]  42/5 43/9 43/14
accused [1]  43/15
acquired [1]  15/4
action [4]  96/22 97/2 97/7 97/9
ACTs [1]  57/11
actually [7]  49/24 53/23 61/22 76/17
 80/14 82/14 82/15
addition [1]  77/6
address [2]  6/5 10/13
administrator [1]  97/13
affect [1]  97/3
affected [1]  92/24
affects [1]  97/2
afford [1]  62/4
after [46]  13/8 13/22 15/13 26/20
 26/22 27/7 28/3 31/19 32/11 32/12
 36/21 37/11 38/24 39/13 39/14 39/14
 40/23 41/9 41/15 44/4 44/6 44/9
 44/15 46/2 49/4 49/6 51/23 54/8
 54/10 58/7 58/9 58/13 73/7 74/9
 74/10 78/8 80/7 83/7 85/3 87/7 87/14
 88/14 88/16 89/9 90/15 91/14
afternoon [4]  8/18 8/23 41/4 55/15
afterwards [1]  27/22
again [8]  9/3 30/15 52/6 56/4 59/11
 67/3 80/10 82/24
against [4]  43/3 43/7 47/2 94/6
ago [4]  51/25 53/20 55/19 62/1
agree [3]  45/15 54/2 79/24
ahead [5]  18/23 42/15 67/25 79/18

93/16
ain't [2]  13/20 22/17
air [1]  80/20
alcohol [1]  12/9
all [57]  5/13 6/3 6/13 8/11 12/21 13/1
 16/9 16/12 16/16 16/18 16/24 17/5
 19/9 19/18 21/14 22/18 22/20 23/13
 37/16 39/14 41/12 46/23 53/10 54/22
 55/8 55/14 60/3 61/5 61/10 61/13
 62/18 65/6 65/14 66/23 68/18 71/10
 71/21 72/23 72/24 73/1 73/2 74/20
 75/1 75/9 75/21 76/20 77/1 79/6
 80/10 83/6 87/6 87/9 88/20 94/9 95/6
 97/7 97/15
alleged [5]  47/8 47/11 49/12 50/6
 52/23
alleging [1]  45/10
allow [1]  51/13
allowed [1]  2/24
almost [3]  24/14 90/7 94/6
along [3]  59/6 60/25 61/3
already [12]  10/21 13/25 15/17 18/23
 20/13 20/13 43/12 53/16 63/14 63/18
 64/11 79/19
also [6]  30/24 45/19 53/4 54/9 79/20
 80/18
always [3]  15/10 56/9 59/6
am [16]  47/21 50/9 75/2 78/8 78/19
 78/22 79/3 86/25 87/24 88/2 89/19
 93/3 96/21 96/23 97/1 97/10
Amanda [1]  6/10
ambulance [6]  36/6 81/17 81/20
 81/21 81/22 82/1
amended [2]  44/1 46/24
Amendment [1]  47/1
AMY [4]  1/23 4/6 96/5 97/21
angry [1]  85/21
another [12]  2/24 15/13 15/17 15/19
 24/19 36/6 39/25 53/7 64/13 64/14
 70/15 85/8
answer [6]  42/8 42/11 42/16 42/24
 49/20 56/2
answers [2]  4/2 53/18
any [54]  6/11 12/7 12/9 12/11 13/9
 14/5 15/9 19/6 21/9 26/3 27/17 31/1
 33/12 33/17 34/23 35/6 36/9 36/17
 39/9 39/25 40/9 45/22 49/4 49/5 49/9
 49/11 49/24 50/1 50/14 50/15 51/16
 51/16 55/3 59/14 60/16 61/9 65/22
 65/24 68/7 75/20 78/16 82/25 84/10
 84/14 86/9 86/12 88/12 90/4 91/7
 96/18 96/22 96/24 97/6 97/11
anybody [2]  72/1 93/13
anyone [2]  6/7 70/4
anything [29]  11/2 11/24 15/1 18/25
 19/16 21/3 21/6 21/9 24/19 25/9
 25/14 25/16 25/17 25/20 25/24 26/5
 27/12 38/2 40/10 53/13 53/15 59/6
 60/23 70/2 70/8 71/25 79/4 84/16
 91/23
anyway [1]  69/6
anywhere [2]  32/8 45/1
apparently [1]  89/23
APPEARANCES [2]  2/1 3/3
apply [1]  76/22
appreciate [2]  36/17 74/21
appropriate [2]  76/13 96/17
approximate [1]  47/3
AR [1]  97/22
are [27]  2/20 2/21 2/22 2/24 5/22 6/9

## A

are... [21]  6/15 6/22 6/24 8/2 21/15 45/13 54/3 56/7 62/21 65/15 66/10 67/7 69/15 80/2 80/6 89/14 92/8 92/8 95/9 96/12 97/15
area [3]  40/2 56/15 77/7
arguing [1]  43/11
ARKANSAS [13]  1/1 1/18 1/24 2/9 2/13 4/4 4/6 10/9 44/3 96/2 96/6 96/20 97/16
armed [2]  84/12 84/17
around [15]  17/9 18/5 19/15 32/17 37/23 50/9 56/13 58/24 63/4 65/6 66/5 69/10 69/19 71/5 94/13
arrest [1]  45/23
arrested [5]  73/4 73/15 74/13 89/19 94/21
arrived [3]  37/12 46/2 87/7
as [56]  1/4 2/20 2/21 5/7 12/5 12/5 14/24 14/24 18/9 18/21 20/9 21/6 22/3 24/14 24/14 24/19 32/18 33/9 36/22 40/20 41/15 41/25 45/18 45/20 46/25 47/3 47/11 47/13 47/13 47/20 47/22 49/12 49/21 49/21 50/5 53/2 53/3 55/24 55/24 56/6 56/6 67/24 68/8 78/20 79/21 79/21 81/8 81/9 87/15 89/24 89/24 92/24 94/21 96/6 96/10 96/13
aside [1]  79/11
ask [4]  8/11 55/17 70/5 91/6
asked [10]  29/8 33/10 34/9 39/8 55/18 63/18 70/7 70/14 76/20 87/18
asking [7]  13/13 33/5 34/20 44/13 55/4 71/2 79/12
asphalt [3]  67/11 67/13 67/15
assault [1]  77/6
asserted [1]  77/2
assume [3]  13/9 20/4 69/25
at [121]
ate [1]  11/12
attention [1]  45/12
attested [1]  96/10
attorney [3]  54/18 87/18 96/24
attorney's [1]  55/1
attorneys [2]  43/6 97/9
attributed [1]  41/18
Audio [1]  2/23
authority [3]  60/13 60/16 60/17
authorized [1]  43/6
available [1]  97/7
avoid [1]  53/24
aware [2]  18/1 39/17
away [5]  26/20 33/3 45/8 45/12 70/16

## B

back [79]  6/18 11/11 14/9 16/4 16/5 17/11 18/5 18/5 20/17 21/25 22/20 23/13 25/5 25/12 26/24 27/7 28/6 28/9 32/17 34/2 34/10 34/14 34/17 35/12 37/1 37/6 37/11 38/4 39/1 42/1 43/21 48/10 49/1 51/22 51/24 52/5 52/6 58/7 65/25 66/6 68/13 68/15 68/17 68/18 68/19 68/21 69/3 69/12 69/16 69/17 69/19 69/24 71/18 74/14 79/21 79/21 81/7 81/9 82/16 82/22 83/8 83/12 84/10 84/15 85/14 86/4 86/7 88/3 88/6 88/21 88/24 89/12 92/9 93/8 93/21 93/25 94/8 94/25 94/25
backing [1]  33/25

backseat [1]  49/5
backwards [1]  68/3
bad [8]  9/8 17/7 20/14 63/14 64/12 64/16 77/20 80/8
basically [3]  57/20 77/7 80/8
bathroom [1]  87/10
bay [1]  13/19
be [36]  2/23 2/24 9/10 10/13 13/12 13/19 16/9 19/18 20/17 22/9 32/19 34/22 35/2 38/7 41/6 41/6 41/20 43/20 47/16 49/1 49/14 49/20 58/6 62/10 62/18 62/18 76/9 76/13 77/13 78/2 80/10 82/3 84/2 85/11 90/10 91/1
became [3]  18/1 39/17 84/12
because [56]  7/10 13/21 14/3 14/12 15/12 17/7 17/24 19/12 19/22 19/22 20/4 20/9 20/12 20/14 23/12 26/20 28/15 28/18 40/18 41/5 43/2 43/19 44/23 45/18 60/13 66/10 66/20 67/23 67/24 68/8 68/13 69/9 69/10 71/24 71/25 72/1 72/5 78/14 79/9 80/2 80/4 81/24 82/12 82/17 82/19 83/17 84/5 84/6 85/12 89/21 91/8 91/10 91/22 92/2 92/5 94/5
Beck [2]  9/7 10/8
Beck's [4]  9/2 9/4 60/4 73/2
Becky [2]  56/12 58/18
become [1]  84/11
bedroom [2]  90/19 90/23
Beebe [7]  6/23 57/5 57/6 58/7 60/20 73/17 73/19
been [45]  5/4 8/10 8/20 11/7 12/2 21/3 29/3 30/5 30/8 30/10 30/16 31/1 32/1 34/3 38/25 39/21 44/5 44/12 44/14 44/14 44/25 51/15 53/18 56/9 56/10 56/17 58/24 58/24 59/20 60/1 60/11 70/6 70/7 70/13 70/15 73/4 73/15 77/5 82/14 82/15 82/16 84/12 84/17 88/11 88/17
before [53]  4/6 5/13 8/20 8/24 8/25 9/6 10/2 10/3 11/3 13/25 14/5 14/15 21/16 27/1 29/3 29/4 29/8 30/4 30/13 30/16 30/22 31/2 31/5 32/21 32/22 32/24 39/21 55/1 56/14 56/15 56/18 57/17 58/12 58/12 61/6 61/7 61/24 63/6 63/20 66/15 68/7 69/10 70/2 72/1 72/6 72/10 73/4 75/10 78/16 78/23 80/14 92/13 97/5
began [1]  14/3
beginning [1]  28/1
behalf [4]  2/3 2/7 2/11 77/3
behind [17]  17/14 18/18 18/20 22/16 25/8 25/13 26/5 28/5 28/8 28/22 34/10 41/25 48/25 66/6 67/19 68/1 69/13
being [17]  9/23 12/18 22/23 34/24 41/17 47/19 52/20 53/3 64/16 66/25 77/4 77/7 77/8 78/5 81/20 81/21 85/15
believe [38]  8/13 9/18 10/1 10/6 10/13 10/19 10/19 18/11 19/11 25/4 27/13 33/3 34/5 35/1 35/22 36/2 38/3 41/8 42/6 42/17 46/1 67/13 70/6 70/6 71/10 78/21 79/6 79/8 79/8 80/16 86/14 86/21 87/2 89/1 89/2 92/2 93/25 94/21
believed [1]  82/3
best [4]  7/4 43/19 84/6 96/15
better [2]  19/20 54/3

between [4]  11/24 54/12 58/12 94/16
bikes [1]  60/2
billed [1]  97/15
bit [5]  14/9 21/24 50/16 77/12 87/23
bits [1]  35/9
blinding [1]  41/20
blocked [1]  36/11
blood [6]  27/19 27/19 82/25 83/1 83/3 83/6
blue [4]  32/8 69/6 70/23 74/1
Board [1]  97/16
body [9]  17/13 18/5 18/16 18/21 18/22 31/10 35/2 35/7 65/16
Both [1]  6/16
bought [4]  63/1 63/13 63/15 64/11
BOX [2]  1/24 2/5
boyfriends [2]  59/5 60/14
brake [4]  23/14 24/2 24/5 25/25
break [7]  23/17 25/12 25/16 36/18 36/18 36/19 93/5
breath [2]  80/19 80/21
briefly [1]  5/13
bring [2]  48/10 76/13
bringing [1]  11/11
BRITTAIN [3]  1/5 8/14 8/19
broke [1]  93/4
brother [1]  8/4
brother's [1]  8/5
brothers [4]  6/11 6/12 56/7 56/8
brought [2]  60/10 77/7
building [1]  8/8
buildings [2]  7/15 8/8
bull [1]  23/4
bullet [1]  26/18
bunch [10]  37/20 60/1 60/2 60/7 60/8 60/8 61/13 61/25 69/8 69/23
burning [2]  41/17 41/18
but [126]
buy [2]  62/4 62/4

## C

cab [7]  27/2 27/7 31/16 32/3 32/9 32/12 69/6
cable [6]  19/2 22/17 23/12 23/25 68/14 68/14
Cabot [1]  10/13
call [4]  9/7 36/15 75/11 78/18
called [3]  39/19 57/20 77/6
Calls [1]  44/18
cam [2]  35/3 35/7
came [6]  25/3 37/22 38/3 71/18 72/17 88/24
Camp [1]  57/23
CAMPBELL [1]  2/12
can [25]  2/23 7/10 17/19 26/25 35/1 35/11 42/9 42/25 43/1 47/9 48/12 48/14 48/22 49/14 53/6 55/25 56/1 56/3 56/7 59/11 66/22 81/8 81/8 84/20 87/10
can't [8]  16/11 28/16 41/5 41/6 62/4 81/3 82/18 92/15
CANTRELL [1]  2/13
capable [1]  45/2
capacity [1]  55/16
CAPTION [2]  3/4 4/1
captor [1]  89/5
car [36]  15/12 18/10 26/25 27/2 29/6 34/2 34/15 34/17 35/13 35/15 36/6 37/2 37/12 38/5 39/2 39/5 39/25 40/20 40/24 43/21 44/6 44/15 49/5

**C**

car... [13] 66/24 68/11 70/16 74/3 82/16 82/22 83/8 83/13 84/11 84/15 86/5 86/7 94/25
care [2] 50/2 50/14
cars [2] 36/11 65/22
case [3] 1/7 19/24 55/16
catch [1] 92/9
catfish [1] 11/13
cause [2] 4/5 91/20
caused [3] 2/23 52/23 91/18
cautioned [1] 5/5
CCR [1] 1/23
CENTRAL [1] 1/2
certainly [2] 15/11 50/1
CERTIFICATE [1] 3/11
certified [4] 4/7 96/5 97/6 97/22
certify [1] 96/6
chains [1] 49/16
change [2] 42/14 90/14
changed [7] 50/7 50/11 51/19 61/24 61/25 64/14 92/11
changes [1] 96/17
changing [1] 89/8
charged [1] 74/17
charging [1] 74/15
check [3] 69/11 86/12 88/20
checked [1] 86/14
checking [3] 75/16 86/18 88/23
Chevy [2] 61/9 61/22
chew [1] 12/15
chewing [1] 12/23
child [2] 52/12 59/19
childhood [2] 58/19 60/15
CHRIS [2] 2/12 55/14
church [3] 18/11 18/13 18/14
circumstance [1] 53/24
Civil [2] 4/4 96/20
civilians [1] 40/1
claim [3] 46/25 77/2 77/6
claims [1] 76/13
classification [1] 6/24
clear [3] 12/20 22/22 84/12
close [4] 67/19 67/23 90/10 94/3
closed [4] 27/15 94/4 94/7 94/8
closer [2] 54/3 67/15
clue [2] 21/5 30/18
CO [1] 1/10
come [17] 21/23 22/16 23/7 23/22 23/23 24/1 24/4 24/7 24/12 25/1 35/22 37/25 39/16 64/5 66/6 80/12 82/1
comes [2] 32/14 91/5
coming [7] 17/11 41/23 41/24 42/1 68/13 70/20 72/20
commands [1] 53/11
communicating [1] 90/9
company [3] 7/16 7/21 97/12
complaining [2] 80/1 80/6
complaint [8] 44/1 46/24 53/2 66/1 75/10 75/11 76/2 80/12
completely [18] 9/20 11/1 11/20 21/1 25/5 28/12 28/16 31/12 33/7 34/13 37/5 37/24 38/11 47/13 50/11 67/1 68/23 81/18
compliance [1] 97/16
complied [1] 53/10
concern [1] 28/19
concerned [1] 66/16
concluded [3] 3/10 84/24 95/10

condition [2] 40/19 84/8
conduct [1] 47/4
consent [1] 2/24
consider [1] 52/11
considering [2] 42/24 70/13
constitutes [1] 76/10
Construction [1] 65/1
contain [1] 96/12
contained [1] 96/11
continued [2] 36/22 87/15
contract [1] 97/8
control [1] 97/4
conversation [3] 34/23 40/9 66/25
conversations [1] 35/6
CONWAY [3] 1/18 1/24 2/9
coolant [3] 28/5 69/13 69/24
cop [5] 34/2 41/16 65/25 82/22 94/25
cop's [2] 70/22 72/2
copies [1] 97/5
cops [3] 37/16 45/19 74/14
correct [45] 5/20 8/15 15/7 19/24 43/4 43/5 43/7 43/10 43/16 49/13 75/3 75/7 75/17 76/4 76/6 76/14 76/18 76/24 78/9 78/19 78/22 79/3 79/11 80/8 85/3 85/6 85/7 85/9 86/20 86/25 87/8 87/24 88/2 88/9 88/18 89/6 89/7 89/19 89/25 91/18 92/9 93/3 93/5 93/9 96/13
correctly [1] 78/12
could [19] 22/9 28/17 28/17 36/5 36/9 36/10 36/12 37/8 46/12 53/8 61/16 61/17 81/10 81/10 81/11 83/9 87/19 90/16 94/5
could've [2] 30/10 45/6
couldn't [7] 19/13 41/21 49/17 61/25 83/10 91/23 91/23
counsel [5] 43/11 76/12 76/16 76/21 96/21
counseling [4] 50/14 51/10 73/10 74/6
counselor [1] 50/22
Count [1] 42/4
County [5] 5/15 37/25 38/19 86/18 96/3
couple [5] 10/1 62/1 74/22 86/14 93/14
course [1] 87/13
court [16] 1/1 4/6 4/7 5/18 7/5 31/4 51/2 51/3 51/4 51/6 73/10 74/6 89/23 96/5 97/16 97/22
court-ordered [3] 51/2 73/10 74/6
courtroom [1] 71/16
CPR [8] 35/20 36/10 36/14 37/2 81/14 82/2 82/3 82/9
cried [1] 93/4
criminal [6] 44/3 54/21 54/23 71/11 71/14 89/24
critical [2] 40/19 84/7
CROSS [6] 3/7 3/8 3/9 55/12 74/24 93/18
CROSS-EXAMINATION [6] 3/7 3/8 3/9 55/12 74/24 93/18
CROWDER [2] 1/5 5/18
cry [1] 91/18
crying [6] 45/20 83/12 83/16 83/19 84/18 95/1
CSTP [2] 57/21 57/22
curfew [1] 21/9
custody [2] 88/25 89/20
cv [1] 1/7

**D**

dad [11] 6/8 39/16 39/17 39/21 46/2 58/21 60/2 72/17 75/6 75/9 77/2
dashes [1] 2/22
DAVIS [16] 1/9 2/11 32/24 45/20 55/16 72/6 72/10 72/12 78/17 79/7 83/12 84/18 84/25 94/11 94/16 95/2
day [9] 4/5 6/21 7/13 8/20 8/25 52/6 72/18 73/3 97/19
daylight [2] 38/7 38/8
days [3] 57/12 64/9 90/15
deal [3] 31/4 45/12 89/16
decide [1] 76/13
Defendant [1] 47/2
defendant's [1] 47/4
defendants [5] 1/10 2/7 2/11 4/3 5/15
definitely [2] 92/14 94/24
definition [2] 76/22 76/23
delay [1] 92/22
delaying [1] 92/11
denial [1] 84/5
Dep [13] 33/1 46/9 46/18 46/22 47/8 47/12 48/20 49/8 49/13 50/6 52/24 88/20 88/24
Dep. [1] 53/4
Dep. Rice [1] 53/4
department [2] 73/19 86/15
deposition [6] 1/13 3/10 9/6 93/4 96/19 97/5
depositions [4] 2/23 4/2 53/21 53/22
deputy [2] 5/16 19/8
described [1] 23/25
describes [1] 85/17
details [1] 67/3
determine [1] 76/17
determined [2] 14/19 80/7
DEVON [1] 2/4
diagnosed [1] 14/19
did [164]
didn't [39] 12/16 20/3 22/4 22/4 26/17 28/9 28/14 31/24 33/15 33/17 38/1 41/3 44/23 45/4 49/9 49/11 49/18 50/1 52/5 59/5 65/9 68/10 70/22 71/13 71/24 71/25 72/5 72/6 73/13 74/3 74/13 78/17 80/2 82/12 82/19 87/6 90/15 92/6 94/13
die [1] 43/23
died [2] 40/17 40/22
difference [1] 61/11
different [3] 70/8 92/12 92/14
difficult [2] 77/14 82/25
difficulties [1] 2/23
dinner [1] 11/24
dip [1] 12/15
direct [3] 3/6 5/8 47/3
direction [2] 51/19 96/16
directly [1] 97/15
dirt [2] 60/2 60/5
discussing [1] 75/15
dispute [1] 35/7
distance [2] 22/10 22/13
distress [1] 91/5
DISTRICT [2] 1/1 1/1
diverted [1] 45/11
DIVISION [1] 1/2
do [109]
Document [2] 44/2 46/25
does [3] 43/13 56/14 68/11
doesn't [2] 43/12 67/6
dog [3] 23/2 23/3 23/3

## D

doing [13] 7/3 15/12 28/3 28/7 28/11 47/23 72/2 72/2 81/13 81/13 82/2 82/7 89/24
don't [88] 10/19 11/2 11/5 11/21 11/24 12/23 15/1 15/3 15/12 16/21 16/22 20/3 20/7 20/7 21/6 23/19 24/16 27/13 28/17 28/18 28/20 28/23 28/25 30/7 30/11 31/5 32/10 35/6 36/19 37/16 38/6 38/15 39/7 40/2 40/13 40/14 42/21 43/1 43/2 43/25 44/22 45/2 45/24 46/4 46/11 46/14 46/15 46/16 48/8 48/15 51/7 53/19 53/19 54/18 58/9 59/13 59/19 60/22 60/24 61/21 65/11 65/20 65/24 67/4 67/24 69/17 69/18 70/1 70/20 70/23 72/9 72/9 72/12 72/14 74/7 74/9 75/18 75/19 75/24 78/24 80/20 80/23 82/6 82/10 84/8 89/1 89/15 89/17
done [19] 14/5 15/23 16/24 35/24 43/24 44/6 44/7 44/11 44/17 44/22 61/6 61/7 61/12 61/14 63/19 63/20 87/19 87/20 95/9
door [15] 13/20 24/24 26/23 35/13 38/1 40/2 40/4 40/5 40/23 79/2 94/2 94/3 94/3 94/4 94/9
doors [1] 13/19
Doug [1] 8/6
down [26] 16/11 17/6 18/4 25/4 25/17 26/10 34/7 34/9 36/2 36/7 50/23 55/24 56/6 60/7 64/7 66/5 66/20 68/19 69/9 70/20 73/1 73/21 78/13 78/15 89/12 93/4
drawn [1] 95/3
drink [1] 12/9
drive [13] 14/16 15/25 16/4 16/11 17/6 45/1 61/12 61/12 61/22 65/18 65/21 66/21 68/17
driven [1] 45/6
driver's [5] 21/7 29/16 29/24 30/1 45/4
driveway [12] 18/24 21/16 21/18 21/23 22/14 30/25 67/9 67/17 70/24 70/25 88/3 88/7
driveways [1] 67/9
driving [14] 17/2 18/9 29/22 30/9 30/10 30/11 41/13 41/15 41/25 45/3 66/2 70/21 70/22 73/21
drop [1] 52/1
dropped [5] 6/18 51/22 58/10 92/5 92/21
dropping [1] 52/9
drug [1] 59/2
drugs [1] 12/11
dude [2] 8/4 59/12
duly [2] 5/5 96/9
during [10] 26/3 34/20 41/5 53/21 53/22 54/12 54/21 57/1 93/3 96/18

## E

each [1] 40/10
earlier [11] 41/4 57/19 61/5 70/14 71/7 72/16 73/11 87/20 88/18 93/3 93/20
early [3] 7/10 8/22 53/14
EASTERN [1] 1/1
easy [1] 80/11
eat [4] 10/5 11/4 91/23 91/24
ed [1] 35/24
effect [1] 38/14

eight [1] 12/5
either [4] 12/15 28/18 56/22 86/21
El [1] 65/6
ellipses [1] 2/21
else [9] 16/1 18/25 19/16 39/2 51/4 51/4 51/6 53/13 93/13
else's [2] 30/5 64/12
embarrassed [1] 86/2
embarrassing [1] 47/14
embarrassment [3] 47/4 47/7 47/10
emergency [1] 23/14
emotional [1] 91/4
emotionally [1] 92/3
emotions [2] 85/16 89/14
employed [2] 96/22 96/24
employee [1] 96/24
employees [1] 62/14
encounter [1] 34/20
encountered [1] 32/22
end [6] 10/25 41/7 42/1 90/21 91/7 91/10
ended [7] 10/11 13/23 64/13 64/14 64/15 73/1 74/15
enforcement [1] 73/16
enough [5] 23/10 24/23 41/20 50/12 61/16
entire [1] 37/7
escort [1] 36/2
ESTATE [1] 1/5
even [13] 13/22 20/17 23/11 23/24 31/24 37/16 50/12 68/7 79/17 79/19 84/6 89/14 89/15
evening [9] 8/13 8/13 8/17 8/18 8/24 9/21 41/4 65/15 72/7
event [8] 8/21 29/3 29/12 30/4 30/16 31/2 32/21 36/25
events [5] 51/15 53/14 53/15 54/3 54/3
ever [25] 17/24 29/3 29/22 31/1 31/4 31/19 32/21 32/24 34/3 45/22 58/20 59/13 60/16 62/25 63/11 70/5 70/8 73/4 73/15 77/10 88/20 91/10 91/14 91/17 95/2
every [3] 37/10 53/22 70/6
everybody's [1] 27/6
everything [18] 15/24 16/5 16/9 35/25 36/12 37/8 47/22 47/22 50/10 54/1 81/10 81/11 81/12 81/14 82/23 83/6 90/11 92/2
exact [2] 38/6 61/21
exactly [6] 2/21 28/10 28/23 44/21 65/20 67/24
EXAMINATION [8] 3/6 3/7 3/8 3/9 5/8 55/12 74/24 93/18
Examiners [1] 97/17
except [6] 47/16 59/19 61/11 65/24 75/23 86/8
excited [1] 85/25
excluded [1] 71/15
exhaust [2] 41/17 41/24
exit [1] 24/13
expect [1] 7/7
experience [1] 91/4
experiencing [1] 89/15
explain [1] 80/24
expose [1] 33/23
express [1] 2/24
Expressly [1] 44/20
extreme [1] 91/4
eyes [1] 27/14

## F

Face [1] 27/10
facing [3] 26/20 33/3 78/12
fact [8] 75/6 76/12 78/8 79/13 79/20 85/8 90/5 93/3
facts [4] 75/16 76/17 76/17 76/23
fair [1] 28/13
fairly [1] 37/19
fall [1] 52/5
false [8] 42/5 43/10 43/15 46/17 46/21 76/8 76/10 76/21
falsely [2] 42/6 42/18
family [7] 56/8 56/9 58/24 58/25 59/1 88/8 88/12
far [7] 8/7 14/24 21/25 31/10 47/13 49/21 81/9
farther [1] 68/17
fast [3] 17/20 19/23 78/15
father [1] 80/11
FAULKNER [1] 96/3
faulty [1] 23/10
fear [3] 77/9 77/10 77/23
FEBRUARY [4] 1/15 4/6 93/8 96/8
federal [2] 5/18 96/20
Federal/Arkansas [1] 96/20
feel [16] 14/10 28/15 43/1 71/24 82/8 84/4 85/11 85/19 85/21 85/23 85/25 86/2 86/4 89/11 91/14 91/23
feeling [6] 47/16 53/7 53/8 77/10 77/15 77/21
feels [1] 60/12
fees [1] 97/15
feet [1] 22/7
felt [5] 38/6 77/13 85/12 85/12 91/25
few [8] 10/24 19/20 22/7 24/17 55/17 55/19 85/8 85/16
figures [1] 60/13
file [1] 43/6
filed [5] 5/18 43/3 75/2 75/3 75/10
fill [1] 16/6
finally [1] 86/19
financially [1] 97/1
finding [2] 64/13 64/14
fine [1] 53/20
fines [1] 73/13
finish [1] 7/9
finished [2] 6/17 51/22
finishing [1] 51/24
fire [1] 26/14
fired [1] 77/8
FIRM [3] 1/17 2/8 97/16
first [10] 5/4 17/21 34/3 48/21 54/6 62/8 63/20 63/25 75/1 81/25
fish [2] 11/12 11/16
five [3] 11/14 56/13 56/14
fix [4] 9/22 9/23 15/11 64/5
fluid [4] 16/6 41/17 41/19 69/11
follow [2] 55/17 74/22
follow-up [1] 74/22
followed [2] 22/4 70/24
following [5] 19/8 66/4 66/17 68/1 70/22
follows [5] 5/7 18/21 36/22 87/15 96/6
foot [8] 24/2 24/5 24/24 25/4 25/6 25/25 26/10 93/23
foregoing [1] 96/12
forever [1] 38/6
forget [1] 57/20
form [3] 80/22 91/12 91/21
forth [1] 68/15

**F**

forward [2]  33/1 65/14
four [8]  17/18 59/22 59/25 60/3 61/12
 61/22 62/15 62/16
four-wheel [2]  61/12 61/22
four-wheeler [1]  59/25
four-wheelers [2]  59/22 60/3
Fourth [1]  47/1
free [6]  38/13 44/10 44/12 44/16 80/7
 86/20
friend [6]  43/19 43/23 52/20 53/5 81/2
 82/9
friendly [1]  88/8
friends [5]  55/20 56/10 56/17 90/5
 90/10
front [10]  13/20 21/20 21/20 22/2
 22/15 67/13 79/7 79/14 87/24 88/5
fully [1]  89/16
functioning [1]  19/1
funny [1]  66/11
FUQUA [1]  2/12
further [5]  3/9 67/16 93/12 93/18 95/7
future [1]  92/12

**G**

gain [1]  91/20
garage [1]  13/9
gasping [1]  80/19
gear [3]  17/19 17/24 23/11
gears [3]  16/8 16/13 17/18
general [1]  79/9
get [42]  13/1 13/4 13/13 15/14 16/24
 19/13 20/17 21/16 21/18 26/8 28/22
 29/6 30/1 30/23 38/1 39/15 43/19
 44/23 49/18 51/13 53/8 53/23 53/24
 59/6 60/25 62/2 62/25 63/4 65/7 65/9
 65/16 65/17 66/18 66/19 66/20 66/22
 74/3 74/13 87/4 89/13 92/18 94/20
gets [1]  24/7
getting [9]  11/4 16/1 24/20 28/21
 28/25 30/22 47/20 51/23 94/21
girls [1]  12/7
give [3]  35/20 54/14 76/8
given [1]  55/4
giving [4]  36/14 37/2 42/14 76/22
GMAIL.COM [1]  1/25
go [48]  6/21 8/7 10/5 12/7 14/1 14/1
 14/13 14/17 16/16 16/25 17/12 17/19
 18/5 22/18 23/7 23/11 23/13 27/1
 28/18 28/22 31/4 42/15 44/10 44/12
 44/16 46/3 50/17 52/5 54/6 56/22
 58/7 62/22 65/5 65/14 65/18 67/2
 67/6 67/25 68/14 68/19 68/19 68/21
 79/18 81/2 85/16 90/2 90/16 93/16
goes [6]  5/17 17/12 52/12 68/17
 68/17 88/3
going [40]  6/22 9/19 11/10 14/12
 14/13 14/17 15/15 16/12 17/21 17/24
 18/2 19/16 19/23 20/18 23/8 24/5
 31/25 36/10 41/21 41/24 50/10 55/17
 57/25 66/18 67/2 68/14 69/11 72/2
 73/1 77/13 78/2 78/24 80/3 80/10
 82/19 83/10 83/11 85/16 91/5 92/15
gone [4]  52/3 57/15 88/12 88/17
good [7]  7/12 16/20 17/17 47/16
 55/15 64/15 85/12
got [52]  6/18 11/3 11/21 13/11 14/2
 14/4 15/23 15/24 16/4 16/5 16/15
 17/18 19/4 24/2 25/5 25/8 27/5 27/6
 28/3 30/12 30/25 36/6 39/3 39/16

43/20 44/23 47/21 48/21 50/16 53/8
 56/7 57/18 59/10 60/7 60/8 61/3 63/9
 66/6 70/5 70/16 73/14 77/21 78/16
 82/11 82/19 86/22 86/22 86/25 89/19
 93/14 93/25 94/8
gotten [1]  60/19
grabbed [2]  69/7 69/13
grabbing [2]  28/5 28/10
graduate [2]  7/7 7/10
grandma [3]  40/7 56/12 58/18
grandmother [1]  56/12
grandpa [2]  40/7 63/2
grandpa's [3]  13/5 13/11 62/11
grandparent's [1]  88/3
Granny [6]  9/2 9/4 9/7 10/8 60/4 73/2
Granny Beck's [1]  60/4
gravel [3]  67/10 67/17 83/7
great [1]  7/3
ground [20]  24/24 25/7 26/20 26/24
 26/25 27/8 31/17 31/23 32/4 32/13
 34/7 34/8 34/9 49/15 69/18 77/17
 78/19 80/15 80/18 82/18
group [1]  8/3
growing [1]  58/20
guess [8]  15/6 38/24 57/9 60/20 68/9
 74/5 79/12 82/7
gun [4]  72/3 77/8 85/1 95/2
gunshot [18]  22/20 24/25 25/7 25/9
 26/1 26/12 26/20 26/21 26/22 32/3
 32/5 68/4 77/25 78/8 82/17 93/21
 93/22 94/17
guys [5]  11/14 16/21 55/23 65/18
 72/13

**H**

had [94]  6/18 13/12 14/5 14/7 14/13
 14/15 15/4 15/16 15/20 17/9 19/4
 19/19 21/3 21/25 23/20 24/23 24/23
 25/6 29/3 29/22 30/16 31/1 32/1
 32/21 32/21 32/24 33/12 34/3 36/2
 39/18 39/19 39/21 44/5 44/9 44/14
 45/2 45/7 47/23 49/1 52/3 55/18
 56/17 56/20 57/15 58/18 58/19 58/25
 59/5 60/2 60/2 60/2 60/3 60/12 60/19
 60/19 60/22 61/6 61/6 63/6 63/6
 63/11 63/19 63/20 64/10 64/11 66/15
 68/7 69/7 69/10 70/14 70/15 71/17
 72/12 73/4 73/13 73/13 73/24 74/10
 77/25 78/1 78/11 79/2 80/12 82/13
 82/15 83/22 84/1 84/12 84/17 84/25
 88/11 88/17 92/12 92/22
half [2]  53/20 56/8
half-brothers [1]  56/8
hand [1]  97/19
handcuffed [3]  34/22 35/19 49/1
handcuffs [31]  34/1 34/4 34/6 35/21
 38/2 38/5 38/10 38/12 38/18 38/20
 38/22 39/24 43/21 44/5 44/8 44/9
 44/14 44/23 46/10 46/13 47/22 49/16
 85/11 85/14 86/24 87/1 87/4 87/20
 88/11 88/16 89/2
hands [6]  32/16 34/10 48/25 79/2
 94/2 94/5
hang [1]  90/9
hanging [4]  62/10 64/6 64/9 91/2
happen [3]  19/20 78/24 87/7
happened [20]  14/2 28/3 32/7 38/23
 39/13 39/18 54/8 54/10 57/16 68/5
 72/23 72/24 74/9 74/10 75/1 76/24
 77/21 89/10 90/15 93/8

happening [1]  92/3
happens [10]  13/1 15/23 17/5 22/15
 24/22 32/11 32/13 33/22 33/24 35/18
happy [1]  85/19
hard [4]  36/16 89/13 89/16 90/17
harm [8]  47/5 49/12 50/4 50/5 52/19
 52/23 53/2 53/4
harmed [3]  46/17 46/19 46/21
has [7]  19/22 40/22 58/25 70/4 92/11
 92/24 97/3
haul [1]  63/3
have [67]  5/18 6/11 6/17 8/20 11/7
 11/16 13/14 15/9 19/6 20/24 23/14
 27/5 28/19 29/7 29/9 29/16 29/18
 29/24 30/8 31/5 33/17 34/23 35/4
 40/9 42/23 42/24 43/20 43/24 44/6
 44/7 44/10 44/12 44/16 44/25 45/4
 45/5 45/11 49/9 50/14 51/15 52/12
 53/18 55/5 55/8 55/9 60/11 60/16
 61/14 61/24 63/18 64/15 65/9 70/10
 73/8 74/22 77/5 85/1 87/19 87/20
 88/12 91/17 92/12 92/13 92/21 93/12
 95/6 97/8
haven't [2]  52/16 53/16
having [4]  5/4 38/15 46/23 93/23
he [137]
he'd [1]  64/8
he's [10]  45/20 48/22 55/24 56/6 56/9
 63/3 67/25 77/22 81/4 82/17
head [2]  70/10 72/4
headaches [1]  91/8
health [2]  50/24 51/17
hear [9]  31/15 56/2 59/11 80/25 83/9
 83/10 84/15 93/20 93/22
hear your [1]  56/2
heard [12]  22/20 24/25 25/9 26/1 26/5
 26/12 32/5 80/19 82/17 84/1 84/24
 93/22
helicopter [1]  36/1
help [9]  48/16 51/11 51/13 51/13
 62/23 64/5 81/2 81/25 83/14
helping [4]  45/19 45/21 81/13 81/14
helps [1]  7/5
her [3]  9/7 11/12 96/18
here [13]  5/19 19/24 21/6 32/18 33/9
 44/13 45/19 45/20 57/19 77/2 83/15
 86/22 92/24
hereby [1]  96/6
HEREINBEFORE [1]  5/4
hereto [1]  96/25
high [10]  6/17 6/19 20/5 20/15 20/18
 57/6 57/8 58/7 60/20 60/25
higher [1]  17/21
Highway [1]  10/14
him [59]  8/9 12/23 26/15 26/19 26/22
 26/25 27/1 27/3 31/20 31/22 32/12
 32/17 33/25 33/25 35/20 35/24 36/2
 36/5 36/6 36/14 39/19 42/9 42/13
 42/14 42/16 43/9 43/12 43/14 45/19
 45/21 45/21 46/3 46/12 49/14 49/15
 57/25 63/1 64/5 64/9 66/13 70/25
 75/15 76/24 78/18 79/9 80/14 81/2
 81/14 81/15 81/25 82/7 82/12 82/23
 83/13 83/14 83/15 88/23 94/21 94/24
his [57]  7/24 7/25 9/22 9/23 9/23 13/3
 13/5 14/3 14/11 14/24 15/19 15/20
 15/24 17/13 18/10 18/18 18/22 19/19
 19/22 20/1 20/2 21/14 22/1 25/18
 25/21 25/25 27/14 34/14 40/7 40/21
 42/13 49/1 53/10 54/19 55/16 56/12

**H**

his... [21] 58/20 58/21 58/21 59/2 59/9 59/13 60/9 60/13 61/8 62/11 62/12 63/2 63/22 64/7 66/15 67/13 67/24 70/23 80/4 89/3 96/18
his/her [1] 96/18
hisself [2] 64/10 95/1
hit [3] 67/24 70/22 80/14
hits [1] 17/13
hole [2] 89/12 89/17
home [8] 31/11 39/14 39/15 45/8 46/3 74/14 88/7 90/24
Homes [1] 65/1
Honestly [1] 69/18
hope [1] 84/6
hopefully [1] 66/20
hoping [2] 32/6 77/20
hour [3] 19/13 20/20 46/5
hours [10] 8/22 8/23 12/2 12/5 13/8 35/21 41/5 41/7 43/21 85/8
house [10] 6/13 10/15 11/8 31/7 60/9 64/8 64/8 64/12 72/17 88/4
how [52] 5/22 8/7 12/13 13/4 15/4 16/14 16/16 21/25 24/12 26/22 28/7 28/11 29/12 30/16 31/10 38/4 39/9 39/11 39/17 39/21 44/12 46/2 46/17 46/21 52/22 52/25 53/6 55/23 56/20 58/2 58/9 59/4 61/23 61/23 62/2 62/14 63/6 64/4 65/4 65/7 65/9 67/19 70/13 72/25 74/10 79/12 80/24 84/4 85/11 89/8 89/10 92/24
how'd [2] 39/15 82/8
however [2] 14/1 18/6
huh [1] 12/5
hum [4] 63/23 68/2 68/16 68/20
humiliated [1] 86/4
humiliation [3] 47/5 47/7 47/10
Hundley [2] 64/24 65/1
HUNTER [62] 1/5 8/14 8/19 9/11 12/19 14/7 17/2 19/9 22/24 24/7 25/9 25/13 25/20 25/24 26/6 26/18 27/8 27/23 28/3 31/16 37/3 40/22 45/12 52/20 53/15 55/20 56/11 56/23 56/24 57/9 57/19 58/18 58/19 59/5 59/13 59/15 59/21 60/12 60/16 63/6 64/4 64/10 64/10 64/23 68/11 69/2 72/9 74/11 77/16 78/19 79/4 79/7 79/13 80/13 80/21 81/9 81/22 82/13 84/2 84/12 84/17 90/6
Hunter's [16] 9/23 10/15 14/23 15/22 21/7 45/17 59/4 61/7 61/19 63/23 63/24 64/17 68/3 72/16 77/17 77/17
hurt [1] 77/18
hypothetical [2] 44/13 87/19

**I**

I'd [9] 31/12 45/5 64/7 82/15 86/8 90/23 90/23 91/1 91/22
I'll [1] 25/12
I'm [106]
I've [13] 19/19 27/6 31/9 58/24 59/20 60/2 61/12 63/1 63/1 70/6 70/7 70/11 73/15
idea [2] 19/6 78/1
identified [1] 97/10
if [40] 7/10 11/12 13/16 13/16 13/20 16/12 21/2 21/3 23/19 31/19 33/12 36/17 42/8 42/12 42/14 42/15 42/20 42/25 44/7 44/9 45/2 47/20 47/22 48/18 61/11 65/13 68/13 68/18 69/17

70/21 72/2 74/7 76/8 78/11 85/17 86/12 87/20 88/23 90/23 96/18
ill [1] 91/25
illegally [1] 45/6
imagine [1] 31/15
immediately [4] 19/21 31/15 32/1 68/11
impact [4] 79/14 79/22 89/10 90/4
impacted [1] 79/13
impacting [1] 93/7
impartiality [1] 97/3
imprisoned [3] 42/6 42/18 53/3
imprisonment [15] 42/5 43/10 43/16 46/18 46/22 47/1 47/8 47/12 49/13 50/6 52/24 76/8 76/10 76/21 77/3
in [229]
INC [1] 2/4
incident [10] 20/9 56/14 56/18 63/7 67/3 70/15 70/18 72/10 75/1 89/21
incline [2] 67/8 67/14
INDEX [1] 3/1
indicated [2] 37/1 84/16
individual [1] 55/16
information [2] 75/20 80/13
initially [1] 49/4
injury [1] 49/24
install [2] 15/22 16/17
installing [1] 16/2
instance [2] 30/13 76/9
instances [1] 30/13
insurance [2] 73/24 97/12
interest [1] 97/9
interested [1] 97/2
Interruptions [1] 2/22
interview [6] 38/16 38/24 39/14 54/7 54/9 86/23
interviewed [4] 39/6 54/25 70/7 86/24
interviews [3] 54/12 54/14 55/3
into [25] 6/19 13/4 15/10 17/12 17/21 18/21 18/22 18/24 21/15 21/16 21/18 22/5 22/14 23/7 23/11 23/13 25/12 30/24 60/19 62/2 64/17 67/6 69/2 80/12 89/20
investigate [1] 76/16
invite [1] 64/4
involved [2] 16/1 97/13
is [63] 2/20 2/21 5/14 7/16 8/14 8/19 9/7 10/11 10/22 13/16 14/25 15/7 16/1 16/24 18/14 20/14 23/5 23/17 23/18 28/13 30/14 31/10 36/16 38/9 38/18 38/19 42/13 42/21 47/18 49/13 50/20 50/22 52/19 53/10 53/13 53/22 53/24 54/7 55/14 56/13 61/11 63/25 67/15 67/16 67/19 68/11 72/1 77/8 77/13 78/19 78/20 79/3 79/11 80/6 80/10 82/2 82/24 88/2 88/11 92/20 93/7 97/5 97/14
isn't [1] 18/2
issue [1] 74/5
issues [2] 58/20 60/15
it [204]
It'd [2] 9/10 24/1
it'll [3] 24/4 68/19 68/21
it's [56] 7/10 10/13 13/5 13/5 13/11 13/11 14/13 14/13 14/16 14/18 16/7 16/12 17/6 17/18 17/24 17/25 19/22 20/13 20/14 20/15 23/8 23/8 23/9 23/9 23/9 24/5 42/9 42/11 45/21 47/16 50/7 53/7 53/20 55/15 56/7 56/8 56/9 57/20 58/3 61/9 61/11 64/1

65/17 66/11 67/10 67/16 68/14 68/14 70/13 72/4 78/16 87/4 89/13 89/15 89/16 90/7

**J**

JACOB [5] 2/4 2/4 3/8 74/25 87/17
jail [1] 73/25
JAMES [2] 1/5 5/17
JASON [4] 2/8 5/14 93/15 97/15
Jason Owens [1] 97/15
JOHN [4] 1/9 1/10 2/7 5/15
JORDAN [6] 1/5 1/14 4/2 5/3 5/12 96/9
JORDAN KING [1] 96/9
jug [7] 28/5 32/8 69/6 69/13 69/16 69/20 84/19
jugs [1] 69/24
jump [2] 68/11 68/22
jumped [2] 69/10 69/12
jumps [2] 22/18 67/10
June [14] 5/25 8/14 8/17 8/18 8/23 53/14 55/20 63/7 65/15 72/18 73/4 75/1 75/2 93/8
June 23rd [1] 8/23
jury [1] 71/18
just [92] 6/18 7/3 7/4 7/19 7/23 8/2 8/9 12/20 13/19 14/16 14/20 16/18 17/24 20/14 22/7 22/22 22/25 23/19 23/24 24/1 24/25 25/2 27/5 29/14 31/24 32/6 35/9 36/18 37/5 38/15 40/17 40/18 41/17 43/19 47/24 48/12 48/15 50/13 51/23 52/5 55/19 56/1 57/8 57/16 58/24 61/25 62/11 62/22 63/15 64/7 65/10 66/18 66/20 68/21 69/9 69/9 71/2 71/4 71/5 72/12 72/23 73/12 74/13 74/15 75/19 76/23 77/2 77/19 77/20 77/22 78/14 78/16 78/24 79/1 80/17 80/23 81/4 81/5 81/21 82/10 83/19 83/22 84/1 84/7 84/19 84/19 84/23 85/13 85/14 89/9 89/17 90/23
Justice [1] 74/11
juvenile [1] 73/13
juveniles [1] 21/10

**K**

keep [7] 7/4 22/19 28/6 28/9 68/12 68/13 91/1
kept [1] 19/9
key [1] 13/14
keypad [2] 13/16 13/18
KGB [1] 1/7
kid [5] 83/19 83/22 84/1 84/2 84/25
kids [1] 21/12
kill [3] 79/7 79/9 82/12
killed [3] 53/5 79/14 90/6
kind [15] 14/5 23/3 36/25 55/17 58/19 60/12 60/21 61/19 61/19 66/10 66/11 66/12 67/14 80/16 84/5
kinds [3] 34/22 37/16 60/3
KING [13] 1/5 1/14 4/2 5/3 5/12 5/13 5/22 6/10 6/10 44/4 47/4 55/14 96/9
Kirkland [2] 6/6 31/6
knew [9] 28/8 40/1 40/4 66/18 72/10 79/3 82/15 82/18 84/22
know [105]
knowing [3] 72/4 77/15 77/17
knowingly [1] 97/10
knowledge [4] 14/7 14/24 32/22 33/18
known [2] 54/13 56/20

**L**

land [1]  60/8
landing [1]  36/7
Landon [16]  5/18 13/5 40/5 40/8
 40/21 56/17 56/18 56/20 56/23 56/25
 57/2 62/11 62/19 64/9 90/10 91/2
Landon's [9]  10/19 13/11 40/5 40/8
 65/16 84/8 88/3 88/8 88/12
lane [1]  19/9
last [5]  6/2 7/25 57/1 57/13 74/5
late [2]  13/21 13/23
later [3]  72/17 74/16 92/8
laughing [2]  66/10 66/14
law [5]  1/17 2/8 31/2 73/16 97/16
lawful [1]  76/18
lawnmowers [1]  60/4
lawsuit [9]  5/16 8/12 42/4 43/3 43/6
 43/13 75/2 75/3 75/11
lawyer [5]  42/21 53/22 55/4 55/5 76/4
lay [1]  34/9
laying [6]  26/19 26/23 27/8 32/4 80/18
 82/17
lead [1]  73/9
Leaf [3]  50/18 50/20 51/10
learner's [1]  29/20
least [3]  30/21 43/9 79/25
leave [2]  10/16 38/13
left [6]  10/16 39/22 58/8 58/14 60/22
 69/18
legal [6]  42/20 43/2 76/6 76/12 76/22
 76/23
legalese [1]  43/13
legally [2]  14/25 76/9
let [16]  13/10 25/16 36/15 38/10
 38/12 38/17 38/20 38/22 48/13 48/16
 59/8 59/12 59/13 63/2 63/3 65/14
Let's [1]  25/12
lets [1]  13/6
letting [1]  80/19
level [1]  16/6
license [8]  20/24 21/7 29/16 29/24
 30/1 30/9 30/12 45/4
life [9]  31/9 34/4 50/7 50/10 51/19
 56/10 58/25 89/8 89/12
life-changing [1]  89/8
lift [5]  13/6 33/2 33/4 33/21 33/23
light [1]  9/17
lights [15]  17/13 18/19 18/22 19/19
 19/22 20/1 20/2 21/14 22/1 25/18
 25/21 66/16 67/24 70/23 74/1
like [56]  8/22 13/9 13/9 14/10 15/2
 16/21 17/25 21/3 22/14 22/17 23/8
 28/15 32/6 34/21 36/9 38/6 40/2
 41/16 50/22 50/24 51/23 52/12 52/17
 53/8 56/9 56/14 59/6 60/5 60/23
 62/15 63/3 63/13 63/20 65/1 67/7
 67/16 68/1 71/3 77/13 80/14 80/19
 80/21 81/16 82/22 83/20 84/22 85/12
 86/18 89/11 89/11 89/12 89/15 90/7
 90/10 90/21 94/6
list [1]  97/11
litigant [1]  97/12
LITIGATION [1]  2/4
little [11]  2/13 14/9 21/24 35/9 48/17
 50/16 68/15 77/12 83/4 83/5 87/23
live [4]  6/3 6/7 31/6 31/8
lived [5]  9/11 31/9 55/24 56/6 64/6
lives [1]  10/8
living [1]  56/15
lock [2]  13/10 13/17

locked [1]  13/20
long [19]  16/14 16/16 38/4 39/11
 39/21 46/2 55/24 56/6 56/20 58/2
 58/6 63/6 70/13 72/25 73/1 74/10
 79/21 87/6 90/17
LONOKE [5]  1/10 5/15 37/25 38/19
 86/18
look [3]  27/7 32/12 94/14
looked [7]  26/19 31/15 31/19 31/22
 32/9 37/10 81/16
looking [4]  26/15 27/2 66/13 86/7
lose [2]  91/20 91/22
lot [10]  13/18 50/11 50/12 52/11
 53/18 77/19 77/22 77/23 83/4 83/11
loud [7]  20/7 20/9 20/11 20/14 56/1
 78/14 80/23
louder [1]  7/23
lying [1]  31/16

**M**

made [5]  32/14 60/20 90/7 91/23 97/7
Mahoney's [12]  10/11 10/23 10/25
 11/3 11/22 13/2 13/4 18/16 21/15
 21/16 31/10 65/16
main [1]  62/20
mainly [1]  83/12
majority [1]  56/10
make [6]  16/7 27/5 69/11 75/16 82/8
 84/4
makes [1]  66/12
makeup [2]  57/12 57/12
male [1]  60/13
malfunctions [1]  2/23
many [6]  12/5 18/6 30/16 61/23 61/23
 62/14
March [1]  97/19
material [1]  2/20
matter [3]  22/7 89/24 97/13
matters [1]  96/10
may [9]  7/8 7/9 7/11 52/3 55/9 60/11
 63/18 67/7 85/18
maybe [6]  12/5 28/14 56/14 60/15
 66/19 86/8
McRae [4]  6/4 10/8 31/6 31/11
me [76]  5/5 19/20 25/16 32/14 32/15
 32/15 33/3 33/4 34/1 34/1 34/1 36/15
 39/16 40/17 40/18 42/11 43/20 44/24
 48/13 48/16 49/11 49/16 51/2 53/1
 53/16 53/18 54/2 55/24 56/6 56/9
 63/2 64/9 65/14 66/12 70/18 70/22
 70/24 71/5 71/24 72/4 72/4 73/23
 73/24 74/14 74/14 74/15 76/9 77/12
 77/12 77/14 78/10 78/11 79/24 81/8
 84/7 84/9 86/18 86/23 86/23 86/24
 87/23 88/23 89/9 89/11 89/12 89/12
 90/7 90/7 90/17 91/23 94/6 95/7 96/9
 96/14 97/4 97/6
mean [15]  17/16 17/20 23/16 28/17
 42/21 48/7 51/20 67/23 71/15 72/15
 77/12 81/12 89/11 90/5 91/18
Meaning [3]  75/10 79/13 90/18
MECHANICSBURG [1]  2/5
MedFlight [1]  35/24
MedFlight-ed [1]  35/24
medical [5]  37/17 45/10 45/16 50/2
 50/14
medication [1]  51/16
meet [2]  55/15 55/23
memory [1]  54/2
mental [3]  7/15 50/24 51/16

mentally [2]  46/20 46/21
mentioned [10]  9/6 11/11 28/1 58/18
 60/19 61/5 66/7 70/14 71/7 89/8
mentions [1]  66/1
met [5]  5/13 8/14 8/18 8/24 9/14
metal [1]  8/8
method [1]  96/14
MICHAEL [7]  1/9 2/11 6/10 45/20
 55/16 83/12 84/18
midnight [1]  13/22
might [2]  11/16 58/6
mile [1]  17/19
miles [2]  19/13 20/20
mind [6]  47/19 51/12 53/9 68/24 72/1
 91/2
minor [2]  75/4 76/1
minutes [8]  31/13 44/4 44/6 44/9
 44/15 45/8 46/7 55/19
mixed [2]  77/19 77/23
mom [6]  6/8 40/5 40/8 58/21 59/4
 84/8
mom's [1]  59/2
moment [4]  28/24 33/7 68/24 77/23
money [1]  63/2
month [1]  58/3
months [1]  57/16
more [12]  30/19 32/6 46/5 46/7 46/19
 49/6 54/13 64/6 77/1 79/19 86/17
 86/18
morning [4]  8/12 8/22 8/23 53/14
most [5]  16/21 52/18 62/10 62/20
 71/16
mother's [1]  60/14
motorcycle [2]  59/9 59/13
move [2]  18/6 27/23
moved [4]  31/19 56/12 56/13 56/16
moving [3]  14/18 77/22 81/4
MR [14]  3/6 3/7 3/8 3/9 5/9 5/22
 36/24 55/13 55/14 55/18 70/14 74/25
 87/17 93/19
Mr. [2]  5/13 55/9
Mr. King [1]  5/13
Mr. Stevens [1]  55/9
Ms [7]  9/5 57/18 59/4 59/21 60/10
 71/6 72/16
Ms. [1]  11/10
Ms. Payne [1]  11/10
much [8]  19/4 23/9 58/22 59/19 61/18
 75/20 80/4 83/10
muffler [1]  20/11
my [51]  5/14 6/8 7/9 8/4 8/21 9/8
 14/24 23/2 24/24 30/24 30/25 31/9
 32/15 32/16 33/4 39/16 43/19 43/23
 47/19 50/7 53/9 55/14 56/7 56/7
 56/10 56/12 58/24 58/25 58/25 60/2
 62/1 62/13 64/8 67/4 68/9 68/24
 70/10 70/20 70/24 72/4 78/13 79/2
 90/10 90/23 91/2 93/23 94/2 94/5
 96/15 96/16 97/19
myself [4]  51/13 61/17 89/16 96/16

**N**

name [6]  5/10 5/14 7/25 8/5 54/19
 55/14
name's [1]  7/24
named [2]  5/4 5/16
names [1]  6/9
NATHAN [11]  1/9 2/7 5/16 32/19
 32/22 42/5 42/6 42/17 43/4 43/7
 43/15

**N**

Nathan Rice [1] 43/4
nauseous [1] 91/14
near [1] 18/16
necessarily [1] 82/6
necessity [1] 62/6
need [3] 36/17 41/6 48/18
needed [3] 14/10 14/20 89/25
neither [2] 79/4 96/21
neutral [3] 17/25 23/8 23/9
never [9] 47/16 51/21 51/22 52/6 58/16 69/5 69/6 80/7 88/24
new [8] 14/4 14/14 16/2 16/17 50/18 50/20 51/10 62/4
next [16] 7/8 15/23 24/22 28/3 31/23 32/11 32/13 35/18 37/22 38/23 40/2 40/4 40/5 40/23 57/13 78/3
night [12] 8/12 10/11 12/24 13/10 13/21 32/24 41/1 52/19 64/20 64/21 64/22 65/15
no [92] 1/7 6/18 7/17 7/19 9/11 11/23 12/1 12/8 12/10 12/12 12/14 12/25 13/11 13/13 16/23 17/17 17/21 21/5 21/8 21/11 21/13 26/15 26/17 26/19 27/16 27/18 27/25 29/2 29/11 29/17 29/19 29/21 29/23 30/18 32/23 32/25 33/16 35/5 36/2 36/12 40/15 41/22 43/20 45/5 49/10 49/17 49/25 50/3 51/14 51/18 53/17 57/1 59/8 60/18 60/18 63/15 63/24 64/6 65/24 69/4 69/8 69/21 69/23 70/3 71/2 72/8 72/11 72/14 73/6 73/12 74/4 74/9 75/18 75/25 76/6 76/7 78/1 79/9 85/17 85/20 86/1 86/3 86/11 86/17 88/14 89/5 90/20 90/23 93/12 94/12 95/4 97/8
NOAH [1] 1/5
none [2] 33/18 35/1
Nonverbal [1] 11/6
nor [2] 79/4 96/21
not [156]
NOTES [1] 2/19
nothing [15] 5/6 25/19 28/10 31/24 32/6 35/11 47/20 66/21 72/5 74/13 77/20 77/22 80/18 85/13 95/7
notice [3] 60/16 66/2 68/2
now [21] 5/23 16/25 28/13 29/11 29/24 31/7 43/12 50/13 51/23 53/25 54/13 62/13 66/12 71/6 77/1 81/7 81/8 87/18 92/8 92/13 93/7
numb [1] 90/7
NUMBER [4] 3/2 42/4 44/2 46/25
numbered [1] 4/5

**O**

OAK [2] 1/17 2/9
oath [1] 5/7
object [4] 42/12 80/22 91/12 91/21
Objection [3] 42/7 42/19 44/18
observe [2] 84/11 84/15
obviously [2] 66/11 77/21
occasions [1] 30/22
occurred [1] 8/21
Ofc [10] 32/24 34/25 37/4 72/6 72/10 72/12 94/11 94/16 94/17 95/2
off [14] 2/21 10/13 17/2 24/5 41/17 41/24 44/10 44/14 44/23 63/1 63/1 63/3 63/3 91/2
office [2] 55/1 71/8
officer [32] 17/12 18/9 19/19 19/21

20/1 21/14 21/25 25/1 25/3 25/8 25/13 25/18 25/21 26/4 26/14 29/4 29/8 30/4 30/22 31/2 32/14 32/19 38/17 38/22 45/22 66/2 66/15 66/16 67/19 70/1 71/25 78/16
officer's [1] 67/22
officers [11] 36/13 37/2 37/12 37/25 38/19 40/18 45/10 45/15 84/7 84/16 86/16
official [1] 7/21
oh [10] 7/12 9/8 11/15 57/14 63/25 64/19 69/22 71/6 73/16 82/18
oil [2] 41/17 41/18
okay [238]
old [5] 5/22 16/2 16/17 29/12 50/12
older [1] 6/12
on [128]
once [6] 13/1 64/16 73/8 81/7 86/25 88/20
one [56] 6/21 7/13 8/4 11/20 13/18 14/4 14/14 14/14 15/13 15/19 15/20 16/2 16/3 16/18 17/19 23/20 24/19 24/23 25/4 25/6 26/10 30/19 30/21 32/5 37/25 38/9 38/19 39/25 40/20 40/21 47/13 52/6 53/21 54/14 56/4 56/22 59/8 59/12 60/2 60/4 60/11 61/2 61/3 61/17 61/25 62/4 62/5 64/13 64/15 67/10 69/16 77/2 79/3 81/18 86/21 92/20
ones [1] 61/18
online [1] 7/10
only [14] 6/21 17/18 17/18 17/19 20/18 24/23 35/15 42/25 49/14 61/11 73/15 82/11 90/9 92/8
onto [1] 66/3
open [3] 24/24 26/23 27/14
opened [2] 38/1 38/1
opposing [1] 76/20
option [1] 42/14
or [111]
oral [3] 1/13 4/2 97/11
order [1] 37/19
ordered [5] 51/2 51/3 73/10 74/6 78/23
orders [1] 79/25
original [1] 97/4
other [31] 8/4 15/20 16/2 16/18 17/24 18/1 18/25 25/3 32/14 32/19 34/20 34/23 37/12 40/10 40/21 49/17 54/14 54/14 55/3 55/4 60/15 61/14 61/17 62/12 65/22 70/4 71/14 78/12 78/16 90/21 92/11
others [1] 8/2
otherwise [1] 97/1
ought [1] 54/6
our [1] 57/11
out [93] 6/13 6/18 7/5 8/7 9/17 13/3 13/21 13/23 14/3 14/4 14/10 14/13 14/14 14/20 15/7 15/16 15/20 16/16 20/4 22/18 24/8 24/9 24/20 24/24 25/5 25/6 26/8 26/21 28/3 28/21 28/25 29/6 30/22 30/23 30/25 31/14 32/15 35/24 38/2 38/10 38/12 38/18 38/20 38/22 42/1 45/7 50/16 51/22 52/1 52/9 58/10 60/9 62/6 62/10 62/23 63/15 64/6 64/9 65/18 65/21 66/3 66/20 68/8 68/11 68/22 69/1 69/10 70/5 70/16 70/24 72/12 74/3 77/25 78/8 78/11 78/23 79/2 80/1 80/20 86/23 87/4 89/13 90/10 91/2

91/5 92/5 92/18 92/21 93/23 93/24 94/2 94/17 94/20
outcome [1] 97/2
outside [2] 25/2 71/17
outstanding [1] 73/22
over [35] 2/22 2/23 9/14 9/19 10/15 26/19 29/3 30/3 30/13 30/17 31/16 37/10 45/17 45/19 62/22 64/5 64/5 65/6 66/13 66/19 66/22 70/16 72/20 73/14 73/18 73/22 73/23 74/1 81/15 82/7 82/23 83/15 88/15 88/16 94/22
over-speaking [2] 2/22 2/23
OWENS [12] 1/17 2/8 2/8 3/6 5/9 5/14 36/24 55/18 70/14 87/18 97/15 97/15

**P**

P.A [4] 1/17 2/4 2/8 2/12
p.m [4] 1/15 1/15 4/7 95/11
P.O [2] 1/24 2/5
pages [1] 96/12
paid [1] 62/25
pain [2] 47/5 49/19
painted [1] 74/11
painting [2] 89/20 89/21
Paragraph [2] 44/1 46/24
parent's [1] 90/22
parents [2] 52/7 58/25
park [6] 22/18 23/8 23/11 23/13 67/6 67/7
parking [1] 23/16
part [6] 43/9 46/25 62/10 62/20 79/25 94/4
participate [1] 37/4
particular [1] 29/11
parties [4] 96/22 96/24 97/7 97/8
party [2] 2/24 97/12
Paso [1] 65/6
pass [2] 18/9 66/2
passed [1] 17/11
passenger [4] 17/3 30/5 30/12 69/24
passenger's [1] 26/9
past [1] 41/16
path [1] 92/11
pay [1] 73/13
PAYNE [10] 1/4 5/17 10/8 11/10 57/18 59/4 59/21 60/10 71/6 72/16
Payne's [1] 9/5
PENNSYLVANIA [1] 2/5
people [12] 37/20 50/10 81/15 81/16 81/17 81/22 81/23 81/24 83/15 86/7 90/8 90/9
people's [1] 62/12
percent [9] 10/6 10/20 13/15 32/2 35/2 50/19 56/16 78/21 80/17
period [2] 12/2 78/22
periods [1] 26/4
permission [2] 13/12 13/13
permit [2] 29/18 29/20
person [2] 35/15 49/9
Personal [1] 1/4
personally [1] 1/4
personnel [3] 37/17 45/11 45/16
persons [1] 97/9
perspective [1] 35/18
phonetic [2] 2/20 2/20
physical [2] 47/5 49/12
physically [5] 13/14 46/19 49/21 91/5 91/25
pick [2] 36/5 49/16

## P

picked [1] 34/7
picking [1] 34/1
piece [1] 80/2
pieces [1] 25/12
pit [1] 23/4
place [3] 11/13 88/17 90/18
placed [3] 34/4 77/4 79/20
places [1] 90/21
plaintiff [1] 75/6
PLAINTIFFS [2] 1/5 2/3
plan [3] 9/21 16/25 18/6
planned [1] 92/13
plates [2] 20/24 20/25
please [1] 5/10
point [26] 6/13 8/13 8/17 14/15 18/7 26/3 27/12 27/24 35/16 36/17 37/17 49/4 53/20 58/10 66/22 78/11 78/17 78/20 82/13 84/10 84/14 85/5 89/5 91/7 93/24 93/24
pointing [1] 72/3
police [33] 26/25 27/1 29/4 30/3 30/17 32/14 34/17 35/13 35/22 37/2 37/12 38/25 39/1 39/25 40/20 44/6 44/16 49/5 54/7 73/19 81/9 81/25 82/16 83/8 84/11 84/15 86/8 86/16 86/19 86/25 87/3 87/7 89/23
position [3] 27/6 47/17 47/18
possession [1] 33/17
praying [1] 82/10
preferred [1] 97/10
prepared [1] 97/14
preparing [1] 80/12
prescribed [1] 51/16
presence [1] 53/5
pretty [9] 18/1 20/13 23/9 31/15 39/20 59/9 67/23 79/2 87/1
previous [1] 57/14
prior [3] 57/14 64/9 96/9
prioritized [1] 45/16
prisoner [1] 89/3
probably [4] 48/20 49/1 52/18 54/6
problem [4] 14/19 20/10 20/10 23/24
problems [7] 15/9 15/10 51/17 59/2 60/13 60/17 60/17
Procedure [3] 4/4 44/3 96/20
proceeding [1] 96/23
proceedings [6] 3/5 5/1 36/22 87/15 95/10 96/13
produced [1] 4/3
products [1] 12/13
program [2] 58/4 58/8
properly [1] 19/1
property [2] 30/24 87/23
prosecuting [1] 54/25
protests [2] 71/7 73/2
provide [1] 97/6
provided [1] 2/24
provider [1] 97/11
psychological [7] 47/5 50/4 50/5 52/19 52/22 53/2 53/4
puddle [1] 83/7
pull [18] 14/3 14/4 14/10 14/14 14/20 15/6 15/16 15/20 16/17 17/12 18/21 21/20 21/23 22/14 32/16 67/19 74/1 78/13
pulled [15] 18/24 25/18 26/4 29/3 30/3 30/13 30/17 66/19 66/22 70/15 73/14 73/18 73/21 73/23 94/17
pulling [6] 13/3 16/2 17/19 18/22

18/23 30/24
pulls [10] 17/13 18/18 18/20 18/20 22/16 25/13 66/3 66/3 67/5 68/15
pursuant [3] 4/4 44/2 47/1
pursue [1] 92/18
push [1] 68/18
put [33] 14/4 14/14 14/16 15/20 15/24 16/4 16/4 17/7 23/12 26/10 28/5 28/22 32/15 34/6 34/10 37/11 43/20 47/16 47/21 48/22 48/25 64/11 64/16 64/17 68/12 69/13 69/15 69/16 69/17 88/21 89/2 89/11 89/12
puts [4] 34/14 35/12 89/17 89/17
putting [5] 28/8 33/25 34/1 77/9 79/11

## Q

question [5] 8/12 42/13 44/13 67/4 68/9
questions [6] 39/8 55/9 55/17 55/18 74/23 93/12
quick [5] 18/2 24/16 36/15 70/19 87/11
quickly [1] 24/12
quite [2] 67/4 68/10
Quoted [1] 2/20

## R

ragged [1] 63/15
raised [1] 49/2
rang [1] 78/8
reach [1] 94/5
reached [2] 78/13 78/14
reaching [1] 69/2
react [1] 68/7
read [1] 2/20
reading [1] 96/19
ready [4] 15/24 16/1 16/15 86/23
real [3] 20/15 70/18 87/11
realize [1] 32/1
realized [1] 87/3
really [25] 7/9 11/2 13/21 20/18 31/24 31/25 39/10 49/17 50/7 51/7 51/12 59/19 60/18 64/7 75/18 77/19 77/20 80/1 81/4 82/10 83/10 83/11 83/11 84/5 90/9
reason [3] 29/11 60/21 88/12
reasoning [1] 68/10
reasons [1] 60/12
REBECCA [5] 1/4 5/17 9/5 9/10 10/8
recall [7] 26/3 27/14 27/17 30/11 30/21 31/19 77/10
receive [1] 50/1
recently [1] 8/9
recess [2] 36/21 87/14
recognized [1] 89/23
recollection [2] 38/9 38/18
record [2] 5/10 44/2
record's [1] 12/20
reduced [1] 96/15
registered [1] 21/3
Regulations [1] 97/17
related [3] 51/3 62/18 96/21
relationships [2] 60/14 90/4
relative [1] 96/23
relatives [1] 40/21
release [3] 44/4 88/24 89/5
released [14] 39/24 44/5 44/7 44/15 46/3 46/9 46/12 77/5 85/5 87/1 87/20 88/11 88/14 88/18
relinquish [1] 97/4

relying [2] 76/12 76/16
remember [88] 11/2 11/4 11/5 11/12 11/24 12/23 13/16 23/19 24/21 25/15 25/19 25/23 26/2 26/7 28/20 28/23 28/25 30/7 30/8 32/10 33/25 35/6 35/9 35/10 38/15 38/15 39/8 40/8 40/14 40/17 41/12 41/14 41/15 45/24 46/4 46/16 48/11 48/15 48/19 49/7 49/14 51/7 53/13 53/16 53/19 53/25 54/18 55/6 55/25 56/7 57/11 57/25 58/17 59/6 59/8 59/12 59/14 60/22 60/24 62/9 64/23 65/11 65/24 66/12 66/13 66/23 66/25 69/2 69/17 69/18 70/1 72/20 72/22 75/15 75/24 78/11 80/15 80/17 81/16 81/19 81/20 81/21 87/21 88/22 88/22 93/23 94/4 94/15
repair [1] 62/2
repairs [1] 62/3
repeat [5] 8/16 25/11 47/9 52/25 84/13
replace [2] 14/21 15/15
reported [1] 96/14
reporter [7] 2/24 3/11 4/7 7/5 96/5 97/17 97/22
REPORTER'S [1] 2/19
REPORTING [1] 1/23
represent [3] 5/14 11/10 55/15
Representative [1] 1/4
request [2] 4/3 97/14
requested [1] 96/18
required [1] 44/4
requires [2] 97/4 97/6
responded [1] 39/9
responding [1] 16/10
response [2] 11/6 45/17
restaurant [2] 11/7 11/9
result [5] 47/3 47/11 49/12 50/5 53/3
rev [1] 17/24
reverse [2] 14/13 14/17
reviewed [2] 75/10 75/12
reviewing [1] 76/2
revving [3] 20/5 20/15 20/18
RICE [36] 1/9 2/7 5/16 32/19 32/22 33/1 34/25 37/4 42/5 42/6 42/17 43/4 43/7 43/15 43/24 44/3 46/9 46/18 46/22 47/2 47/8 47/12 48/1 48/20 49/8 49/13 50/6 52/24 53/4 53/8 79/25 80/2 80/6 88/20 88/24 94/17
rid [1] 63/5
ride [8] 45/5 45/7 59/9 59/12 59/13 59/21 60/5 62/1
right [107]
road [26] 2/13 6/6 16/12 16/16 16/25 17/6 17/8 18/4 18/10 21/25 31/6 36/3 36/7 55/24 56/6 60/6 60/8 64/7 65/22 66/3 66/5 66/21 67/16 69/9 70/20 88/13
Robinson [1] 57/23
ROCK [1] 2/13
roll [4] 16/16 23/8 24/6 69/14
rolling [7] 22/19 28/6 28/9 28/19 67/7 68/3 82/23
room [1] 90/22
rough [1] 58/19
Rules [3] 4/4 44/3 96/20
run [3] 14/12 15/10 16/7
rung [1] 77/25
running [2] 83/1 83/3
rut [1] 89/11

**S**

said [21]  17/15 19/12 22/15 22/17 26/10 28/16 34/6 40/14 44/10 46/15 47/24 51/19 59/21 60/10 63/19 67/1 69/5 70/9 70/11 82/2 91/17
same [12]  24/10 31/7 49/20 57/16 61/10 64/1 64/21 64/22 68/8 69/20 88/17 90/18
sat [3]  49/4 50/23 85/8
saw [7]  31/22 37/2 69/5 69/6 80/14 80/17 82/3
say [51]  9/3 24/19 25/9 25/14 25/16 25/17 25/20 25/24 27/12 28/13 28/15 28/16 28/17 30/15 31/12 32/2 35/1 35/11 36/16 37/6 38/8 38/11 40/9 40/12 44/2 45/14 45/18 46/19 47/3 48/15 48/18 50/18 53/7 53/25 56/3 58/3 59/11 70/8 70/21 71/25 72/5 77/16 81/3 81/12 82/15 82/18 85/17 85/17 90/5 91/22 92/15
saying [9]  26/5 70/1 77/22 79/11 80/18 83/19 83/21 84/19 84/23
says [1]  53/2
scared [1]  53/7
scary [1]  80/25
scene [10]  36/1 37/12 39/21 45/11 45/16 46/2 48/9 54/15 77/10 79/25
school [27]  6/15 6/17 6/19 6/22 6/25 51/21 51/22 51/24 52/1 52/3 52/8 56/22 57/3 57/6 57/8 57/10 57/15 58/7 58/11 58/14 60/20 60/22 61/1 92/5 92/12 92/18 92/21
scrap [1]  63/4
scratch [1]  72/15
seal [1]  97/19
Searcy [2]  11/14 50/20
seatbelts [1]  20/22
seated [1]  37/1
second [4]  24/15 57/9 67/10 80/14
seconds [1]  24/17
Section [2]  47/2 97/17
see [43]  7/12 16/12 26/14 26/17 26/18 26/22 26/25 27/1 27/2 27/8 27/19 31/1 31/16 32/8 32/11 32/12 33/12 36/9 36/9 36/10 36/12 36/13 36/13 37/8 40/4 41/21 42/1 46/12 48/22 65/22 70/25 80/13 81/8 81/10 81/11 82/24 82/25 86/12 92/17 94/11 94/14 94/16 95/2
seeing [7]  27/17 53/5 65/24 66/13 69/2 81/16 82/8
seek [1]  50/1
seem [1]  85/18
seemed [1]  16/9
seen [11]  26/19 31/21 32/24 82/7 82/20 82/21 83/1 83/3 86/8 94/21 94/24
semester [2]  57/1 57/9
senior [2]  7/1 7/2
separate [2]  52/22 53/6
service [1]  97/6
set [3]  80/7 86/20 89/12
several [2]  5/15 12/2
shaft [1]  16/4
she [11]  9/5 9/6 56/1 57/19 59/10 60/10 60/11 60/11 60/12 60/19 72/16
SHERIFF [2]  1/10 5/15
sheriff's [1]  71/8
shift [1]  16/12
shifter [4]  19/2 22/17 23/12 23/25

shifting [2]  16/7 19/2
shirt [6]  32/16 33/2 33/4 33/23 48/22 78/13
shock [4]  31/24 33/8 77/23 81/4
shoes [1]  75/7
shoot [1]  80/8
shooter [2]  78/18 78/19
shooter's [1]  78/18
shooting [4]  67/3 85/3 92/13 92/21
shop [31]  10/11 10/21 10/22 10/25 11/3 11/22 13/2 13/4 13/6 13/9 13/12 17/13 18/5 18/16 18/21 18/22 21/20 21/21 22/2 22/5 22/15 31/10 41/5 41/7 62/11 62/14 65/16 67/15 87/24 88/5 88/6
short [6]  18/4 22/10 22/11 36/19 37/19 63/2
shortly [3]  37/11 85/3 87/1
shot [19]  26/5 26/14 27/7 31/15 32/1 43/19 52/20 53/5 53/8 53/15 70/2 72/1 82/11 82/14 82/15 82/19 83/22 84/1 84/25
should [3]  43/24 45/11 77/5
should've [1]  51/24
shoulder [1]  31/16
show [5]  34/21 36/1 37/17 64/7 64/8
showed [1]  71/8
shows [2]  35/7 79/25
shut [1]  35/13
sic [1]  2/21
sick [1]  91/24
side [7]  17/8 18/10 26/9 54/21 56/8 69/25 80/4
signified [4]  2/20 2/21 2/21 2/22
signing [1]  96/19
silly [1]  85/18
simply [1]  76/23
since [3]  51/15 56/21 76/1
sir [14]  5/11 5/21 9/13 11/23 12/25 18/8 32/20 55/11 76/3 76/15 76/19 92/23 93/6 93/10
sister [1]  6/11
sit [8]  21/6 32/18 33/9 43/21 43/23 46/23 71/17 92/24
site [1]  36/7
sitting [15]  18/10 25/4 26/24 35/19 35/20 37/5 37/7 39/1 45/20 77/15 78/23 79/1 82/22 85/13 86/4
situation [5]  45/12 45/17 52/11 66/11 85/13
six [2]  12/5 58/3
six-month [1]  58/3
slack [3]  19/4 68/13 68/18
sleep [8]  90/14 90/15 90/16 90/16 90/17 90/18 90/22 90/23
sleeping [1]  90/21
slide [1]  13/19
slipping [3]  17/7 17/15 20/15
smoke [3]  41/18 41/20 41/23
smoking [3]  41/12 41/16 66/8
so [150]
So you [1]  88/16
socializing [1]  90/12
some [28]  8/12 8/17 8/25 11/11 11/12 14/15 15/10 20/10 22/9 37/12 37/17 37/17 37/25 52/18 55/9 55/18 58/10 60/15 60/21 63/2 63/19 71/9 73/13 78/11 80/19 85/18 93/24 93/24
somebody [8]  13/10 30/5 37/22 39/19 64/12 71/5 87/3 88/22

somebody's [1]  11/7
somehow [2]  45/21 49/8
someone [1]  7/19
something [34]  11/4 11/11 20/20 22/19 28/8 28/16 28/22 40/19 47/21 47/23 50/25 51/4 51/4 52/12 59/15 59/22 65/1 66/19 67/8 68/12 71/2 71/3 73/12 78/15 80/16 82/11 84/19 84/22 84/23 89/25 91/1 91/3 91/24 92/19
sometimes [2]  62/22 91/4
somewhere [4]  8/24 10/5 19/15 39/2
soon [2]  24/14 58/9
sorry [6]  33/23 63/18 67/22 77/13 79/18 83/2
sort [1]  60/21
sought [1]  50/14
sound [2]  56/15 80/19
sounded [2]  80/21 80/23
speak [1]  59/10
speaking [2]  2/22 2/23
specifically [1]  64/3
speculating [1]  60/11
speculation [1]  44/19
speeding [1]  19/23
spellings [1]  2/20
spot [1]  36/5
spray [1]  74/11
spray-painted [1]  74/11
squad [1]  44/15
SS [1]  96/2
STALEY [4]  1/9 1/10 2/7 5/15
stand [2]  49/17 53/25
standing [3]  81/15 81/22 82/7
staring [1]  37/7
start [7]  13/3 24/13 26/8 31/14 41/3 41/9 67/7
started [6]  5/14 8/9 40/25 66/7 73/2 78/14
starts [1]  66/3
state [16]  5/10 35/22 37/15 38/2 38/10 38/25 51/12 54/7 54/18 86/17 86/19 86/25 87/3 87/7 96/2 96/6
stated [2]  2/21 43/12
statements [1]  55/3
STATES [1]  1/1
status [1]  21/7
stay [3]  38/4 78/9 78/10
stayed [1]  93/21
stenographic [1]  96/14
step [5]  31/14 32/15 33/1 70/24 78/11
stepped [1]  25/6
stepping [6]  24/9 24/24 26/21 68/8 69/1 93/23
STEVENS [7]  2/12 3/7 3/9 55/9 55/13 55/14 93/19
stick [1]  22/19
still [20]  9/17 23/8 24/1 30/10 32/3 33/7 39/1 42/8 42/15 45/5 47/20 67/4 75/3 83/5 83/6 84/5 86/10 93/7 93/22 94/5
stomach [1]  82/11
stomachache [1]  91/10
stood [2]  24/25 25/2
stop [14]  21/16 22/16 23/5 23/7 23/22 23/23 24/1 24/4 24/7 24/12 26/8 68/12 72/2 72/3
stopped [7]  17/8 22/7 24/14 25/22 25/25 28/2 90/12
street [3]  1/17 2/9 73/21

## S

strike [1]  26/18
struggling [1]  80/21
stuff [12]  16/18 20/5 32/16 35/20 60/3
 62/11 63/4 63/4 73/3 83/20 89/15
 95/1
STYLE [1]  3/2
styled [1]  4/5
subject [1]  96/17
submitted [1]  96/18
substantial [1]  97/3
suffer [5]  47/7 47/11 49/11 49/24 50/5
suffered [3]  47/4 53/1 53/4
suffering [2]  47/6 49/19
summer [3]  30/4 31/7 31/8
supervision [1]  96/17
supposed [2]  49/8 64/15
Supreme [1]  4/6
sure [85]  6/22 7/6 7/20 8/1 8/17 9/16
 9/20 10/4 10/6 10/17 10/20 11/1
 11/20 11/21 13/15 14/25 15/5 15/11
 16/7 16/14 16/20 18/15 19/7 19/11
 20/23 21/1 23/15 23/21 25/6 25/12
 27/6 27/11 28/12 28/16 30/2 30/18
 31/3 31/12 32/2 32/8 33/9 34/13
 34/16 35/1 35/11 37/5 37/24 38/21
 39/12 39/20 39/23 41/11 44/22 46/6
 46/8 47/10 47/13 48/3 48/5 48/20
 52/10 52/14 52/15 54/11 54/21 56/16
 58/3 59/9 63/8 65/13 67/1 68/23
 69/11 69/23 70/11 74/18 75/14 75/16
 78/21 79/2 81/18 81/22 88/23 89/9
 91/13
surprised [1]  71/21
suspect [1]  52/18
sworn [2]  5/5 96/9

## T

Tahoe [1]  61/10
taillights [1]  19/6
take [9]  16/17 17/2 24/5 36/18 36/18
 36/19 38/15 39/11 87/6
taken [11]  4/3 29/22 36/21 38/1 44/9
 44/14 44/23 54/9 87/14 89/19 96/23
taking [4]  51/16 57/11 65/8 96/9
talk [6]  5/20 37/23 58/20 74/5 80/11
 90/8
talked [8]  16/18 50/23 52/16 55/5
 58/16 59/4 72/22 72/25
talking [5]  66/23 73/10 80/11 83/13
 83/15
teacher [1]  60/20
teachers [1]  60/25
technical [1]  2/23
tell [14]  16/11 33/3 38/13 61/25 70/18
 76/9 77/1 77/12 77/12 77/14 81/8
 86/9 87/23 89/9
telling [8]  32/15 40/17 42/13 45/20
 48/22 72/3 76/24 84/7
tells [3]  33/1 33/21 40/21
tendency [1]  97/3
term [2]  42/20 76/8
terrible [1]  42/13
terrified [1]  81/5
test [7]  15/25 16/16 16/25 29/22
 65/18 65/21 66/21
tested [1]  14/15
testified [4]  5/6 71/11 71/15 93/20
testify [2]  5/5 54/23
testimony [2]  28/2 96/10

tests [1]  57/12
than [17]  16/2 18/25 30/19 34/20 46/5
 46/7 49/17 54/13 54/14 55/4 70/4
 70/8 71/14 77/2 79/19 86/18 92/11
Thank [3]  55/10 57/22 95/8
that [357]
that'd [2]  10/13 19/18
that's [19]  5/19 9/11 9/11 12/21 42/16
 53/19 54/9 54/9 55/8 59/18 59/22
 64/13 69/19 72/5 73/14 78/13 80/16
 88/14 95/6
their [10]  5/7 6/9 39/3 39/5 45/11
 45/16 56/8 59/1 72/1 88/7
them [35]  19/5 22/2 22/3 22/4 22/6
 33/4 40/17 54/12 57/12 58/12 60/5
 61/2 61/3 61/8 61/9 61/13 61/14
 61/17 62/20 69/9 71/10 72/3 72/3
 72/20 72/24 73/14 75/11 82/7 82/8
 82/22 83/13 85/18 86/9 86/12 86/22
then [58]  6/21 14/4 15/19 15/20 15/24
 16/5 16/7 17/5 17/8 17/11 17/12
 17/13 18/21 21/2 21/23 22/15 22/17
 22/20 24/25 24/25 25/7 30/25 32/14
 32/15 32/16 33/22 33/24 33/25 34/1
 34/6 34/14 40/7 50/7 52/5 52/6 62/12
 63/3 64/10 64/12 65/4 65/13 66/2
 66/5 66/6 67/10 67/16 70/24 73/24
 74/15 77/21 78/11 79/1 81/25 88/2
 88/6 88/7 90/16 93/24
therapist [1]  50/24
therapy [2]  89/25 90/2
there [89]  6/7 8/2 9/15 9/19 13/5
 13/12 13/16 13/21 13/23 13/25 14/1
 15/17 15/19 16/5 16/15 17/8 18/16
 18/20 18/25 19/15 20/10 22/2 24/25
 25/2 25/7 28/15 31/8 31/9 32/3 33/18
 35/6 35/19 35/21 37/7 37/16 37/19
 37/20 39/25 40/1 40/7 41/6 41/6
 43/23 45/7 46/23 48/10 48/21 52/10
 53/13 57/25 58/2 62/22 63/4 66/25
 68/4 69/8 69/8 69/23 69/24 71/7 71/8
 71/18 71/25 74/12 77/3 78/16 78/18
 79/1 79/9 79/22 81/14 81/15 81/20
 81/21 82/17 83/5 83/6 83/7 83/11
 83/11 83/14 85/15 86/23 86/25 88/2
 88/11 88/15 88/16 94/22
there's [19]  13/18 45/19 50/11 50/11
 60/1 60/1 60/7 60/8 67/9 68/13 68/18
 77/1 77/6 78/22 87/24 88/5 88/5 88/6
 88/6
thereafter [1]  87/1
therefore [1]  76/1
therein [1]  96/11
THEREUPON [2]  5/2 95/10
these [3]  51/15 54/2 60/14
they [35]  13/10 21/2 32/14 33/3 33/4
 36/2 36/5 36/6 40/14 40/23 41/5 44/9
 51/2 52/10 59/1 62/18 72/23 73/21
 73/23 73/24 74/1 74/13 74/15 78/10
 81/13 82/6 83/13 83/14 84/7 84/8
 86/21 86/21 86/22 86/23 87/6
they'd [1]  35/24
they're [8]  6/13 7/19 35/19 45/18
 45/21 56/8 61/10 72/2
thing [5]  15/13 49/14 68/15 79/3
 92/20
things [12]  10/1 10/24 34/21 34/22
 48/14 50/11 50/12 52/11 53/21 75/17
 78/20 91/2
think [42]  5/17 9/14 10/20 11/14

16/14 20/11 26/10 34/11 40/2 41/15
 48/6 48/9 48/14 49/11 49/14 50/9
 51/9 52/7 54/18 55/8 56/21 57/18
 61/21 69/5 70/10 70/18 70/23 71/17
 71/17 72/9 72/12 72/14 72/15 72/17
 73/3 78/12 78/14 81/24 81/24 84/18
 91/17 93/24
thinking [5]  20/3 28/23 52/10 77/14
 81/3
thinks [1]  60/11
third [1]  97/12
third-party [1]  97/12
this [56]  6/13 7/9 7/11 8/12 14/23
 15/6 18/2 18/6 29/12 30/4 30/13
 30/16 31/2 31/5 32/8 34/3 35/12
 36/16 36/16 43/6 53/20 54/8 55/15
 55/16 61/7 63/6 63/18 63/20 63/25
 67/5 68/15 68/15 74/8 75/20 77/13
 79/12 80/7 80/10 82/24 85/13 89/8
 89/9 89/21 91/8 91/11 91/15 92/6
 92/22 92/24 93/7 96/19 96/23 97/2
 97/13 97/14 97/19
those [10]  26/3 30/21 34/22 39/9 53/6
 53/15 56/23 61/23 71/9 86/15
though [12]  10/18 29/11 31/5 34/17
 41/25 46/1 48/19 67/4 69/20 75/15
 79/24 81/20
thoughts [2]  77/20 77/23
threat [1]  60/21
three [6]  6/12 26/4 45/19 62/15 62/16
 62/20
through [16]  16/7 16/12 27/2 27/7
 31/16 32/9 32/12 36/25 52/3 52/12
 60/1 66/6 67/2 69/19 85/16 94/5
throughout [1]  37/24
ticket [3]  31/4 66/19 71/1
ticketed [1]  31/1
tighten [1]  19/4
time [75]  8/25 9/12 9/14 11/21 11/25
 14/15 16/15 16/15 19/17 21/9 22/6
 22/6 24/10 24/23 25/8 25/17 25/21
 25/24 25/25 26/4 26/21 26/24 28/14
 29/12 34/3 37/7 37/10 37/22 37/25
 38/7 38/8 40/10 40/25 48/23 49/2
 51/15 53/9 54/4 54/12 55/10 57/13
 59/18 60/4 62/8 62/16 63/20 63/25
 65/8 65/20 65/23 68/4 68/7 68/8 70/6
 71/14 73/9 73/15 74/3 75/7 77/19
 78/6 78/22 81/3 82/12 84/10 84/14
 87/4 89/4 91/7 91/22 92/16 93/23
 94/11 94/16 95/8
timeout [1]  36/15
times [6]  13/18 19/10 19/20 30/16
 58/12 86/14
tire [5]  22/19 28/5 28/9 68/12 69/13
tires [1]  67/13
titles [1]  15/1
tobacco [3]  12/13 12/15 12/24
today [9]  5/19 21/6 32/18 33/9 70/4
 70/9 92/24 92/25 93/7
together [6]  15/6 16/5 57/12 57/15
 59/22 59/23
told [21]  30/23 33/4 39/19 40/18
 44/16 45/22 48/25 49/11 53/1 53/16
 53/18 57/19 59/20 72/16 72/24 74/7
 78/9 78/10 84/9 86/21 94/20
too [16]  19/4 19/23 40/7 49/2 53/9
 54/10 58/22 58/25 59/19 60/9 61/14
 64/16 73/1 78/15 80/5 91/5
took [10]  9/5 16/14 18/4 36/6 57/12

**T**

took... [5] 73/24 74/14 74/14 86/23 93/5
top [3] 79/2 94/2 94/5
tore [1] 63/17
toward [1] 27/23
towards [2] 67/16 70/25
tower [3] 74/11 89/20 89/21
town [1] 71/8
traffic [2] 19/20 30/17
Trailing [1] 2/21
trails [3] 60/5 60/7 60/9
training [1] 76/6
transcribed [1] 96/15
transcript [2] 97/5 97/14
transcription [1] 96/13
Transcripts [1] 2/24
transmission [28] 13/3 14/3 14/10 14/20 15/7 15/14 15/16 16/6 16/17 17/7 17/15 17/17 19/1 19/12 20/4 20/10 20/14 23/10 41/16 41/19 61/6 61/11 63/14 63/19 63/21 64/11 65/17 69/11
transmissions [2] 61/15 61/24
treated [2] 47/20 47/22
trial [4] 53/25 54/23 71/11 71/14
tries [1] 53/22
trip [1] 18/4
trooper [1] 38/2
troopers [3] 37/15 38/10 86/17
trouble [1] 71/3
truck [68] 9/22 9/23 9/23 10/18 10/20 10/20 14/11 14/23 14/23 14/24 15/4 15/22 18/25 20/4 20/13 20/24 21/3 22/7 23/1 23/5 23/14 23/19 23/22 27/2 27/20 28/2 28/4 28/19 28/21 29/1 31/14 33/18 41/1 41/4 41/9 41/12 42/1 61/7 61/8 61/10 61/20 63/6 63/22 63/24 64/3 64/5 64/17 65/8 65/10 65/16 67/5 67/20 68/2 68/3 68/22 69/3 69/12 69/16 69/17 70/5 77/16 77/17 78/23 78/24 87/25 93/21 94/13 95/1
truck's [1] 67/6
true [2] 52/20 96/13
truth [4] 5/5 5/6 5/6 96/10
try [10] 27/23 48/6 48/10 48/10 48/13 48/16 51/9 53/21 80/16 91/24
trying [11] 15/11 27/5 35/20 49/15 53/24 66/21 76/22 81/25 83/14 91/1 92/9
turn [8] 5/24 17/9 21/15 22/4 32/16 67/25 74/1 94/13
turned [15] 18/5 19/19 19/22 20/1 22/1 22/2 22/3 22/6 25/21 29/14 66/5 66/15 69/10 69/19 80/13
turning [4] 20/2 22/3 22/5 67/25
turns [4] 18/18 18/22 21/14 25/18
two [11] 22/25 24/12 24/15 45/19 51/23 51/25 53/6 53/20 61/12 67/9 92/22
two-wheel [1] 61/12
two-year [1] 92/22
type [1] 64/1
types [3] 61/13 61/14 61/23
typewriting [1] 96/16

**U**

U.S.C [1] 47/2
uh [2] 33/7 33/7

Uh-uh [1] 33/7
Um [4] 63/23 68/2 68/16 68/20
Um-hum [4] 63/23 68/2 68/16 68/20
uncles [1] 72/17
under [8] 7/19 7/22 16/5 21/12 22/19 45/23 47/1 96/16
understand [14] 5/19 32/18 33/5 33/9 42/20 50/13 50/13 67/5 68/10 68/10 80/4 83/21 84/2 89/16
understanding [3] 8/22 56/13 89/14
understood [2] 84/16 84/25
UNITED [1] 1/1
unlawful [9] 46/25 47/8 47/11 49/12 50/6 52/23 76/18 77/3 79/4
unlawfully [2] 53/3 79/14
unlocked [1] 13/19
until [17] 16/11 16/15 22/5 22/6 25/1 25/2 25/9 25/18 25/21 26/5 35/21 35/21 38/2 57/13 82/19 82/21 84/8
unverified [1] 73/23
up [73] 7/4 7/23 8/14 8/19 8/24 9/14 10/11 10/25 13/10 13/19 13/23 14/9 16/6 17/6 18/24 19/5 20/5 20/15 21/20 21/23 21/25 22/16 22/18 23/13 25/12 27/10 32/16 32/16 32/17 33/25 34/1 34/7 36/1 37/17 37/25 42/9 42/11 42/16 48/22 49/16 49/17 52/3 52/19 53/24 55/18 58/20 59/10 60/10 63/17 64/7 64/8 64/13 64/14 64/15 67/10 67/15 68/19 68/19 68/21 70/24 71/8 73/1 74/15 74/22 78/13 79/25 88/13 90/21 91/7 91/10 92/9 94/2 94/6
upset [1] 83/24
us [14] 13/6 17/14 18/20 18/21 20/17 22/4 22/16 41/25 57/19 63/3 66/6 68/1 72/16 74/7
use [3] 12/11 13/6 87/10
used [1] 62/4
usually [4] 19/21 19/22 41/5 91/1

**V**

valid [2] 21/2 45/4
various [3] 34/21 59/5 71/7
vehicle [45] 10/16 15/17 15/19 19/9 19/13 19/16 24/8 24/9 24/13 24/20 25/2 25/5 26/9 30/5 30/22 30/23 30/25 37/6 39/3 45/2 61/19 62/3 62/8 63/1 64/14 66/7 67/22 77/4 77/15 77/16 78/9 78/10 79/21 80/1 81/8 81/9 81/10 85/6 85/14 86/10 88/21 93/25 94/8 94/18 94/20
vehicle's [1] 14/12
vehicles [10] 61/8 61/9 61/13 61/14 61/23 62/12 62/12 62/13 64/1 65/24
verbatim [1] 96/14
verdict [2] 71/19 71/21
very [3] 17/20 22/10 87/6
via [1] 96/14
videoconferenced [1] 2/23
Vilonia [1] 8/10
violation [1] 31/2
visit [1] 12/7
voice [3] 7/4 7/23 49/1

**W**

WAID [5] 1/23 1/23 4/6 96/5 97/21
WAIDREPORTING [1] 1/25
waistband [5] 33/12 33/22 33/24 34/21 48/23

walk [1] 70/25
walked [3] 40/23 88/15 88/16
walking [2] 36/25 40/20
want [11] 7/11 8/11 38/7 38/11 48/15 50/18 58/3 70/21 74/5 81/2 85/16
wanted [3] 63/4 84/6 92/18
wanting [4] 51/13 51/13 72/23 90/8
wants [3] 42/8 42/15 42/15
warrant [3] 73/14 73/22 73/24
was [280]
wasn't [11] 10/18 17/17 26/15 51/12 63/13 63/20 66/21 76/2 83/5 84/22 94/4
watch [3] 16/22 43/23 46/23
watched [2] 35/4 43/19
water [3] 74/11 89/20 89/21
way [10] 22/18 23/13 28/18 50/9 50/9 65/25 68/18 78/12 92/15 94/9
we [61] 5/13 5/13 9/5 10/1 13/3 13/11 13/12 13/12 13/23 13/25 14/3 14/13 15/16 15/20 15/24 16/25 17/6 17/7 17/9 17/11 17/11 17/12 18/21 18/23 21/6 21/18 21/23 22/3 22/5 22/16 24/14 32/18 33/9 36/19 41/5 41/6 41/13 41/15 54/6 57/12 57/13 60/1 60/3 64/6 64/12 64/13 64/14 64/16 65/21 66/5 66/18 66/18 66/18 67/25 69/10 69/19 73/1 75/11 76/8 91/4 93/4
we'd [1] 69/10
we'll [1] 78/18
we're [9] 5/19 18/22 18/23 22/22 36/25 41/25 42/22 66/20 67/25
we've [2] 8/9 56/10
weapon [5] 43/20 47/21 47/23 79/10 84/23
weapons [3] 33/12 33/17 49/9
wear [2] 16/21 16/22
wearing [1] 20/22
WEDNESDAY [1] 1/15
wee [1] 8/22
week [2] 6/21 7/13
weeks [1] 62/1
weight [3] 91/20 91/20 91/22
well [29] 13/9 18/20 20/13 23/7 25/16 30/8 48/12 50/7 51/21 53/2 53/25 54/9 57/16 58/19 61/8 61/23 66/12 66/18 68/4 69/23 70/20 72/15 73/23 74/14 78/20 84/18 90/9 91/17 94/10
went [19] 10/15 13/21 18/23 39/14 39/25 51/22 52/6 52/6 57/3 57/8 57/13 57/19 60/1 64/13 65/21 66/5 69/19 88/14 92/14
were [81] 9/19 14/1 15/14 16/15 21/2 24/11 27/14 28/22 28/25 29/12 30/3 30/11 30/12 33/18 34/7 36/10 37/1 37/11 37/19 38/13 39/1 39/2 39/8 39/24 39/25 41/21 45/22 45/23 46/2 46/9 46/12 46/17 46/21 47/24 51/4 51/6 52/10 54/25 55/20 66/15 66/16 67/13 69/6 71/6 71/7 71/15 71/18 71/21 73/9 73/10 73/21 75/3 75/17 76/1 76/17 76/20 76/21 76/23 77/14 78/2 78/5 78/9 79/20 79/21 81/22 83/13 83/14 85/5 86/7 86/9 86/13 86/16 86/17 87/1 87/18 87/20 87/23 88/8 89/2 89/3 89/20
weren't [3] 28/21 71/13 89/24
Wes [3] 7/24 7/25 8/2
what [112]

## W

What'd [6]  10/3 14/2 31/22 31/23 40/12 51/20
what's [4]  6/5 7/25 8/5 78/24
whatever [5]  35/7 57/11 61/10 81/13 81/14
wheel [4]  28/22 61/12 61/12 61/22
wheeler [1]  59/25
wheelers [2]  59/22 60/3
when [74]  5/24 7/9 10/15 10/24 17/8 17/11 19/19 20/1 23/7 24/2 24/3 25/13 27/1 28/2 30/1 30/3 30/12 31/22 32/8 37/22 38/12 39/2 39/24 41/7 41/13 42/12 46/9 46/12 47/19 48/4 48/21 48/25 49/15 51/24 52/1 52/2 52/12 54/20 56/16 57/18 58/25 59/18 62/8 64/13 64/19 65/9 66/1 69/19 71/14 71/18 73/12 75/3 76/20 77/5 77/8 77/8 77/16 78/13 80/13 81/12 81/13 82/15 82/16 84/1 86/22 89/2 89/13 89/19 90/5 90/16 91/4 94/17 94/24 94/24
whenever [2]  7/9 15/11
where [32]  6/3 6/22 7/13 9/1 9/11 10/11 10/12 11/5 15/14 18/12 36/5 37/1 41/20 41/21 41/23 46/9 50/10 50/17 51/12 53/14 53/24 57/3 61/16 63/9 65/4 65/5 69/15 74/15 78/22 79/25 88/14 94/14
Whereupon [2]  36/21 87/14
whether [9]  19/9 27/14 30/11 61/9 75/9 76/17 78/2 79/12 97/11
which [6]  36/22 53/10 70/15 86/15 87/15 96/22
while [15]  16/20 19/8 27/20 27/20 32/2 43/23 45/21 69/5 77/15 83/13 83/14 84/10 84/14 90/8 90/11
who [10]  7/22 39/6 40/4 47/24 54/17 73/16 74/17 76/2 81/16 84/25
whoever [1]  38/17
whole [8]  5/6 26/24 31/9 37/7 37/19 50/7 58/24 90/5
whose [2]  14/25 59/25
why [25]  14/9 19/21 20/2 28/25 29/10 33/5 33/9 36/19 41/3 42/22 43/18 53/10 58/14 60/12 60/22 68/11 68/22 70/5 70/9 71/23 72/5 77/25 78/5 83/16 86/9
will [1]  77/1
wit [3]  5/7 36/23 87/16
Within [2]  24/15 24/17
without [3]  2/24 30/9 30/12
witness [6]  4/3 5/4 71/13 96/8 96/18 97/19
won't [4]  22/18 23/7 68/18 68/19
words [2]  18/1 38/13
work [17]  6/21 7/10 7/14 7/19 7/22 13/8 14/5 18/2 61/6 62/8 62/14 63/3 63/19 63/21 65/5 65/7 65/9
worked [1]  63/11
working [14]  6/15 8/9 8/10 22/17 40/25 41/3 41/6 41/9 62/11 62/12 64/23 65/13 65/16 83/14
works [2]  8/5 65/6
worse [1]  19/21
would [35]  5/10 7/7 8/20 11/7 13/19 30/9 35/2 38/7 44/6 44/7 44/10 44/12 44/16 45/15 49/14 49/19 53/7 54/2 59/5 59/8 59/12 59/13 59/21 60/5 62/10 62/14 62/18 62/18 65/7 65/9

76/13 79/24 85/17 87/19 90/10
would've [10]  12/2 30/5 38/25 44/22 45/7 51/21 54/13 82/16 88/17 92/14
wouldn't [21]  12/3 21/2 23/5 23/11 23/12 23/13 28/15 30/8 32/2 35/7 37/6 44/25 45/18 46/19 68/21 69/14 76/9 82/11 88/12 90/16 92/21
wound [1]  27/17
wrapped [1]  52/19
written [2]  2/24 97/11
wrong [7]  19/16 47/20 47/23 79/6 79/8 79/9 85/12

## Y

y'all [48]  8/7 8/24 9/14 10/5 10/11 10/16 10/16 10/24 10/25 11/2 11/11 11/12 12/7 12/9 12/15 13/1 13/4 13/14 13/21 14/20 15/6 16/14 16/24 17/2 18/1 18/4 20/22 21/15 22/7 22/14 24/12 24/19 34/23 34/24 40/9 41/9 52/16 57/15 58/16 59/22 60/5 64/19 65/15 66/10 66/15 66/16 72/22 72/25
yards [2]  22/8 22/9
yeah [90]  7/9 7/22 8/21 9/8 9/24 12/22 14/16 15/1 15/13 16/11 17/17 17/22 18/1 18/3 20/19 21/22 22/11 22/12 22/25 23/19 23/24 24/3 24/7 25/4 28/11 30/20 32/5 33/14 36/1 36/20 39/19 40/23 42/10 49/22 50/24 51/1 51/5 52/9 53/1 56/5 57/7 57/11 57/24 58/12 59/3 59/17 59/24 61/4 61/8 61/16 62/7 62/17 62/20 62/21 62/24 63/23 64/2 64/3 64/18 64/22 65/3 65/20 66/13 66/23 67/2 67/9 68/9 70/17 71/10 71/17 72/6 72/19 72/21 78/10 79/1 79/15 80/4 80/23 81/1 81/24 82/4 83/17 83/17 84/14 87/2 90/13 93/1 93/14 94/10 94/10
year [13]  6/2 7/2 51/24 57/1 57/10 57/13 57/14 57/14 57/16 61/21 74/8 89/9 92/22
years [5]  51/23 53/20 56/13 56/14 92/8
yell [4]  48/2 48/4 48/21 49/5
yelled [4]  47/19 47/24 47/24 78/5
yelling [4]  32/15 48/23 78/14 78/20
yes [134]
yet [4]  31/25 50/13 53/4 89/16
you [620]
you'd [3]  44/14 62/22 82/21
you're [30]  7/3 17/2 18/6 18/9 20/18 23/3 24/20 27/2 31/7 35/15 40/20 42/21 43/11 44/10 44/16 45/10 66/1 71/3 76/4 76/12 76/16 77/15 78/22 78/23 80/1 81/7 81/21 84/10 84/14 89/13
you've [7]  16/18 23/24 43/15 53/1 53/18 55/3 91/17
young [3]  16/21 59/18 89/13
younger [1]  59/1
your [85]  5/10 7/4 7/4 8/3 8/5 14/7 16/4 20/22 24/2 24/5 28/1 29/6 30/1 31/10 31/16 32/22 33/2 33/12 33/17 33/18 33/21 33/23 33/23 34/4 34/10 34/10 34/21 35/18 38/9 38/18 39/17 39/21 42/4 43/6 44/1 45/8 45/12 46/2 46/17 46/21 46/24 46/25 47/8 47/11 48/22 48/23 48/25 48/25 49/9 49/12 50/5 51/19 52/7 52/20 52/23 53/2

53/5 53/5 53/18 54/2 54/7 55/4 55/5 55/10 56/2 60/25 68/2 72/17 75/6 75/7 75/9 76/12 76/16 77/2 77/3 77/16 80/11 81/2 82/9 89/5 90/4 90/14 90/18 92/11 95/8
yours [3]  9/6 45/17 59/25
yourself [2]  7/18 48/10