EXHIBIT

7

exhibitsticker.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REBECCA J. PAYNE, Personally,
and as the Personal Representative of the
ESTATE OF NOAH HUNTER BRITTAIN;
JORDAN L. KING; and JAMES L. CROWDER                         PLAINTIFFS

V.                          CASE NO. 4:22CV00588 KGB

MICHAEL C. DAVIS; NATHAN RICE;
JOHN W. STALEY; and LONOKE COUNTY
SHERIFF JOHN W. STALEY                             DEFENDANTS

## <u>AFFIDAVIT OF MICHAEL C. DAVIS</u>

COMES the affiant, Michael C. Davis, having been duly sworn, and states the following while under oath:

1.      My name is Michael C. Davis. I am of legal age and competent to testify to matters in this affidavit.

2.      I was employed by the Lonoke County Sheriff's Office as a deputy. I was employed in this capacity at the time of the occurrence described in the First Amended Complaint.

3.      I have reviewed all liability insurance policies that are applicable to me and state affirmatively that I have no insurance coverage for the claims asserted against me in the First Amended Complaint.

FURTHER, AFFIANT SAYETH NOT.

_Michael C. Davis_ (signature)

Michael C. Davis, Affiant

## **VERIFICATION**

SUBSCRIBED AND SWORN TO before me, a Notary Public, on this 10th day of November, 2025.

_____
NOTARY PUBLIC

My Commission Expires:

6/1/2030

KRISTEN GIBSON
Notary Public-Arkansas
Pulaski County
My Commission Expires 06-01-2030
Commission # 12710754

2